

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
# Case Summary
# Civil Docket

## Steffenberg v Gillman Insurance Agency Inc et al

Details for Docket: WOCV2003-02519

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2003-02519 | **Caption:** | Steffenberg v Gillman Insurance Agency Inc et al |
| **Filing Date:** | 12/31/2003 | **Case Status:** | Needs review for service |
| **Status Date:** | 12/31/2003 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Complex |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 10/26/2004 |
| **Service Date:** | 03/30/2004 | **Disposition:** | 02/23/2005 |
| **Rule 15:** | 05/29/2004 | **Rule 12/19/20:** | 05/29/2004 |
| **Final PTC:** | 12/25/2004 | **Rule 56:** | 11/25/2004 |
| **Answer Date:** | 05/29/2004 | **Jury Trial:** | NO |

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2003-02519 | **Caption:** | Steffenberg v Gillman Insurance Agency Inc et al |
| **Filing Date:** | 12/31/2003 | **Case Status:** | Needs review for service |
| **Status Date:** | 12/31/2003 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Commercial paper |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 10/26/2004 |
| **Service Date:** | 03/30/2004 | **Disposition:** | 02/23/2005 |
| **Rule 15:** | 05/29/2004 | **Rule 12/19/20:** | 05/29/2004 |
| **Final PTC:** | 12/25/2004 | **Rule 56:** | 11/25/2004 |
| **Answer Date:** | 05/29/2004 | **Jury Trial:** | NO |

## Parties Involved

17 Parties Involved in Docket: WOCV2003-02519

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Alliance Investment Management | **First Name:** | |

| | | | |
|---|---|---|---|
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Arbor Securities Ltd | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Aviva Life Insurance Company | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Aviva USA Corporation | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Commonwealth Financial Holdings Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Financial Links Inc | **First Name:** | |
| **Address:** | | **Address:** | |

| | | | |
|---|---|---|---|
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | First Allied Securities Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Gillman Insurance Agency Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Gilman | **First Name:** | Steven |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Gilman | **First Name:** | T Gene |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Ivy Helix LLC | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

**Zip Code:** | **Zip Ext:**
**Telephone:**

**Party Involved:** | **Role:** Defendant
**Last Name:** Penson Financial Services Inc | **First Name:**
**Address:** | **Address:**
**City:** | **State:**
**Zip Code:** | **Zip Ext:**
**Telephone:**

**Party Involved:** | **Role:** Defendant
**Last Name:** Scoll | **First Name:** David M
**Address:** | **Address:**
**City:** | **State:**
**Zip Code:** | **Zip Ext:**
**Telephone:**

**Party Involved:** | **Role:** Defendant
**Last Name:** T Gilman & Co Ltd | **First Name:**
**Address:** | **Address:**
**City:** | **State:**
**Zip Code:** | **Zip Ext:**
**Telephone:**

**Party Involved:** | **Role:** Defendant
**Last Name:** Tradetek LLC | **First Name:**
**Address:** | **Address:**
**City:** | **State:**
**Zip Code:** | **Zip Ext:**
**Telephone:**

**Party Involved:** | **Role:** Defendant
**Last Name:** Tradetek Ltd | **First Name:**
**Address:** | **Address:**
**City:** | **State:**
**Zip Code:** | **Zip Ext:**

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Steffenberg | **First Name:** | Elizabeth R |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: WOCV2003-02519

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | WILS03 |
| **Last Name:** | Rockas | **First Name:** | George C |
| **Address:** | 155 Federal Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-422-5300 | **Tel Ext:** | |
| **Fascimile:** | 617-423-6917 | **Representing:** | Scoll, David M (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BOWD01 |
| **Last Name:** | Ciavarra | **First Name:** | Louis M |
| **Address:** | 311 Main Street | **Address:** | |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01608 | **Zip Ext:** | |
| **Telephone:** | 508-926-3408 | **Tel Ext:** | |
| **Fascimile:** | 508-929-3011 | **Representing:** | Steffenberg, Elizabeth R (Plaintiff) |

## Calendar Events

2 Calendar Events for Docket: WOCV2003-02519

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 03/24/2004 | 14:00 | Motion/Hearing: prel inj | C | Event held as scheduled |
| 2 | 12/31/2004 | 16:00 | Status: Review Annual Fee | C | |




Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

## Steffenberg v Gillman Insurance Agency Inc et al

**31 Docket Entries for Docket: WOCV2003-02519** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 1 | 12/31/2003 | 1 | Complaint & civil action cover sheet filed and rule 29 statement |
| 2 | 12/31/2003 | | Origin 1, Type A03, Track F. |
| 3 | 12/31/2003 | | Filing fee paid in the amount of $240.00, surcharge in the amount of |
| 4 | 02/05/2004 | 2 | SERVICE RETURNED: Gillman Insurance Agency Inc(Defendant) servic |
| 5 | 03/16/2004 | 3 | Plaintiff Elizabeth R Steffenberg's MOTION for appointment of special |
| 6 | 03/16/2004 | | MOTION (P#3) ALLOWED (John P. Connor, Jr. , Justice) Notices maile |
| 7 | 03/16/2004 | 4 | First amended verified complaint of Elizabeth R Steffenberg -CJ |
| 8 | 03/18/2004 | 5 | Plaintiff Elizabeth R Steffenberg's MOTION for Preliminary Injunction |
| 9 | 03/18/2004 | 6 | Plaintiff Elizabeth R Steffenberg's ex parte MOTION for SON for a PI |
| 10 | 03/18/2004 | | MOTION (P#6) SON ret 3/24/04 at 2:00 PM (John P. Connor, Jr. , |

**Scroll Results:** « First ‹ Previous Next › Last »

**Docket Details:** **Parties** **Attorneys** **Docket Entries** **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Term
System data reflects current




Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

## Steffenberg v Gillman Insurance Agency Inc et al

**31 Docket Entries for Docket: WOCV2003-02519** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 11 | 03/24/2004 | 7 | Preliminary injunction to issue upon payment of $110.00 |
| 12 | 03/24/2004 | 7 | Opposition to PI filed by Helix LLC in Court. |
| 13 | 03/24/2004 | | MOTION (P#5) All'd except as to Ivy Helix,Inc. based upon Ivy |
| 14 | 04/01/2004 | 8 | SERVICE RETURNED: T Gene Gilman(Defendant) service made on 3-19 |
| 15 | 04/01/2004 | 9 | SERVICE RETURNED: Steven Gilman(Defendant) service made on 3/19 |
| 16 | 04/01/2004 | 10 | SERVICE RETURNED: David M Scoll(Defendant) service made on 3/19/ |
| 17 | 04/01/2004 | 11 | SERVICE RETURNED: Arbor Securities Ltd(Defendant) service made on |
| 18 | 04/01/2004 | 12 | SERVICE RETURNED: First Allied Securities Inc(Defendant) service |
| 19 | 04/01/2004 | 13 | SERVICE RETURNED: Commonwealth Financial Holdings Inc(Defendant |
| 20 | 04/01/2004 | 14 | SERVICE RETURNED: T Gilman & Co Ltd(Defendant) service made on |

**Scroll Results:** « First ‹ Previous Next › Last »

**Docket Details:** **Parties** **Attorneys** **Docket Entries** **Calendar Events**

**Print Docket**


© Copyright, 2000-2001




Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

# Steffenberg v Gillman Insurance Agency Inc et al

**31 Docket Entries for Docket: WOCV2003-02519** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 21 | 04/01/2004 | 15 | SERVICE RETURNED: Aviva USA Corporation(Defendant) service made |
| 22 | 04/01/2004 | 16 | SERVICE RETURNED: Tradetek LLC(Defendant) service made on 3/19/ |
| 23 | 04/01/2004 | 17 | SERVICE RETURNED: Tradetek Ltd(Defendant) service made on 3/19/( |
| 24 | 04/01/2004 | 18 | SERVICE RETURNED: Ivy Helix LLC(Defendant) service made on 3/19/ |
| 25 | 04/01/2004 | 19 | SERVICE RETURNED (summons): Gillman Insurance Agency Inc, servic |
| 26 | 04/08/2004 | 20 | ANSWER: David M Scoll(Defendant) to plff. first amended verified |
| 27 | 04/12/2004 | 21 | SERVICE RETURNED: Financial Links Inc(Defendant) service made on |
| 28 | 04/26/2004 | 22 | Plaintiff Elizabeth R Steffenberg's assented to MOTION for leave to |
| 29 | 04/30/2004 | | MOTION (P#22) No opp. having been filed,motion all'd. . Notices |
| 30 | 05/03/2004 | 23 | Second Amended complaint of Elizabeth R Steffenberg |

**Scroll Results:** « First ‹ Previous Next › Last »

**Docket Details:** **Parties** **Attorneys** **Docket Entries** **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Terr
System data reflects current




Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

## Steffenberg v Gillman Insurance Agency Inc et al

**31 Docket Entries for Docket: WOCV2003-02519** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 31 | 05/06/2004 | 24 | Notice of voluntary dismissal (41a.l.i) as to Ivy Helix LLC. copy |

**Scroll Results:** « First ‹ Previous Next › Last »

**Docket Details:** **Parties** **Attorneys** **Docket Entries** **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Term
System data reflects current