



# Bowditch & Dewey
ATTORNEYS

311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 791-3511
Facsimile: (508) 756-7636
Federal I.D. # 04 2297674

www.bowditch.com

Bowditch & Dewey, LLP

Direct telephone: 508-926-3441
Direct facsimile: 508-929-3041
Email: ccollins@bowditch.com

## FACSIMILE TRANSMITTAL SHEET

**TO:** Kristin M. Knuutilla, Esquire
**FAX NUMBER:** (617) 456-8100

**DATE:** May 17, 2004
**PHONE NUMBER:** (617)-456-8000

**FROM:** Christine S. Collins
**TOTAL NO. OF PAGES INCLUDING COVER:** 2

**RE:** Steffenberg v. Gilman, et. al.
**CLIENT/MATTER NUMBER:** 303603.0001

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

As per your request, attached please find a copy of the Court's Notice allowing Plaintiff's Assented-To Motion For Leave To File Second Amended Verified Complaint in connection with the above-captioned matter.

Please do not hesitate to contact me should you have any further questions or concerns.

### CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission contain information from the law firm of Bowditch & Dewey, LLP which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

If you do not receive all pages or receive this fax in error, please call Julie Piltzecker at 1-508-926-3378.

{J:\CLIENTS\lit\303603\0001\00435621.DOC;1}

Commonwealth of Massachusetts
County of Worcester
The Superior Court

Civil Docket WOCV2003-02519

RE: Steffenberg v Gillman Insurance Agency Inc et al

TO: Louis M Ciavarra, Esquire
Bowditch & Dewey
311 Main Street
Worcester, MA 01608

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 04/30/2004:

*RE: Plaintiff Elizabeth R Steffenberg's assented to MOTION for leave to file second amended verified complaint*

is as follows:

MOTION (P#22) No opp. having been filed, motion all'd. . Notices mailed May 03, 2004

Dated at Worcester, Massachusetts this 3rd day of May, 2004.

BY:
Francis A. Ford,
Clerk of the Courts

Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

Copies mailed 05/03/2004

cvdresult_2.wpd 1019024 mottext marchand