# Commonwealth of Massachusetts
## County of Worcester
### The Superior Court

FILED
IN CLERKS OFFICE

CIVIL DOCKET#: **WOCV2003-02519-C**

2004 AUG -2  P 12: 31

RE:    Steffenberg v Gillman Insurance Agency Inc et al

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO:    Rhonda L Rittenberg, Esquire
Prince Lobel Glovsky & Tye
585 Commercial Street
Boston, MA 02109-

04-40113

---

### NOTICE OF DOCKET ENTRY

You are hereby notified that on **06/14/2004** the following entry was made on the above referenced docket:

**Notice for Removal to the United States District Court filed by Aviva Life Insurance Company**

Dated at Worcester, Massachusetts this 17th day of June, 2004.

Francis A. Ford,
Clerk of the Courts

BY: Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

cvdgeneric_2.wpd 1029084 notusdc mony

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET#: **WOCV2003-02519-C**

RE:    Steffenberg v Gillman Insurance Agency Inc et al

TO:    Kristin M Knuuttila, Esquire
Prince Lobel Glovsky & Tye
585 Commercial Street
Boston, MA 02109

_____

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **06/14/2004** the following entry was made on the above referenced docket:

**Notice for Removal to the United States District Court filed by Aviva Life Insurance Company**

Dated at Worcester, Massachusetts this 17th day of June, 2004.

Francis A. Ford,
Clerk of the Courts

BY: Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

cvdgeneric_2.wpd 1029084 notusdc mony

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03-2519 | Trial Court of Massachusetts Superior Court Department County: WORCESTER |
|---|---|---|

**PLAINTIFF(S)** ELIZABETH R. STEFFENBERG

**DEFENDANT(S)** GILLMAN INSURANCE AGENCY, INC.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Louis M. Ciavarra, Esq., Bowditch & Dewey, LLP
311 Main Street, Worcester, MA 01608 (508) 791-3511
Board of Bar Overseers number: 546481

**ATTORNEY (if Known)**

## Original code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c. 231, s. 97 & 104 (after trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgement/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) TRACK | IS THIS A JURY CASE? |
|---|---|---|
| A03 | CONTRACT    ( F ) | ( ) YES    (XX) NO |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses     $ _____
2. Total Doctor expenses     $ _____
3. Total chiropractic expenses     $ _____
4. Total physical therapy expenses     $ _____
5. Total other expenses (describe)     $ _____

                 Subtotal    $ _____

B. Documented lost wages and compensation to date     $ _____
C. Documented property damages to date     $ _____
D. Reasonably anticipated future medical and hospital expenses     $ _____
E. Reasonably anticipated lost wages     $ _____
F. Other documented items of damages (describe)     $ _____

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                        $ _____

                TOTAL    $ _____

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

    Plaintiff loaned the defendant $100,000 and Defendant has failed to make payment.

                TOTAL    $ 100,000.00 plus interest

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

**Signature of Attorney of Record** _____    **DATE:** December 31, 2003

AOTC-6 mtc005-11/99
a.o.s.c. 1-2000

A true copy by photostatic process
Attest:
Asst. Clerk _Eugene G. Sullivan_

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

CIVIL ACTION NO.

03-2519 C

| | | |
|---|---|---|
| ELIZABETH R. STEFFENBERG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| THE GILLMAN INSURANCE | ) | |
| AGENCY, INC., | ) | |
| Defendant. | ) | |

**FILED**

DEC 3 1 2003

ATTEST

CLERK

## PARTIES

1.      Plaintiff Elizabeth R. Steffenberg is an individual residing in Worcester,

Massachusetts.

2.      The Defendant Gillman Insurance Agency, Inc. is a Massachusetts corporation

engaged in the sale of insurance located in Needham, Massachusetts.

## FACTS

3.      In or around October 1995, the Plaintiff and her deceased husband, Arthur J.

Steffenberg, loaned the Gillman Insurance Agency, Inc. the total sum of $100,000.00.

