COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                              CIVIL ACTION NO. 03-2519C

ELIZABETH R. STEFFENBERG,        )
    Plaintiff,                  )
                                 )
v.                               )
                                 )
T. GENE GILMAN, STEVEN GILMAN,   )
THE GILMAN INSURANCE             )
AGENCY, INC., DAVID M. SCOLL,    )
ARBOR SECURITIES, LTD.,          )
ALLIANCE INVESTMENT              )
MANAGEMENT, COMMONWEALTH         )
FINANCIAL HOLDINGS INC.,         )
FINANCIAL LINKS, INC.,           )
T. GILMAN & CO., LTD.,           )
FIRST ALLIED SECURITIES, INC.,   )
PENSON FINANCIAL SERVICES, INC., )
AVIVA USA CORPORATION,           )
TRADETEK, LTD., TRADETEK, LLC,   )
and IVY HELIX, LLC,              )
    Defendants.                 )

FILED
ATTEST: APR 2 6 2004

Notices Mailed 5/3/04

4/30/04

No opposition having been filed pursuant to Rule 9a, motion allowed.

First Assistant Clerk

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE SECOND AMENDED VERIFIED COMPLAINT**

Pursuant to Rules 15(a) and 21 of the Massachusetts Rules of Civil Procedure, Plaintiff, Elizabeth R. Steffenberg ("Mrs. Steffenberg") requests leave to file the Second Verified Amended Complaint attached hereto as Exhibit A. Defendants who have appeared in this matter to date assent to this motion.

Mrs. Steffenberg seeks to amend her First Amended Verified Complaint to add a party, Aviva Life Insurance Company ("Aviva Life") and drop Defendant, Aviva USA Corporation ("Aviva USA") from this matter. Mrs. Steffenberg has been informed that Aviva Life, not the

{J:\CLIENTS\lit\303603\0001\00428527.DOC;1}

current defendant, Aviva USA Corporation, is the proper party in interest with respect to her claims concerning her and her husband's life insurance policy. Accordingly, she will be filing a Stipulation of Dismissal as to her claims against Defendant Aviva USA Corporation.

Mrs. Steffenberg's Motion is offered in good faith and will result in no delay of this action. Therefore, where the substitution of Aviva Life is intended to correct a technical mistake in naming a party and "leave [to amend] shall be freely given when justice so requires," this Court should allow Mrs. Steffenberg to amend her First Amended Verified Complaint. Mass. R. Civ. P. 15(a) and 21. See Clamp-All Corporation v. Foresta, 53 Mass. App. Ct. 795, 809 (2002); Castellucci v. United States Fidelity & Guaranty Co., 372 Mass. 288, 289 (1977).

**WHEREFORE,** Plaintiff, Elizabeth R. Steffenberg, respectfully requests that this Court grant her leave to file the Second Amended Verified Complaint attached hereto as Exhibit A.

Respectfully submitted,

ELIZABETH R. STEFFENBERG,
By Her Attorneys,

Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3441
(508) 929-3041

ASSENTED TO:

George C. Rockas, (BBO #544009)
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110
Tel: (617)422-5300 x5401

B. J. Krintzman, (BBO #559318)
30 Avalon Road
Waban, MA 02468-1610
Tel: (617) 244-7700

A true copy by photostatic process
Attest:
Assistant Clerk

{J:\CLIENTS\lit\303603\0001\00428527.DOC;1}    2

## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 23rd day of April, 2004 served the foregoing by mailing copy thereof, via first class mail, postage prepaid, to all parties and counsel of record.

*Christine S. Collins*
Christine S. Collins