COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                                   CIVIL ACTION NO. 03-2519C

ELIZABETH R. STEFFENBERG,         )
    Plaintiff,                                  )
                                                             )
v.                                                        )
                                                             )
T. GENE GILMAN, STEVEN GILMAN,     )
THE GILMAN INSURANCE               )
AGENCY, INC., DAVID M. SCOLL,      )
ARBOR SECURITIES, LTD.,            )
ALLIANCE INVESTMENT                )
MANAGEMENT, COMMONWEALTH           )
FINANCIAL HOLDINGS INC.,           )
FINANCIAL LINKS, INC.,             )
T. GILMAN & CO., LTD.,             )
FIRST ALLIED SECURITIES, INC.,     )
PENSON FINANCIAL SERVICES, INC.,   )
AVIVA LIFE INSURANCE COMPANY,      )
TRADETEK, LTD., TRADETEK, LLC,     )
and IVY HELIX, LLC,                )
    Defendants.                                )



FILED
ATTEST: MAY 0 6 2004

## NOTICE OF DISMISSAL

Plaintiff Elizabeth R. Steffenberg, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(i), hereby dismisses Defendant Ivy Helix, LLC from this action.

                Respectfully submitted,

                ELIZABETH R. STEFFENBERG,
                By Her Attorneys,

                Louis M. Ciavarra, Esquire (BBO #546481)
                Christine S. Collins, Esquire (BBO #639293)
                Bowditch & Dewey, LLP
                311 Main Street, P.O. Box 15156
                Worcester, MA  01615-0156
                (508) 926-3441
Dated: May 6, 2004        (508) 929-3041

A true copy by photostatic process
Attest: Eugene A. Sullivan, Asst. Clerk

Copies Mailed 5/11/04

{J:\CLIENTS\lit\303603\0001\00433457.DOC;1}

## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 6th day of May, 2004 served a copy of the foregoing via first class mail, postage prepaid, to all parties and counsel of record.

_____
Christine S. Collins