B. J. Krintzman, Esq.
Law Offices of B. J. Krintzman
30 Avalon Road
Waban, MA 02468-1610

-----------

Telephone 617-244-7700
Fax 617-965-6493
bjkrintzman@comcast.net



August 3, 2004

Civil Clerk's Office
United States District Court -Central division
Harold D. Donohue Federal Bldg. & Courthouse
595 Main St.   Suite 502
Worcester, MA 01608

RE: **Steffenberg v. Gilman et al.**
<u>Civil Action No. 04-40113NMG</u>

Dear Clerk:

Please note that my client Ivy Helix, LLC has been dismissed as a defendant in the Superior Court action styled **<u>Steffenberg v. Gilman et al., Worcester Superior Court Civ. Action No. 03-2519C</u>**, which I understand has been removed to Federal Court as the above-referenced matter. Would the Court and all counsel kindly remove Ivy Helix, LLC from the caption of the case and from future pleadings?

Thank you for your attention to this matter.

Very truly yours,

B. J. Krintzman

BJK/tbm
cc: William Gillman
    R. L. Rittenberg, Esq. and Kristin M. Knuuttila, Esq. - fax (617) 456-8100
    G. C Rockas, Esq. - fax (617) 423-6917
    Christine Collins, Esq. and Louis Ciavarra, Esq. - fax (508) 756-7636