UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

FILED
IN CLERKS OFFICE

2004 AUG -6  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELIZABETH R. STEFFENBERG,<br>  Plaintiff<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN,<br>THE GILMAN INSURANCE<br>AGENCY, INC., DAVID M. SCOLL,<br>ARBOR SECURITIES, LTD.,<br>ALLIANCE INVESTMENT<br>MANAGEMENT, COMMONWEALTH<br>FINANCIAL HOLDINGS INC.,<br>FINANCIAL LINKS, INC.,<br>T. GILMAN & CO., LTD.,<br>FIRST ALLIED SECURITIES, INC.,<br>PENSON FINANCIAL SERVICES, INC.,<br>AVIVA LIFE INSURANCE COMPANY,<br>TRADETEK, LTD., and TRADETEK, LLC,<br>  Defendants. | CIVIL ACTION NO.<br><br>NO. 04-40113-FDS |

## PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled matter hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the plaintiff's RICO claim (Count XI of the Plaintiff's Second Amended Complaint) be dismissed with prejudice as against defendant Aviva Life Insurance Company without costs, interest or attorneys' fees and all rights of appeal are hereby waived.

ELIZABETH R. STEFFENBERG

By her attorney,

*[signatures]*

Louis M. Ciavarra, BBO #546481
Christine Smith Collins, BBO #639293
Bowditch & Dewey, LLP
311 Main Street
P. O. Box 15156
Worcester, MA 01615
(508) 926-3441

DAVID M. SCOLL

By his attorneys,


_____
George C. Rockas, BBO #544009
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

AVIVA LIFE INSURANCE COMPANY

By its attorneys,


_____
Rhonda L. Rittenberg, BBO #550498
Kristin M. Knuuttila, BBO #633828
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date: 8/5/04