UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40113-FDS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG,<br>    Plaintiff, | (BBO#639293) |
| v. | |
| T. GENE GILMAN, STEVEN GILMAN,<br>THE GILMAN INSURANCE<br>AGENCY, INC., DAVID M. SCOLL,<br>ARBOR SECURITIES, LTD.,<br>ALLIANCE INVESTMENT<br>MANAGEMENT, COMMONWEALTH<br>FINANCIAL HOLDINGS INC.,<br>FINANCIAL LINKS, INC.,<br>T. GILMAN & CO., LTD.,<br>FIRST ALLIED SECURITIES, INC.,<br>PENSON FINANCIAL SERVICES, INC.,<br>AVIVA USA CORPORATION,<br>TRADETEK, LTD., and<br>TRADETEK, LLC,<br>    Defendants. | |

**PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Christine S. Collins, do hereby state that I have conferred with counsel for Defendant, David M. Scoll and have attempted in good faith to resolve and narrow the issues presented by Plaintiff's Motion To Compel Responses of Defendant David M. Scoll to Plaintiff's First Request For Production Of Documents.

04-40113-FDS

{J:\CLIENTS\lit\303603\0001\00462164.DOC;2}

Respectfully submitted,

ELIZABETH R. STEFFENBERG,
By Her Attorneys,

*[signature]*

Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3441

Date: August 27, 2004         (508) 929-3041

## CERTIFICATE OF SERVICE

I, Christine S. Collins, attorney for the Plaintiff, hereby certify that I have served a copy of the foregoing on the following by mailing a copy of same, via first-class mail, postage prepaid, this 27th day of August 2004 to all parties and counsel of record.

*[signature]*

Christine S. Collins