UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40113-FDS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG, )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>T. GENE GILMAN, STEVEN GILMAN, )<br>THE GILMAN INSURANCE )<br>AGENCY, INC., DAVID M. SCOLL, )<br>ARBOR SECURITIES, LTD., )<br>ALLIANCE INVESTMENT )<br>MANAGEMENT, COMMONWEALTH )<br>FINANCIAL HOLDINGS INC., )<br>FINANCIAL LINKS, INC., )<br>T. GILMAN & CO., LTD., )<br>FIRST ALLIED SECURITIES, INC., )<br>PENSON FINANCIAL SERVICES, INC., )<br>AVIVA USA CORPORATION, )<br>TRADETEK, LTD., and )<br>TRADETEK, LLC, )<br>    Defendants. ) | (BBO#639293) |

### MOTION TO COMPEL RESPONSES OF DEFENDANT DAVID M. SCOLL TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, Elizabeth R. Steffenberg ("Mrs. Steffenberg"), hereby moves for an Order compelling Defendant, David M. Scoll ("Attorney Scoll"), to provide responsive documents to certain requests set forth in Mrs. Steffenberg's First Request for Production of Documents to Defendant, David M. Scoll.

In further support of this Motion, Mrs. Steffenberg relies on her Memorandum of Law and the Affidavit of Louis M. Ciavarra, Esquire, filed herewith.

Respectfully submitted,

ELIZABETH R. STEFFENBERG,
By Her Attorneys,

*/s/ Christine S. Collins*

Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3441
(508) 929-3041

Date: August 27, 2004

## CERTIFICATE OF SERVICE

I, Christine S. Collins, attorney for the Plaintiff, hereby certify that I have served a copy of the foregoing on the following by mailing a copy of same, via first-class mail, postage prepaid, this 27th day of August 2004 to all parties and counsel of record.

*/s/ Christine S. Collins*

Christine S. Collins

04-40113-FDS                                    2

{J:\CLIENTS\lit\303603\0001\00459309.DOC;1}