UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH STEFFENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD. and TRADETEK, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 04-40113-FDS |

**SUPPLEMENTATION TO DAVID M. SCOLL'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

The Defendant, David M. Scoll (hereinafter "Scoll"), hereby submits, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure as well as Local Rule 26.6(A) and Local Rule 34.1(E) of the Local Rules of the United States District Court for the District of Massachusetts (hereinafter "Local Rules"), his supplementation to his response to the Plaintiff's First Request for Production of Documents. See Deft. David M. Scoll's Resp. to Pl.'s First Req. for the Prod. of Docs. dated June 24, 2004 (hereinafter "Scoll's Response")(attached as Exhibit B to Pl.'s Mem. in Supp. of Pl.'s Mot. to Compel Responses to Pl.'s First Req. for Prod. of Docs. to Deft. David M. Scoll dated Aug. 27, 2004).

The amendment to Scoll's Response consists of the attached Privilege Logs for Requests Numbered 1 and 18-42 of the Plaintiff's First Request for Production of Documents. See Pl.'s First Req. for Prod. of Docs. to Deft., David M. Scoll dated May 27, 2004.

30114.1

Respectfully submitted,

DAVID M. SCOLL
By his Attorneys,


   /s/ Sara Discepolo
George C. Rockas, BBO # 544009
Sara Discepolo, BBO # 628721
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA  02110
(617) 422-5300

Dated: September 27, 2004

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 1
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| SEE PRIVILEGE LOGS FOR REQUESTS # 1, 18-42. | | | | |

30121.1

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 18
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| | | | | |

SCOLL DOES NOT POSSESS ANY PRIVILEGED DOCUMENTS RESPONSIVE TO THIS REQUEST.

30067.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 19
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/19/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes concerning telephone conference with T. Gene Gilman re: concerning representation of T. Gene Gilman in connection with litigation |
| 10/16/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes concerning telephone conference with T. Gene Gilman re: concerning representation of T. Gene Gilman in connection with litigation |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning telephone conference with T. Gene Gilman |
| 7/6/1999 | AC/JD | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 3/12/1999 to 3/16/99 (subject matter of telephone conference with client) |
| 2/4/1999 | AC/JD | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 9/4/1998 (subject matter of conference with client) |
| 1/7/1999 | WP/OP/JD | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 10/26/1998 to 11/20/1998 (subject matter of telephone conference with client's counsel) |
| 8/16/1999 | AC/JD | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 7/14/1999 to 8/13/1999 (subject matter of telephone conference with T. Gene Gilman) |
| 7/6/1999 | AC/JD | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 2/16/1999 to 6/29/1999 (subject matter of conferences with T. Gene Gilman) |
| 2/4/1999 | AC | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 1/11/1999 to 1/29/1999 (subject matter of conferences with T. Gene Gilman) |
| 1/7/1999 | AC | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 12/7/1998 to 12/10/1998 (subject matter of conference with client) |
| 2/4/1999 | AC | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 1/8/1999 (subject matter of conference with client) |
| 4/3/2001 | AC | Invoice | By Attorney Scoll to T. Gene Gilman | Invoice to T. Gene Gilman for work performed 1/31/2001 to 3/30/2001 (subject matter of conference with client's agent) |
| Printed on 11/13/2003 | WP | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for T. Gene Gilman for work performed 10/6/1999 to 8/7/2000 (subject matter of telephone conference with client's counsel) |
| Printed on 11/13/2003 | AC/WP | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for T. Gene Gilman for work performed 5/19/2003 to 11/5/2003 (subject matter of conference with client and client's counsel) |

