| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/23/1998 | AC/WP/OP/JD | Faxed Letter | From client's counsel to Steve Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/OP/JD | Research Material with Attorney Notes thereon | | Re: representation of T. Gene Gilman in connection with litigation |
| 9/23/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel and Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/JD | Computer Generated Report | Created by Steve Gilman for T. Gene Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| 9/22/1998 | AC/WP/OP/JD | Letter | From client's counsel to Steve Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| 9/22/1998 | WP/OP/JD | Draft Litigation Document | Draft by client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 9/21/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: representation of T. Gene Gilman in connection with litigation |
| 9/18/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 9/22/1998 | AC/WP/JD | Facsimile | From Steve Gilman to client's counsel and Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 9/22/1998 | WP/OP/JD | Draft Correspondence with Attorney Notes thereon | Attorney Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 9/17/1998 | AC/WP/OP/JD | Facsimile with Attorney Notes thereon | Fax from Steve Gilman to client's counsel; Attorney Notes thereon by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| Undated | WP/JD | Computer Generated Report | Created by client | Re: representation of T. Gene Gilman in connection with litigation |
| 9/17/1998 | WP/OP/JD | Faxed Letter | From client's counsel to Attorney Scoll with cc to T. Gene Gilman | Re: representation of T. Gene Gilman in connection with litigation |
| 9/17/1998 | WP/OP/JD | Draft Correspondence | Draft by client's counsel | Re: representation of T. Gene Gilman in connection with litigation |
| 9/15/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman, Steve Gilman, and client's counsel re: representation of T. Gene Gilman in connection with litigation |
| 9/11/1998 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/27/1998 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to client's counsel | Re: representation of T. Gene Gilman in connection with litigation (includes content of communication from Steve Gilman) |
| 8/25/1998 | AC/JD | Letter | From client's counsel to T. Gene Gilman with cc to Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/14/1997 | AC/WP/JD | Letter | From T. Gene Gilman to outside counsel seeking legal advice | Re: representation of T. Gene Gilman in connection with litigation (includes summary of prior conversation between T. Gene Gilman and outside counsel) |
| Undated | WP/JD | Notes | By client | Re: representation of T. Gene Gilman in connection with litigation |
| 10/24/1997 | WP/JD | Notes | By client | Re: representation of T. Gene Gilman in connection with litigation |

17

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP/JD | Court Filing/Litigation Document with Attorney Notes thereon | Attorney Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 10/8/1997 | WP/OP/JD | Correspondence with Attorney Notes thereon | Attorney Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 8/26/1997 | WP/OP/JD | Court Filing with Attorney Notes thereon | Attorney Notes by Attorney Scoll | Re: representation of T. Gene Gilman in connection with litigation |
| 2/18/2003 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: incorporation of business for T. Gene Gilman (personal legal) |
| 9/9/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 9/7/1999 | AC/JD | Facsimile | From Attorney Scoll to Steve Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 9/7/1999 | AC/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| Undated | WP/OP/JD | Computer Generated Report with Attorney Notes thereon | Notes by Attorney Scoll | Report and Notes concerning personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/30/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and Steve Gilman re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/13/1999 | AC/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/13/1999 | AC/JD | Facsimile | From Attorney Scoll to T. Gene Gilman and Steve Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/13/1999 | WP/OP/JD | Draft Letter with Attorney Notes thereon | From Attorney Scoll to opposing counsel | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/12/1999 | WP/OP/JD | Draft Letter with Attorney Notes thereon | From Attorney Scoll to opposing counsel | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/12/1999 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/13/1999 | WP/OP/JD | Draft Letter with Attorney Notes thereon | From Attorney Scoll to opposing counsel | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/18/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/16/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/11/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with Steve Gilman re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/10/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| Undated | WP/JD | Draft Correspondence | By T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/12/1999 | AC/WP/OP/JD | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman and Steve Gilman |

