ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 31
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: TradeTek |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/17/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek) concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/15/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 11/10/2003 | AC | Email | From David West (agent of TradeTek) to other agents of TradeTek and Attorney Scoll | Re: TradeTek |
| 4/27/1999 | AC/WP | Attorney Notes | By Attorney Scoll | Notes on conference with David Gelfond (TradeTek agent) and F. Occhiuti (outside counsel for TradeTek) re: TradeTek |

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 3/11/1999 | AC | Facsimile | From Roula Karanikola (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 8/14/1998 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTeki |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| 12/22/1998 | AC/WP/OP | Letter | From outside counsel (of TradeTek) to T. Gene Gilman with cc to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Notes | From Attorney Scoll's office | Re: TradeTek |
| 6/21/1999 | WP/OP | Interoffice Research Memo | From legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Legal Research Materials and Notes | By Attorney Scoll/assistant to Attorney Scoll | Re: TradeTek |
| 6/16/1999 | AC/WP/OP | Facsimile | From Roula Karanikola (agent of TradeTek to legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document and Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to Akek Msumba (TradeTek agent) | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC | Facsimile | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 6/1/1999 | AC | Letter | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP | Legal Document with Notes thereon | Notes by client | RE: TradeTek |
| 6/10/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Rhoula Karanikola (TradeTek agent) re: TradeTek |
| 6/10/1999 | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains information on conference with T. Gene Gilman |
| Undated | WP/OP | Draft Court Filing | By Attorney Scoll | Re TradeTek |
| 7/27/1999 | WP/OP | Attorney Notes on Legal Document | Notes by Attorney Scoll | RE: TradeTek |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | WP/OP | Legal Research Materials | Compiled by Attorney Scoll | Re: TradeTek |
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |

2

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/21/2000 | AC | Email | From David Gelfond to David Gelfond with cc to Attorney Scoll | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 7/19/2001 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 2/4/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 2/10/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Article with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/11/1999 | AC/WP | Email | From Aleke Msumba (TradeTek agent) to other TradeTek agents and Attorney Scoll | RE: TradeTek |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| Undated | WP/OP | Draft Legal Document | Created by Attorney Scoll | For TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | Re: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Arielle of TradeTek re: TradeTek litigation |
| 10/3/2000 | WP/OP | Draft correspondence with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/4/2000 | AC/WP/OP | Email with Attorney Notes thereon | Email from Aleke Msumba to TradeTek agents, T. Gene Gilman, and Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to outside counsel for TradeTek | RE: TradeTek |

3

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/6/1999 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| 3/2/2000 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for TradeTek | Re: TradeTek |
| 3/1/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 3/24/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 10/27/2000 | WP/OP | Email | Between outside counsel for TradeTek | Re: legal issues pertaining to TradeTek |
| 10/27/2000 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| 10/26/2000 | WP/OP | Legal Research Materials | | Re: TradeTek legal issues |
| 2/5/2001 | AC/WP/OP | Email | From outside legal counsel for TradeTek to TradeTek agent | RE: TradeTek |
| 2/5/2001 | AC | Email | From TradeTek agent to Attorney Scoll | Re: TradeTek |
| 4/2/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | AC/WP/OP | Attorney Notes | | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| Undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/13/2000 | AC/WP | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek draft document |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| 4/30/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| Notes undated | WP/OP | Attorney Notes on correspondence to Attorney Scoll/TradeTek | Notes by Attorney Scoll | RE: TradeTek |
| 5/1/2001 | AC/WP | Facsimile | From David West (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 3/10/2003 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with other attorneys for T. Gene Gilman/TradeTek re: TradeTek |
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| Undated | WP/OP | Draft Legal Document with Attorney Notations thereon | By Attorney Scoll | For: TradeTek |

4

30071.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 32
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: TradeTek |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/17/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek) concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial Holdings | Invoice contains content of communications with T. Gene Gilman |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/15/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 11/10/2003 | AC | Email | From David West (agent of TradeTek) to other agents of TradeTek and Attorney Scoll | Re: TradeTek |
| 9/18/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 4/27/1999 | AC/WP | Attorney Notes | By Attorney Scoll | Notes on conference with David Gelfond (TradeTek agent) and F. Occhiuti (outside counsel for TradeTek) re: TradeTek |
| 3/11/1999 | AC | Facsimile | From Roula Karanikola (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 8/14/1998 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTeki |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| 12/22/1998 | AC/WP/OP | Letter | From outside counsel (of TradeTek) to T. Gene Gilman with cc to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Notes | From Attorney Scoll's office | Re: TradeTek |
| 6/21/1999 | WP/OP | Interoffice Research Memo | From legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Legal Research Materials and Notes | By Attorney Scoll/assistant to Attorney Scoll | Re: TradeTek |
| 6/16/1999 | AC/WP/OP | Facsimile | From Roula _____ (agent of TradeTek to legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document and Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to Akek Msumba (TradeTek agent) | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC | Facsimile | From Aleke Msumba (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 6/1/1999 | AC | Letter | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP | Legal Document with Notes thereon | Notes by client | RE: TradeTek |
| 6/10/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Rhoula Karanikola (TradeTek agent) re: TradeTek |
| 6/10/1999 | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains information on conference with T. Gene Gilman |
| Undated | WP/OP | Draft Court Filing | By Attorney Scoll | Re TradeTek |
| 7/27/1999 | WP/OP | Attorney Notes on Legal Document | Notes by Attorney Scoll | RE: TradeTek |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | WP/OP | Legal Research Materials | Compiled by Attorney Scoll | Re: TradeTek |

