ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 37
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| SCOLL DOES NOT POSSESS ANY PRIVILEGED DOCUMENTS RESPONSIVE TO THIS REQUEST. | | | | |

30096.1

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 38
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/13/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 9/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/12/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West, T. Gene Gilman, Tim Oullette, Scoll Gilman, Aleke Msumba re: Commonwealth Financial |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 10/4/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 8/16/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 7/6/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside | Facsimile contains content of communications from T. |

30097.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| | | | counsel for Commonwealth Financial | Gene Gilman; fax concerns Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Draft Letter | Draft Letter from Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Email | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 1/27/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 1/26/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Documents with notations thereon by T. Gene Gilman faxed to Attorney Scoll | | Re: Commonwealth Financial |
| 6/9/2000 | AC | Fax | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 12/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and KPMG |

2

30097.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 39-42
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| SCOLL DOES NOT POSSESS ANY PRIVILEGED DOCUMENTS RESPONSIVE TO THESE REQUESTS. | | | | |

30104.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH STEFFENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD. and TRADETEK, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 04-40113-FDS |

**CERTIFICATE OF SERVICE**

    I, Sara Discepolo, hereby certify that on September 27, 2004, I electronically filed the foregoing *Supplementation to David M. Scoll's Response to Plaintiff's First Request for the Production of Documents* and caused to be served a courtesy copy of the same to all parties/counsel of record by mailing the same via first class mail, postage prepaid, to the following parties:

Christine S. Collins, Esq.
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615-0156

Kristin M. Knuuttila
Prince, Lobel, Glovsy & Tye LLP
585 Commercial Street
Boston, MA 02109

                                                         /s/ Sara Discepolo
                                                         Sara Discepolo