UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred _____

Steffenberg, _____

        V.                            CA/CR No.   04-40113

Gilman et al., _____        Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Swartwood for the following proceedings:

☐    (A)    Referred for full pretrial case management, including all dispositive motions.

☐    (B)    Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐    (C)    Referred for discovery purposes only.

        (D)    Referred for Report and Recommendation on:

                  ( ) Motion(s) for injunctive relief
                  ( ) Motion(s) for judgment on the pleadings
                  ( ) Motion(s) for summary judgment
                  ( ) Motion(s) to permit maintenance of a class action
                  ( ) Motion(s) to suppress evidence
                  ( ) Motion(s) to dismiss
                  ( ) Post Conviction Proceedings[1]
                    See Documents Numbered: _____

X    (E)    Case referred for events only.  See Doc. No(s).   8 (motion to compel)

☐    (F)    Case referred for settlement.

☐    (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

        (H)    Special Instructions: _____

10/7/04                                                By: /s/ Martin Castles
Date                                                       Deputy Clerk

(Order of Reference Revised.wpd - 12/98) [oref., koref.]

Case 4:04-cv-40113-FDS    Document 14    Filed 10/07/2004    Page 3 of 3