UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40113-FDS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG, | (BBO#639293) |
| Plaintiff, | |
| v. | |
| T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD., and TRADETEK, LLC, | |
| Defendants. | |

## NOTICE OF DISMISSAL

Plaintiff, Elizabeth R. Steffenberg, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) hereby dismisses Defendant, First Allied Securities, Inc., from the above-captioned action.

04-40113-FDS

{J:\CLIENTS\lit\303603\0001\00483125.DOC;1}

ELIZABETH R. STEFFENBERG,
By Her Attorneys,

*/s/ Christine S. Collins*
Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3441
(508) 929-3041 (facsimile)

Dated:  November 1, 2004

## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 1st day of November, 2004 served the foregoing by mailing a copy thereof, first class mail, postage prepaid, to the following counsel:

Kristin Knuuttila, Esquire
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109

Sara Discepolo, Esquire
Wilson, Esler, Moscowitz, Edelman and Dicker
155 Federal Street
Boston, MA 02110

*/s/ Christine S. Collins*
Christine S. Collins