*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

ELIZABETH STEFFENBERG,

           Plaintiff,        CIVIL ACTION
v.                                   NO. 04-40013-FDS

T. GENE GILMAN, ET. AL.,

           Defendants,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **November 23, 2004, 10:30 AM** |

_____
Type of Proceeding:

**MOTION HEARING***

**\*Motion to Compel**

_____
                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

<u>November 17, 2004</u>        /s/ Lisa B. Roland
Date                                  Lisa B. Roland,
                                          Deputy Clerk
                                          (508) 929-9905

cc: All counsel