4.      The Defendant agreed to pay interest on the amount of the loan in the amount of

fifteen (15%) percent per annum and to repay all principal and interest on or before December

31, 1997.

5.      The Defendant agreed to waive a Demand, Presentment, Notice, and any and all

defenses related to the loan.

6.     The Defendant agreed to pay all costs, including reasonable attorney's fees,

incurred in connection with collecting the loan.

7.     The Defendant has failed to pay the amounts due on the loan and is therefore in

default.

8.     Plaintiff has been damaged in an amount of $100,000.00, plus interest.

WHEREFORE, Plaintiff Elizabeth R. Steffenberg, requests that judgment be entered in

her favor and that she be awarded such relief as this Court deems just and equitable.

ELIZABETH R. STEFFENBERG,
By Her Attorney,

Louis M. Ciavarra, Esquire, BBO #546481
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Dated:  December 31, 2003          (508) 929-3408

A true copy by photostatic process
Attest:

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:- TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

FEB 0   2004

SUPERIOR COURT
CIVIL ACTION

**NO.** 03-2519C

ELIZABETH R. STEFFENBERG ....................., *Plaintiff(s)*

v.

GILLMAN INSURANCE AGENCY, INC,*Defendant(s)*

### SUMMONS

To the above-named Defendant: T. GENE GILLMAN, (Gillman Insurance Agency, Inc.)

You are hereby summoned and required to serve upon Louis M. Ciavarra.............,

plaintiff's attorney, whose address is .311 Main Street, Worcester, MA an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at .Dedham.............the .....19th...............

day of ...JANUARY........................, in the year of our Lord two thousand and ..four...........................

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

A true copy by photographic process
Attest:

Asst. Clerk

F-33

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                    CIVIL ACTION NO. 03-2519C

ELIZABETH R. STEFFENBERG,           )
    Plaintiff,                               )
                                                 )
v.                                                  )
                                                 )
T. GENE GILMAN, STEVEN GILMAN,      )
THE GILMAN INSURANCE AGENCY,        )
INC., DAVID M. SCOLL, ARBOR          )
SECURITIES, LTD.,                    )
ALLIANCE INVESTMENT                  )
MANAGEMENT, COMMONWEALTH            )          MOTION TO APPOINT
FINANCIAL HOLDINGS INC.,             )          SPECIAL PROCESS SERVER
FINANCIAL LINKS, INC.,               )
T. GILMAN & CO., LTD.,               )
FIRST ALLIED SECURITIES, INC.,       )
PENSON FINANCIAL SERVICES, INC.,    )
AVIVA USA CORPORATION,               )
TRADETEK, LTD., TRADETEK, LLC,      )
and IVY HELIX, LLC,                  )
    Defendants.                              )

**FILED**

MAR 16 2004

ATTEST:
CLERK

     Pursuant to Massachusetts Rules of Civil Procedure 4(c), the undersigned hereby moves this Honorable Court for the appointment of Francis J. Trapasso and Associates as process servers in the above-captioned action.

     The undersigned swears that to the best of her knowledge and belief, the person to be appointed process server is a constable who is experienced in the service of process, is eighteen years of age or over, and is not a party to this action.

{J:\CLIENTS\lit\303603\0001\00419193.DOC;1}

ELIZABETH R. STEFFENBERG,
By Her Attorneys,


Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Dated: March ___ 2004          Worcester, MA  01615-0156
(508) 929-3408

A true copy by photostatic process
Attest: Eugene D. _____
Asst. Clerk

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

FILED

APR 0 1 2004

ATTEST

No. 03-2519C

Elizabeth R. Steffenberg,

)
)
)
Plaintiff (s)                )
)
V.                           )
)
T. Gene Gilman, et al.,      )
)
Defendant (s)                )