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Printed on 11/13/2003 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for T. Gene Gilman for work performed 8/26/1999 to 3/13/2000 (subject matter of conferences with client described) |
| Printed on 11/13/2003 | AC/WP/OP/JD | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for T. Gene Gilman for work performed 1/27/2003 to 2/25/2003 (subject matter of conference with client and client's counsel) |
| 6/7/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Agenda of Office Conference with T. Gene Gilman and written notes thereon reflecting client communications |
| Undated | AC/WP/JD | Diagram with Attorney Notes thereon | Created by T. Gene Gilman | Diagram reflects discussion between T. Gene Gilman and Attorney Scoll re: general matters related to corporations |
| 3/30/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation involving T. Gene Gilman (Gene as a deponent and potential defendant) |
| 3/12/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation involving T. Gene Gilman |
| 2/16/2000 | AC/WP/OP/JD | Correspondence | Letter from client's counsel to client with cc to Attorney Scoll | Letter and enclosed litigation documents (court filings) with attorney notes thereon (litigation in which T. Gene Gilman was a party) |
| 3/1/2000 | WP/OP/JD | Draft Litigation Documents | By counsel for client and Attorney Notes thereon | Draft Court Filings by client's counsel (litigation in which T. Gene Gilman was a party) |
| Printed on 3/1/2000 | WP/OP/JD | Computer Generated Report | | Report created for analysis of litigation (litigation in which T. Gene Gilman was a party) |
| January 2000 | WP/OP/JD | Draft Litigation Documents | By counsel for client and Attorney Notes thereon | Draft Court Filings by client's counsel (litigation in which T. Gene Gilman was a party) |
| 7/16/2001 | AC/JD | Letter and attached invoice | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 6/27/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| November 2000 | AC/WP/JD | Notes | From T. Gene Gilman to Attorney Scoll | Giving background of case (prior litigation in which T. Gene Gilman was a party) |
| 3/1/2001 | AC/WP/OP/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/30/2001 | AC/JD | Letter (encloses 4 Settlement Agreements for client/client's agents to sign) | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 2/8/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 2/12/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 2/5/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/31/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Facsimile | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Facsimile | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |

2

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/26/2001 | AC/JD | Letter | From client's counsel to client and Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Facsimile | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Facsimile | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/26/2001 | AC/JD | Letter | From client's counsel to client and Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 1/22/2001 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on telephone conference with T. Gene Gilman and client's counsel (re: litigation in which T. Gene Gilman was a party) |
| 1/22/2001 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and other counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 1/5/2001 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and other counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 12/21/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and other counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 12/27/2000 | AC/JD | Letter | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 12/5/2000 | AC/JD | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 11/22/2000 | AC/JD | Letter | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 11/29/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 11/29/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 11/29/2000 | AC/WP/OP/JD | Email | From Attorney Scoll to client's counsel | Email concerning meeting with T. Gene Gilman Re: litigation in which T. Gene Gilman was a party |
| 11/28/2000 | AC/WP/OP/JD | Email | From client's counsel to Attorney Scoll and client | Re: litigation in which T. Gene Gilman was a party (includes information about meeting with T. Gene Gilman) |
| 10/31/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 10/27/2000 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 10/30/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 11/10/2000 | WP/OP/JD | Email | From client's counsel to client's other counsel with cc to client and Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |

3

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 11/1/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 11/1/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 10/20/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 10/18/1999 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 10/13/2000 | AC/JD | Invoice | From client's counsel to client | Invoice contains content of communication between client's counsel and T. Gene Gilman |
| 10/17/2000 | AC/JD | Email | From client to client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 10/20/2000 | AC/JD | Letter | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 9/28/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/28/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/19/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/13/2000 | AC/JD | Invoice | From client's counsel to client c/o client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/11/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/11/2000 | AC/JD | Invoice | From client's counsel to client | Re: litigation in which T. Gene Gilman was a party |
| 8/16/2000 | AC/WP/OP/JD | Letter | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 8/1/2000 | AC/JD | Letter | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 8/1/2000 | AC/WP/OP/JD | Letter | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 7/13/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 7/13/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 7/1/2000 | AC/WP/OP/JD | Email | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |

4

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP/JD | Email File Attachment | From client's counsel to client and Attorney Scoll with cc to client's other counsel | Draft Court Filing with Attorney Notes thereon re: litigation in which T. Gene Gilman was a party |
| 7/13/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 7/10/2000 | AC/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 7/7/2000 | WP/OP/JD | Letter | From opposing counsel to client's counsel | Correspondence with Attorney Notes thereon Re: litigation in which T. Gene Gilman was a party |
| 7/27/2000 | AC/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 7/27/2000 | AC/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 12/6/1999 | WP/OP/JD | Faxed Court Filings | From opposing counsel to Attorney Scoll | Court Filings attached contain Attorney Notes thereon Re: litigation in which T. Gene Gilman was a party |
| 6/21/2000 | AC/JD | Facsimile | From client's counsel to client and Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 6/12/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 6/12/2000 | AC/WP/OP/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 6/12/2000 | WP/OP/JD | Draft Letter | Drafted by client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 4/21/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 4/20/2000 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel with cc to client | Re: litigation in which T. Gene Gilman was a party |
| 4/6/2000 | AC/WP/OP/JD | Facsimile | From client's counsel to Attorney Scoll | Discussing subject matter of what Attorney Scoll will discuss with T. Gene Gilman (re: litigation in which T. Gene Gilman was a party) |
| 4/18/2000 | WP/OP/JD | Draft Agreements | Drafted by client's counsel with Attorney Notes thereon | Re: litigation in which T. Gene Gilman was a party |
| 4/5/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 3/15/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 3/13/2000 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/28/2000 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/24/2000 | AC/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/24/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |

5

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 2/14/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/9/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/10/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/7/2000 | AC/JD | Letter | From client's counsel to client with cc to Attorney Scoll and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/7/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 2/7/2000 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 1/31/2000 | WP/OP/JD | Email | Between client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 1/27/2000 | WP/OP/JD | Email | From client's counsel to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 1/14/2000 | AC/WP/OP/JD | Letter | Between client's counsel with cc to client, Attorney Scoll, and client's other counsel | Re: litigation in which T. Gene Gilman was a party |
| 12/17/1999 | AC/WP/OP/JD | Letter | From Attorney Scoll to client's counsel with cc to client | Re: litigation in which T. Gene Gilman was a party (reflects in part communication by T. Gene Gilman) |
| 12/6/1999 | WP/OP/JD | Letter | From opposing counsel to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party (contains Attorney Notes thereon) |
| 12/7/1999 | AC/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: litigation in which T. Gene Gilman was a party |
| 12/7/1999 | AC/JD | Facsimile | From Attorney Scoll to Steve Gilman | Re: litigation involving Arbor Securities and in which T. Gene Gilman was a party (contains Attorney Notes thereon) |
| 11/23/1999 | WP/OP/JD | Interoffice Memo | Attorney Scoll's Office | Re: litigation in which T. Gene Gilman was a party |
| 9/23/1999 | WP/OP/JD | Letter | From Attorney Scoll to client's counsel | Re: litigation in which T. Gene Gilman was a party |
| 9/18/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 8/23/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 8/23/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 7/11/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: litigation in which T. Gene Gilman was a party/witness |
| 6/21/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 6/22/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include conference with client's counsel and information on conference call with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 5/4/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: litigation in which T. Gene Gilman was a party/witness |

6

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 3/24/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 3/14/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 4/3/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 3/30/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: priori litigation in which T. Gene Gilman was a party |
| 3/28/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 3/21/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: priori litigation in which T. Gene Gilman was a party |
| 2/28/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: priori litigation in which T. Gene Gilman was a party |
| 2/28/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Attorney Notes reflecting conference with Scoll Gilman re: general corporate issues for T. Gene Gilman |
| 2/25/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 2/23/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and conference with client's counsel re: litigation in which T. Gene Gilman was a party |
| 2/22/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 9/16/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 9/14/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 9/14/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with Steve Gilman re: litigation in which T. Gene Gilman was a party |
| 9/11/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: litigation in which T. Gene Gilman was a party |
| 9/10/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with opposing counsel re: litigation in which T. Gene Gilman was a party |
| 6/2/1999 | WP | Faxed Correspondence/Legal Document with Notes thereon | Notes by T. Gene Gilman | Re: personal business matters pertaining to T. Gene Gilman |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal business matters pertaining to T. Gene Gilman |
| 9/5/2000 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Contains information communicated to Attorney Scoll from Steve Gilman, agent of corporate clients Re: prior litigation in which T. Gene Gilman was a party |
| 8/15/2000 | WP/OP/JD | Court Filings | Drafted by client's counsel | Re: litigation in which T. Gene Gilman was a party – documents contain written Attorney Notes by Attorney Scoll |
| Undated | WP/OP/JD | Draft Court Filings | Drafted by client's counsel | Re: litigation in which T. Gene Gilman was a party – drafts contain written Attorney Notes by Attorney Scoll |