18

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 8/12/1999 | WP/OP/JD | Draft Correspondence | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| 8/9/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman and Steve Gilman |
| Undated | WP/OP/JD | Draft Legal Document | Created by Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| Undated | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on Draft Legal Document re: personal legal matter for T. Gene Gilman |
| Undated | AC/WP/OP/JD | Faxed Draft Legal Document with Notes to Attorney Scoll thereon | From Steve Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 11/7/2002 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 10/8/2002 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: Strategic Capital Resources, Inc. Agreement |
| 4/16/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 09/1/1998 | WP/OP | Legal Document with Attorney Notes thereon | Attorney Notes by Attorney Scoll | Notes on conference with T. Gene Gilman re: personal legal/business matter for T. Gene Gilman |
| 9/1/1998 | AC | Attorney Notes | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 1/19/2000 | WP/OP/JD | Correspondence with Attorney Notes thereon | Notes by Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 3/8/2000 | WP/OP/JD | Draft Letter with Attorney Notes thereon | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 3/7/2000 | WP/OP/JD | Draft Letter with Attorney Notes thereon | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 2/17/2000 | AC/WP/JD | Email | From Attorney Scoll's other client (Apollo) to Attorney Scoll | Attorney-client privileged communication with separate client related to personal legal/business matter for T. Gene Gilman |
| 1/4/1993 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman |
| 12/7/1992 | AC | Letter | From T. Gene Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 12/7/1992 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes contain content of conference with T. Gene Gilman re: personal legal matter for T. Gene Gilman |
| 6/19/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: personal legal matter for T. Gene Gilman |
| 5/9/1989 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 1/8/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 1/8/1999 | WP/OP | Draft Letter | Draft created by Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 1/7/1999 | AC/WP | Facsimile | From T. Gene Gilman to Attorney Scoll | Notes faxed to Attorney Scoll re: personal legal matter for T. Gene Gilman |
| Undated | AC/WP/OP | Attorney Notes on notes provided by client to Attorney Scoll | By Attorney Scoll | Attorney Notes on notes by client re: personal legal matter for T. Gene Gilman |
| Undated | AC/WP | Faxed Notes | Fax from T. Gene Gilman to Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 8/26/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: personal legal matter for T. Gene Gilman |

19

29441.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 9/1/1998 | WP/OP | Draft Legal Document | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 12/7/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: personal legal matter for T. Gene Gilman |
| Undated | AC/WP/OP | Draft Legal Document | Draft sent to T. Gene Gilman by Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 7/5/1998 | AC/WP/OP | Draft Legal Document with Attorney Notes thereon | Draft sent to T. Gene Gilman by Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 5/15/1991 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: general personal/business legal matter for T. Gene Gilman |
| 7/22/1987 | WP/O | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 10/5/1987 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal matter for T. Gene Gilman |
| 5/12/1987 | AC | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman re: personal business/legal matters for T. Gene Gilman |
| 9/8/1993 | WP/OP | Attorney Notes | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |
| 9/21/1999 | WP | Attorney Notes | By Attorney Scoll | Re: personal legal/business matter for T. Gene Gilman |

20

29441.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 20
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/4/1993 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Letter concerning Gilman Insurance Agency, Inc. |
| 12/7/1992 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning Gilman Insurance Agency, Inc. (notes include content of conference with T. Gene Gilman) |
| 10/5/1992 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 10/5/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/22/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/21/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/15/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 8/25/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 8/8/1989 | WP/OP | Attorney Notes on Draft Corporate Document | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 12/8/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |

29955.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 21
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/4/1993 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Letter concerning Gilman Insurance Agency, Inc. |
| 12/7/1992 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning Gilman Insurance Agency, Inc. (notes include content of conference with T. Gene Gilman) |
| 10/5/1992 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 10/5/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/22/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/21/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/15/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 8/25/1992 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 8/8/1989 | WP/OP | Attorney Notes on Draft Corporate Document | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 12/8/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 6/19/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 5/9/1989 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Gilman Insurance Agency, Inc. |

29964.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 22
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/4/1993 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Letter concerning Gilman Insurance Agency, Inc. |
| 12/7/1992 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning Gilman Insurance Agency, Inc. (notes include content of conference with T. Gene Gilman) |
| 10/5/1992 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Gilman Insurance Agency, Inc. |
| 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 12/8/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |
| 6/19/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Gilman Insurance Agency, Inc. |

29965.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 23
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |
| 5/15/1991 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| 5/16/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |
| Undated | WP/OP | Draft Corporate Document with Attorney Notes thereon | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |

29972.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 24
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |
| 5/15/1991 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| 5/16/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |
| Undated | WP/OP | Draft Corporate Document with Attorney Notes thereon | By Attorney Scoll | Re: T. Gilman & Co. Ltd. |
| 2/28/2000 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with client's counsel concerning T. Gilman & Co. Ltd. |
| 2/23/2000 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and client's counsel re: T. Gilman & Co. Ltd. |
| 6/17/1998 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and client's counsel re: T. Gilman & Co. Ltd. |

29979.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 25
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| REDACTED | DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|---|
|  | 5/15/1991 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
|  | 9/26/1990 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |
|  | 5/16/1989 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: T. Gilman & Co. Ltd. |