2

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/21/2000 | AC | Email | From David Gelfond to David Gelfond with cc to Attorney Scoll | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 7/19/2001 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 2/4/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 2/10/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Article with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/11/1999 | AC/WP | Email | From Aleke Msumba (TradeTek agent) to other TradeTek agents and Attorney Scoll | RE: TradeTek |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| Undated | WP/OP | Draft Legal Document | Created by Attorney Scoll | For TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | RE: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Arielle of TradeTek re: TradeTek litigation |
| 10/3/2000 | WP/OP | Draft correspondence with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/4/2000 | AC/WP/OP | Email with Attorney Notes thereon | Email from Aleke Msumba to TradeTek agents, T. Gene Gilman, and Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |

3

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to outside counsel for TradeTek | RE: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| 3/2/2000 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for TradeTek | Re: TradeTek |
| 3/1/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 3/24/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 10/27/2000 | WP/OP | Email | Between outside counsel for TradeTek | Re: legal issues pertaining to TradeTek |
| 10/27/2000 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| 10/26/2000 | WP/OP | Legal Research Materials | | Re: TradeTek legal issues |
| 2/5/2001 | AC/WP/OP | Email | From outside legal counsel for TradeTek to TradeTek agent | RE: TradeTek |
| 2/5/2001 | AC | Email | From TradeTek agent to Attorney Scoll | Re: TradeTek |
| 4/2/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| Undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/13/2000 | AC/WP | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek draft document |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| 4/30/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| Notes undated | WP/OP | Attorney Notes on correspondence to Attorney Scoll/TradeTek | Notes by Attorney Scoll | Re: TradeTek |
| 5/1/2001 | AC/WP | Facsimile | From David West (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 3/10/2003 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with other attorneys for T. Gene Gilman/TradeTek re: TradeTek |

4

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| Undated | WP/OP | Draft Legal Document with Attorney Notations thereon | By Attorney Scoll | For: TradeTek |
| 8/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and Steve Gilman Re: TradeTek |

5

30073.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 33
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|------|-----------|---------------|---------|-------------|
| SCOLL DOES NOT POSSESS ANY PRIVILEGED DOCUMENTS RESPONSIVE TO THIS REQUEST. | | | | |

30074.1

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 34
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 9/18/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains information on conference with T. Gene Gilman |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |

30075.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | Re: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 4/19/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| 8/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and Steve Gilman Re: TradeTek |

2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 35
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/13/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek and/or Commonwealth Financial) re: Commonwealth Financial |
| 9/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/12/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West, T. Gene Gilman, Tim Oullette, Scoll Gilman, Aleke Msumba re: Commonwealth Financial |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 10/4/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 8/24/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/1/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 8/16/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 7/6/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/23/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Draft Letter | Draft Letter from Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 7/20/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Email | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents | By Attorney Scoll | Re: Commonwealth Financial |
| 2/4/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Documents with Attorney | Notes by Attorney Scoll | Re: Commonwealth Financial |

2

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| | | Notes thereon | | |
| 1/27/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/3/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/29/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/26/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| Notes undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 1/13/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 6/16/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 12/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 8/29/?? | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 8/23/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: Commonwealth Financial |
| 6/26/2000 | WP/OP | Draft Letter with Attorney Notes thereon | Notes by Attorney Scoll | Re: Commonwealth Financial |
| 1/24/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP | Computer Generated Report | Created by Commonwealth Financial or Attorney Scoll | Re: Commonwealth Financial |
| 5/26/2000 | AC | Email | From Tim Hogan to Attorney Scoll | Re: Commonwealth Financial |
| 5/25/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan with cc to agents of Commonwealth Financial and T. Gene Gilman | RE: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan | Re: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Email | From Tim Hogan to Attorney Scoll with cc to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Documents with notations thereon by T. Gene Gilman faxed to Attorney Scoll | | Re: Commonwealth Financial |

3

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/9/2000 | AC | Fax | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 12/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and KPMG re: Commonwealth Financial |
| 4/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |

4

30079.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 36
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/13/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek and/or Commonwealth Financial) re: Commonwealth Financial |
| 9/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/12/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West, T. Gene Gilman, Tim Oullette, Scoll Gilman, Aleke Msumba re: Commonwealth Financial |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 10/4/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 8/24/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/1/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 8/16/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 7/6/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/23/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Draft Letter | Draft Letter from Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 7/20/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Email | From T. Gene Gilman to Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Email | From T. Gene Gilman to Attorney Scoll | RE: Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents | By Attorney Scoll | Re: Commonwealth Financial |
| 2/4/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Documents with Attorney | Notes by Attorney Scoll | Re: Commonwealth Financial |

2

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/27/1999 | AC/WP/OP | Notes thereon | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/3/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/29/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/26/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| Notes undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 1/13/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 6/16/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 12/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 8/29/?? | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 8/23/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: Commonwealth Financial |
| 6/26/2000 | WP/OP | Draft Letter with Attorney Notes thereon | Notes by Attorney Scoll | Re: Commonwealth Financial |
| 1/24/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP | Computer Generated Report | Created by Commonwealth Financial or Attorney Scoll | Re: Commonwealth Financial |
| 5/26/2000 | AC | Email | From Tim Hogan to Attorney Scoll | Re: Commonwealth Financial |
| 5/25/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan with cc to agents of Commonwealth Financial and T. Gene Gilman | RE: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan | Re: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Email | From Tim Hogan to Attorney Scoll with cc to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Documents with notations thereon by T. Gene Gilman faxed to Attorney Scoll | | Re: Commonwealth Financial |

3

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/9/2000 | AC | Fax | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 12/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and KPMG re: Commonwealth Financial |
| 4/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |

4

30095.2