**SUMMONS**

\* To the above-named Defendant:  T. Gene Gilman

You are hereby summoned and required to serve upon.......................................
...............Christine.S..Collins...................................................., plaintiff's attorney,
whose address is Bowditch.&.Dewey,.LLP,.311.Main.St.,.P.O..Box.15156,.Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after    01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th...............
day of ...............March......................................in the year of our Lord two thousand  and
....four............ .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

A true copy by photostatic process

Attest:                    Asst. Clerk

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER

\*      NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
       if you claim to have a defense, either you or your attorney must serve a copy of your written
       answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
       Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

FI~

APR 0 1 2004

ATTEST:

Elizabeth R. Steffenberg,

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

)
)
)
)
**Plaintiff (s)**                    )
)                    **SUMMONS**
**v.**                              )
)
T. Gene Gilman, et al.,             )
)
**Defendant (s)**   )

*  To the above-named Defendant:    Steven Gilman

You are hereby summoned and required to serve upon.......................................
.....................Christine S. Collins................................................, plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after    01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.......16th...........
day of .............March.......................................in the year of our Lord two thousand  and
.........four....... .

A true copy by photostatic process

**Clerk**

Attest:

Assistant Clerk

**NOTES:**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

*  NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

FILED

APR 0 1 2004

ATTEST

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

No.  03-2519C

)
)
)
)
)     **SUMMONS**
)
)
)
)

\*   To the above-named Defendant:   David M. Scoll

You are hereby summoned and required to serve upon...........................................
.........................Christine S. Collins............................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the........16th...........
day of ..............March......................................in the year of our Lord two thousand  and
........four........ .

Francis A. Ford

A true copy by photostatic procedure
Attest:
Asst. Clerk    **Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

FILED

APR 0 1 2004
ATTEST

**No.** 03-2519C

Elizabeth R. Steffenberg,

)
)
)
)
**Plaintiff (s)** )
)                    **SUMMONS**
**V.** )
)
T. Gene Gilman, et al., )
)
**Defendant (s)** )

\* To the above-named Defendant: Arbor Securities, Ltd.

You are hereby summoned and required to serve upon........................................
............................Christine S. Collins.............................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. 15156, Worcester, MA
01615-0156 an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the..........16th..........
day of ..............March.....................................in the year of our Lord two thousand  and
.....four.......... .

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FI**

APR 0 1 2004

ATTEST

Superior Court
**Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,                    )
                                             )
                                             )
                        **Plaintiff (s)**    )
                                             )    **SUMMONS**
            V.                               )
                                             )
T. Gene Gilman, et al.,                      )
                                             )
                        **Defendant (s)**    )

\*    To the above-named Defendant:    First Allied Securities, Inc.

     You are hereby summoned and required to serve upon.......................................
............................Christine S. Collins................................................, plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
01615-0156
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

     Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

     Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the...16th..................
day of ....................March....................................in the year of our Lord two thousand  and
.......four......... .

A true copy by photostatic process

**Clerk**

Attest:

Asst. Clerk

**NOTES:**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

    PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
    CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
    if you claim to have a defense, either you or your attorney must serve a copy of your written
    answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
    Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

APR 0 2004

ATTEST:

**No.** 03-2519C

Elizabeth R. Steffenberg,

           **Plaintiff (s)**

**V.**

T. Gene Gilman, et al.,

           **Defendant (s)**

)
)
)
)
)
)
)
)
)

# SUMMONS

\*    **To the above-named Defendant:** Commonwealth Financial Holdings Inc.

      You are hereby summoned and required to serve upon.........................................
.........................Christine S. Collins..........................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after   01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

      Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

      Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th..............
day of ...............March....................................in the year of our Lord two thousand and
.......four.......... .

Attest:       Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

      PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*      NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

FILED

APR 0 1 2004

ATTEST

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**No.** 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

)
)
)
)
)
)
)
)
)

## SUMMONS

\* To the above-named Defendant:     T. Gilman & Co., Ltd.