7

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 9/5/2000 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: litigation in which T. Gene Gilman was a party Contains information communicated to Attorney Scoll from Steve Gilman, agent of corporate clients |
| Printed on 10/7/1996 | WP | Computer Generated Report | | Re: in anticipation of litigation involving T. Gene Gilman (with written Notes thereon) |
| 3/16/2000 | AC/JD | Facsimile | From Steve Gilman, agent for corporate client, to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 3/16/2000 | AC/WP/JD | Faxed Computer Generated Report | From T. Gene Gilman or corporate client to Attorney Scoll | Report created for litigation in which T. Gene Gilman was a party and which involved corporate client. Faxed by either T. Gene Gilman or agent for corporate client. |
| Printed on 3/17/2000 | WP/JD | Computer Generated Reports | | Reports created for litigation in which T. Gene Gilman was a party and which involved corporate client |
| Undated | AC/WP/JD | Written Note on Computer Generated Report | From client to Attorney Scoll | Report and Note concerning litigation in which T. Gene Gilman was a party and which involved corporate client. |
| 6/6/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: Notes concerning litigation in which T. Gene Gilman was a party and which involved corporate client. |
| 5/4/2000 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: litigation in which T. Gene Gilman was a party and which involved corporate client. |
| 4/28/2000 | WP/OP/JD | Facsimile | From client's counsel to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party and which involved corporate client. |
| Printed on 3/1/2000 | WP/OP/JD | Computer printout of website pages | Created by Attorney Scoll | Printouts have Attorney Notes thereon. Printouts downloaded for litigation in which T. Gene Gilman was a party and which involved corporate client. |
| 2/22/2000 | AC/WP/OP/JD | Facsimile | From client's counsel to client with cc to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party and which involved corporate client. |
| 2/18/2000 | WP/OP/JD | Letter | From opposing counsel to client's counsel | Letter concerning litigation in which T. Gene Gilman was a party and which involved corporate client. Letter contains Attorney Notations written thereon. |
| 2/22/2000 | WP/OP/JD | Facsimile with attached documents | From client's counsel to Attorney Scoll | Documents contain Attorney Notes written thereon re: litigation in which T. Gene Gilman was a party and which involved corporate client. |
| Undated | WP/OP/JD | Blank Agreement with Attorney Notes thereon | | Re: litigation in which T. Gene Gilman was a client and which involved corporate client |
| 5/4/2000 | AC/WP/JD | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: litigation in which T. Gene Gilman was a party |
| 9/20/1999 | AC/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: litigation in which T. Gene Gilman was a client and which involved corporate client. |
| Undated | WP/OP/JD | Computer Generated Report | | Created for litigation in which T. Gene Gilman was a party and which involved corporate client |
| Undated | WP/OP/JD | Computer Generated Report | | Created for litigation in which T. Gene Gilman was a party and which involved corporate client |
| Undated | WP/OP/JD | Draft Letter | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |

8

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 8/5/1986 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 7/29/1986 | AC | Memo | From T. Gene Gilman to Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| June 1986 | WP/OP/JD | Draft Agreement with Attorney Notes thereon | | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 7/1/1986 | AC | Invoice | From Attorney Scoll to T. Gene Gilman | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 8/25/1986 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 1/12/1988 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning personal legal matter for T. Gene Gilman (potential for litigation) |
| 11/2/1987 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman (potential for litigation) |
| Undated | WP/OP | Research Materials | Compiled by Attorney Scoll | Re: personal legal matter for T. Gene Gilman (potential for litigation) |
| 10/27/1987 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman (potential for litigation) |
| Undated (Received on 10/9/1987) | AC/WP | Letter | From T. Gene Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman (potential for litigation) |
| 8/21/1987 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes concerning communications from T. Gene Gilman to Attorney Scoll re: personal legal matter for T. Gene Gilman (potential for litigation) |
| Undated | WP/OP | Draft Letter | Drafted by Attorney Scoll | Re: personal legal matter for T. Gene Gilman (potential for litigation) |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | For representation of T. Gene Gilman as sharcholder/director of newly formed corporation |
| 7/19/1941 | AC/JD | Letter | From Attorney Scoll to T. Gene and Diane Gilman | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 5/8/1985 | AC/JD | Invoice | From Attorney Scoll to T. Gene and Diane Gilman | Re: personal legal transaction for T. Gene Gilman and Diane Gilman (contains information concerning telephone conversation with T. Gene Gilman) |
| 2/13/1985 | AC/JD | Attorney Timeslip | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman (contains information concerning telephone conversation with T. Gene Gilman) |
| 7/9/1985 | AC/JD | Invoice | From Attorney Scoll to T. Gene and Diane Gilman | Re: personal legal transaction for T. Gene Gilman and Diane Gilman (contains information concerning telephone conversation with T. Gene Gilman) |
| 6/3/1985 | AC/JD | Attorney Timeslip | From Attorney Scoll to T. Gene and Diane Gilman | Re: personal legal transaction for T. Gene Gilman and Diane Gilman (contains information concerning telephone conversation with T. Gene Gilman) |
| 6/19/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 6/18/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |

9

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/19/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 2/13/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 2/12/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 2/7/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal transaction for T. Gene Gilman and Diane Gilman |
| 1/21/1986 | AC | Memo | From T. Gene Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 1/15/1986 | AC | Letter | From Attorney Scoll to T. Gene Gilman and Gilman | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 8/29/1985 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on telephone conference with T. Gene Gilman Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 8/27/1985 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 2/22/1982 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 2/19/1982 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 2/11/1982 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 2/1/1982 | AC | Letter | From Attorney Scoll to T. Gene Gilman and Diane Gilman | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 1/13/1982 | AC | Letter | From Attorney Scoll to T. Gene Gilman and Diane Gilman | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 12/22/1981 | AC | Attorney Timeslip | By Attorney Scoll | Timeslip contains information on conference with T. Gene Gilman Re: personal legal matter for T. Gene and Diane Gilman, and David Gelfond |
| 12/30/1981 | AC | Letter | By Attorney Scoll to T. Gene Gilman and Diane Gilman | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman, Diane Gilman, and David Gelfond |
| 7/9/1985 | AC | Invoice | From Attorney Scoll to Mr. and Mrs. Gene Gilman | Invoice for personal legal matter for T. Gene Gilman and Diane Gilman (includes information on content of conference with T. Gene Gilman) |
| 4/11/1985 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing information re: personal legal matter for T. Gene Gilman and Diane Gilman (includes information on content of conference with T. Gene Gilman) |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/19/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |

10

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 5/8/1985 | AC | Invoice | From Attorney Scoll to Mr. and Mrs. T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Diane Gilman (includes information on content of conference with T. Gene Gilman) |
| 4/11/1985 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Research Materials | By Attorney Scoll | Re: general legal issues for T. Gene Gilman |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 8/25/1986 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 8/5/1986 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 8/25/1986 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 7/1/1986 | AC | Invoice | From Attorney Scoll to T. Gene Gilman | Invoice containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 6/12/1986 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 4/27/1984 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 5/15/1984 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 5/21/1984 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 7/2/1984 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 7/6/1984 | AC | Attorney Timeslip | By Attorney Scoll | Time and Billing Slip containing information on content of conference with T. Gene Gilman re: personal legal matter for T. Gene and Diane Gilman |
| 7/26/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 7/6/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/21/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/28/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |

11

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/18/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/14/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/5/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/4/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 6/11/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 5/31/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 5/30/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 5/22/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 3/28/1984 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Diane Gilman |
| 3/16/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 7/23/1998 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 7/23/1998 | AC/WP/OP/JD | Letter | From client's counsel to client with cc to Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 6/23/1998 | WP/OP/JD | Letter | From client's counsel to Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 6/23/1998 | WP/OP/JD | Draft Legal Document | By client's counsel with Attorney Notes thereon by Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 6/29/1998 | AC/WP/OP/JD | Letter | From client's counsel to T. Gene Gilman with cc to Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 7/9/1998 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: representation of T. Gene Gilman in litigation |
| 6/23/1998 | WP/OP/JD | Draft Legal Document with Attorney Notes thereon | Draft by client's counsel; Notes by Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 7/16/1998 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: representation of T. Gene Gilman in litigation |
| Undated | WP/OP/JD | Draft Legal Document | By client's counsel | Re: representation of T. Gene Gilman in litigation |
| 7/9/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in litigation |
| 6/26/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on content of conference with Steve Gilman and T. Gene Gilman re: representation of T. Gene Gilman in litigation |
| 6/22/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on content of conference with client's counsel |

12

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP/JD | | | and T. Gene Gilman re: representation of T. Gene Gilman in litigation |
| | | Notes | By T. Gene Gilman | Notes concerning matters in litigation for which Attorney Scoll and other counsel providing representation to T. Gene Gilman |
| 6/2/1998 | AC/WP/OP/JD | Faxed Attorney Notes | Notes by client's counsel faxed to Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in litigation |
| 6/9/1998 | AC/WP/OP/JD | Facsimile | From Steve Gilman to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 6/12/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/18/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation (includes content of conference with client's counsel) |
| 6/18/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman and client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 6/17/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman and client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 6/17/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 6/16/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 6/9/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/8/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 6/8/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/5/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 6/4/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel and T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| Undated | AC/WP/JD | Notes | From T. Gene Gilman to Attorney Scoll | Notes to Attorney Scoll by T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/1/1998 | AC/WP/OP/JD | Faxed Notes | From T. Gene Gilman to Attorney Scoll | Notes to Attorney Scoll by T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/1/1998 | AC/WP/OP/JD | Faxed letter with Note thereon | Note by T. Gene Gilman (faxed from T. Gene Gilman to Attorney Scoll) | Notes to Attorney Scoll by T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |

13

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/3/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman and content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 6/2/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 6/3/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 6/1/1998 | WP/JD | Faxed document with Attorney Notes thereon | Fax from T. Gene Gilman to Attorney Scoll; document contains Attorney Notes | Re: representation of T. Gene Gilman in connection with litigation |
| 3/6/1997 | AC/WP/JD | Client Notes | Notes by T. Gene Gilman | Notes given to Attorney Scoll by T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 6/1/1998 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 6/1/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 5/29/1998 | AC/WP/JD | Facsimile | From Steven Gilman to Attorney Scoll | Notes on conference with Steven Gilman re: representation of T. Gene Gilman in connection with litigation |
| 5/29/1998 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 5/28/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 5/28/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 5/27/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 5/27/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 5/26/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 5/8/1997 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/22/1997 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 3/5/1997 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 3/3/1997 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |

14

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 2/28/1997 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 3/4/1997 | AC | Letter | From outside counsel to T. Gene Gilman | Re: potential representation of T. Gene Gilman in connection with litigation |
| 8/3/2000 | AC/WP/OP/JD | Letter | To X from X's Attorney | (joint defense privilege) re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Draft Court Filings with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman |
| 4/26/2000 | AC/WP/JD | Letter | From X to X's Attorney | (joint defense privilege) re: representation of T. Gene Gilman in connection with litigation |
| 3/29/2000 | AC/WP/OP/JD | Letter | From X's Attorney to X | (joint defense privilege) re: representation of T. Gene Gilman in connection with litigation |
| 2/11/2000 | AC/JD | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/6/1999 | AC/WP/OP/JD | Memo | From Attorney Scoll to T. Gene Gilman | (joint defense privilege) re: representation of T. Gene Gilman in connection with litigation |
| 10/4/1999 | WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 9/23/1999 | AC/WP/OP/JD | Letter | From X's Attorney to X | (joint defense privilege) re: representation of T. Gene Gilman in connection with litigation |
| 9/23/1999 | WP/OP/JD | Letter | From X's Attorney to third party | Re: representation of T. Gene Gilman in connection with litigation |
| 3/29/1999 | AC/WP/OP/JD | Letter | From T. Gene Gilman to client's counsel and Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation (letter contains content of legal advice received from other counsel) |
| 3/3/1999 | WP/OP/JD | Court Filing with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Research Materials with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 3/4/1997 | WP/OP/JD | Computer Generated Report with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/6/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/4/1998 | AC/WP/OP/JD | Letter | From client's counsel to T. Gene Gilman with cc to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Docket Report with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/19/1998 | AC/WP/JD | Facsimile | From Steven Gilman to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 7/28/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of communication with Steve Gilman re: representation of T. Gene Gilman in connection with litigation |
| 9/17/1998 | AC/WP/JD | Facsimile | From Steven Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Computer Generated Report | Created by Steven Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |

15

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 9/10/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Computer Generated Report with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/27/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/27/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | AC/WP/OP/JD | Note by client on Correspondence and Attorney Notes on Correspondence | By Steve Gilman to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Printed on 6/17/2004 | AC/JD | Computer Generated Report | Report created by Attorney Scoll | Client Billing Worksheet for work performed for T. Gene Gilman (includes content of conference with T. Gene Gilman and client's other counsel) |
| Printed on 6/17/2004 | AC/JD | Computer Generated Report | Report created by Attorney Scoll | Client Billing Worksheet for work performed for T. Gene Gilman (includes content of communication from Attorney Scoll to T. Gene Gilman) |
| 11/24/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 11/23/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 11/20/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 12/2/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 11/19/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 11/18/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/25/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/27/1998 | AC/WP/OP/JD | Faxed Letter | From client's counsel to T. Gene Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| 10/26/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 10/15/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/15/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/15/1998 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |

16

29441.2