29980.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 26
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/6/1999 | AC | Invoice | From Attorney Scoll to T. Gene Gilman | Invoice contains information on content of communication with Steve Gilman |
| 8/25/1999 | AC/WP/JD | Faxed Document | Document faxed from Steve Gilman to Attorney Scoll | Fax contains notes from Steve Gilman to Attorney Scoll re: litigation involving Arbor Securities |
| 9/20/1999 | AC/WP/OP/JD | Faxed Draft Correspondence | Draft Letter by Attorney Scoll with Attorney Notes thereon; Notes from Steve Gilman to Attorney Scoll written on document. | Contains Attorney Notes and communication from Steve Gilman to Attorney Scoll re: litigation involving Arbor Securities |
| 9/14/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes concerning conference with Steve Gilman re: Arbor Securities, Ltd. |
| Undated | AC/WP/JD | Computer Generated Report with Notes thereon faxed to Attorney Scoll | From Steve Gilman to Attorney Scoll | Fax concerning Arbor Securities, Ltd. |

29981.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 27
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 9/16/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Arbor Securities |
| 9/14/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Arbor Securities |
| 9/11/1999 | AC/WP/OP/JD | Attorney Notes | By Attorney Scoll | Notes on meeting with T. Gene Gilman re: Arbor Securities, Ltd. |

30033.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 28
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (TradeTek/Commonwealth Financial) mentioning Financial Links |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with Tim Hogan (agent/employee of Financial Links) concerning Financial Links |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning Financial Links |
| 8/24/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of Financial Links) |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for Financial Links; contains content of conference with Aleke Msumba (agent of Financial Links) |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for Financial Links; contains content of conference with Aleke Msumba (agent of Financial Links) |
| Notes Undated | WP/OP | Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Financial Links |
| 10/4/2000 | AC | Email | From Tim Hogan (Exec VP of Fin. Links) to T. Gene Gilman and Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: Financial Links |
| 3/27/2001 | AC | Letter | From Attorney Scoll to Robert Brumbaugh of Financial Links, Inc. | Re: Financial Links |
| 4/6/2001 | AC | Letter | From Attorney Scoll's office to Robert Brumbaugh of Financial Links, Inc. | Re: Financial Links |
| 4/6/2001 | AC | Letter | From Attorney Scoll's office to Robert Brumbaugh of Financial Links, Inc. | Re: Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| 4/6/2000 | AC | Facsimile | From David Cochran CPA (for Fin. Links?) to Attorney Scoll | Re: Financial Links |
| Undated | AC/WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Notes contain content of conference with Tim Hogan (agent of Fin. Links) |
| Undated | WP/OP | Draft Legal Document with | By Attorney Scoll | RE: Financial Links |

30034.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| | | Attorney Notes thereon | | |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet; contains content of conference with Aleke Msumba related to Financial Links |

2

30034.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 29
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (TradeTek/Commonwealth Financial) mentioning Financial Links |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with Tim Hogan (agent/employee of Financial Links) concerning Financial Links |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning Financial Links |
| 8/24/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of Financial Links) |
| 7/6/2002 | AC | Invoice | By Attorney Scoll | Invoice to T. Gene Gilman; invoice includes content of communication with T. Gene Gilman concerning Financial Links |
| 8/16/1999 | AC | Invoice | By Attorney Scoll | Invoice to Commonwealth Financial Holdings; invoice contains content of communication with T. Gene Gilman and client's counsel concerning Financial Links |
| 7/6/1999 | AC | Invoice | By Attorney Scoll | Invoice to Commonwealth Financial Holdings; invoice contains content of communication with T. Gene Gilman and client's counsel concerning Financial Links |
| 2/4/1999 | AC | Invoice | By Attorney Scoll | Invoice to G. Gilman c/o T.Gilman & Co., Ltd. |
| Printed on 11/13/2003 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet containing content of conference with T. Gene Gilman concerning Financial Links |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Financial Links |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Financial Links |
| Document dated 7/21/1999 | WP/OP | Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Legal Document for Financial Links |
| 7/13/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Concerning matter related to Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Legal Document related to Financial Links |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to client's counsel (client Commonwealth Financial) | Re: Financial Links |