You are hereby summoned and required to serve upon.........................................
........................Christine S. Collins..........................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP., 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence which is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th..............
day of ...............March.....................................in the year of our Lord two thousand  and
.......four........  .

*Francis G. Ford*

A true copy by photostatic process

Attest:

Asst. Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
       if you claim to have a defense, either you or your attorney must serve a copy of your written
       answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
       Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

FI

Elizabeth R. Steffenberg, APR 8 1 2004
ATTEST

Plaintiff (s)

v.

T. Gene Gilman, et al.,

Defendant (s)

)
)
)
)
)
)
)
)
)
)

**SUMMONS**

\*  To the above-named Defendant:    Aviva USA Corporation

You are hereby summoned and required to serve upon ....................................... .......................... Christine S. Collins .........................................................., plaintiff's attorney, whose address is  Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156 service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence which is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the 16th ............................. day of ............. March ...............................in the year of our Lord two thousand  and ............. four ... .

*A true copy* **Clerk**
Attest:

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

FI

APR 8 2004

ATTEST:

Elizabeth R. Steffenberg,

                  **Plaintiff (s)**

V.

T. Gene Gilman, et al.,

                  **Defendant (s)**

)
)
)
)
)
)
)
)
)

**SUMMONS**

\*     To the above-named Defendant:  Tradetek, LLC

    You are hereby summoned and required to serve upon......................................
.........................Christine S. Collins............................................, plaintiff's attorney,
whose address is .Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

    Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence which is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

    Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the..............16th.......
day of ..............March.....................................in the year of our Lord two thousand  and
........four....... .

A true copy by photo...

*Clerk*

Attest

**NOTES:**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.**  03-2519C

Elizabeth R. Steffenberg,    )
                             )
                             )
                **Plaintiff (s)**    )    **SUMMONS**
                             )
        **V.**                )
                             )
T. Gene Gilman, et al.,      )
                **Defendant (s)**    )
                             )

✱   To the above-named Defendant:    Tradetek, Ltd.

You are hereby summoned and required to serve upon........................................
........................Christine S. Collins........................................, plaintiff's attorney,
whose address is ..Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th...............
day of ................March........................................in the year of our Lord two thousand  and
..........four...... .

A True copy Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

✱     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
      if you claim to have a defense, either you or your attorney must serve a copy of your written
      answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
      Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

FILED

ATTEST

APR 8 : 2004

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

)
)
)
)
)
)
)
)
)

**SUMMONS**

∗    To the above-named Defendant:    Ivy Helix, LLC

You are hereby summoned and required to serve upon........................................
.....................Christine S. Collins......................................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.....16th...............
day of ..............March.......................................in the year of our Lord two thousand  and
..........four...... .

A true copy by photostat.
**Clerk**
Attest:

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

∗    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

APR 6 2004

ATTEST:

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**No.** 03-2519C

Elizabeth R. Steffenberg,                          )
                                                   )
                                                   )
**Plaintiff (s)**                                  )
                                                   )        **SUMMONS**
V.                                                 )
                                                   )
T. Gene Gilman, et al.,                            )
                                                   )
**Defendant (s)**                                  )

\*    To the above-named Defendant:  The Gilman Insurance Agency, Inc.

You are hereby summoned and required to serve upon........................................
........Christine S. Collins..........................................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.....................16th
day of ...March...............................................in the year of our Lord two thousand  and
.....four........... .

A true copy, Attest a photostatic process.

Eugene......... Clerk

Asst. Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
     if you claim to have a defense, either you or your attorney must serve a copy of your written
     answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
     Court, Room 21.

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

APR 1 2 2004

ATTEST

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

)
)
)
)
)
)
)
)
)

# SUMMONS

\*    **To the above-named Defendant:**    Financial Links, Inc.

You are hereby summoned and required to serve upon...........................................
.........................Christine S. Collins............................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after   01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.........16th...............
day of .............March.......................................in the year of our Lord two thousand  and
........four......... .

A true copy by photostatic process

**Clerk**

Attest:

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.