30062.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/23/1999 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/23/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Financial Links |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: telephone call with owner of Financial Links |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Financial Links |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Financial Links |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Financial Links |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/22/1999 | WP/OP | Facsimile | From Attorney Scoll to client's counsel (client Commonwealth Financial) | RE: Financial Links |
| 7/22/1999 | AC/WP/OP | Draft correspondence to client with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Computer Generated Report with Attorney Notes thereon | Notes by Attorney Scoll | Re: Financial Links |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to client's counsel (client Commonwealth Financial) | Fax contains content of communication from T. Gene Gilman re: Financial Links |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Notes of conference with T. Gene Gilman concerning Financial Links |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 7/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: Financial Links |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Financial Links |
| 2/25/1999 | AC | Attorney Notes | By Attorney Scoll | Notes on conference with Steve Gilman (concerning Financial Links) |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: Financial Links |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Financial Links |
| 2/1/1999 | AC | Email | From T. Gene Gilman to Attorney Scoll | Re: Financial Links |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |

2

30062.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Draft Legal Document | Gilman | Re: Financial Links |
| 2/11/1999 | WP/OP/JD | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/8/1999 | AC/WP | Facsimile with attached Correspondence and Legal Document with Notes thereon | From T. Gene Gilman to Attorney Scoll | Re: Financial Links |
| 2/4/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Faxed Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Legal research materials | By Attorney Scoll | Re: Financial Links |
| 2/2/1999 | WP/OP | Computer Generated Reports with Attorney Notes thereon | By Attorney Scoll | RE: Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| 1/27/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/3/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Financial Links |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Financial Links |
| 1/29/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 1/26/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| Undated | WP/OP | Document with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| 1/13/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for Financial Links; contains content of conference with Aleke Msumba |
| Notes Undated | WP/OP | Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Financial Links |
| 10/4/2000 | AC | Email | From Tim Hogan (Exec VP of Fin. Links) to T. Gene Gilman and Attorney Scoll | Re: Financial Links |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: Financial Links |
| 3/27/2001 | AC | Letter | From Attorney Scoll to Robert Brumbaugh of Financial Links, Inc. | Re: Financial Links |
| 4/6/2001 | AC | Letter | From Attorney Scoll's office to Robert Brumbaugh of Financial Links, Inc. | Re: Financial Links |
| 4/6/2001 | AC | Letter | From Attorney Scoll's office to | Re: Financial Links |

3

30062.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | | | Robert Brumbaugh of Financial Links, Inc. | |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| 4/6/2000 | AC | Facsimile | From David Cochran CPA to Attorney Scoll | Re: Financial Links |
| Undated | AC/WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Notes contain content of conference with Tim Hogan (agent of Fin. Links) |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: Financial Links |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet; contains content of conference with Aleke Msumba related to Financial Links |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial Holdings | Invoice contains information concerning communications with T. Gene Gilman |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for Financial Links; contains content of conference with Aleke Msumba (agent of Financial Links) |

4

30062.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 30
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/6/2002 | AC | Invoice | By Attorney Scoll | Invoice to T. Gene Gilman; invoice includes content of communication with T. Gene Gilman concerning Financial Links |
| 8/16/1999 | AC | Invoice | By Attorney Scoll | Invoice to Commonwealth Financial Holdings; invoice contains content of communication with T. Gene Gilman and client's counsel concerning Financial Links |
| 7/6/1999 | AC | Invoice | By Attorney Scoll | Invoice to Commonwealth Financial Holdings; invoice contains content of communication with T. Gene Gilman and client's counsel concerning Financial Links |
| 2/4/1999 | AC | Invoice | By Attorney Scoll | Invoice to G. Gilman c/o T.Gilman & Co, Ltd. |
| Printed on 11/13/2003 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet containing content of conference with T. Gene Gilman concerning Financial Links |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Financial Links |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes include content of conference with T. Gene Gilman concerning Financial Links |
| 7/13/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Concerning matter related to Financial Links |
| 7/23/1999 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/23/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Financial Links |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Financial Links |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Financial Links |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/22/1999 | AC/WP/OP | Draft correspondence to client with Attorney Notes thereon | By Attorney Scoll | Re: Financial Links |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to client's counsel (client Commonwealth Financial) | Fax contains content of communication from T. Gene Gilman re: Financial Links |

30063.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning Financial Links |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Financial Links |
| 2/1/1999 | AC | Email | From T. Gene Gilman to Attorney Scoll | Re: Financial Links |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |
| 2/8/1999 | AC/WP | Facsimile with attached Correspondence and Legal Document with Notes thereon | From T. Gene Gilman to Attorney Scoll | Re: Financial Links |
| 1/27/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: Financial Links |
| 1/26/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Financial Links |

2

30063.2