

Bowditch
&Dewey
ATTORNEYS

Direct telephone: (508) 926-3441
Direct facsimile: (508) 929-3041
Email: ccollins@bowditch.com

November 19, 2004

Mr. Martin Castles
United States District Court
Harold D. Donohue Federal Building
595 Main Street, Suite 502
Worcester, MA 01608

Re: **Elizabeth R. Steffenberg v. T. Gene Gilman, et al.**
**Worcester Superior Court Civil Action No. 03-2519C**

Dear Mr. Castles:

Pursuant to our discussion of today, I am writing to point out to the Court that the Plaintiff's Second Amended Complaint attached to Defendant's, Aviva Life Insurance Company Notice Of Removal dated June 10, 2004 attaches the improper Second Amended Complaint, one dated April 13, 2004. The Second Amended Complaint which should have been attached to the Notice of Filing is dated <u>April 23, 2004</u>, was filed with the Worcester Superior Court on May 3, 2004 with an Assented-To Motion to file same, <u>and</u> which was included with the State Court Record transmitted to the District Court on August 2, 2004.

Please do not hesitate to contact me if you have any further questions.

Very truly yours,

Christine S. Collins

CSC/maw

cc: Sara Discepolo, Esquire
Kristin M. Knuutilla, Esquire
Louis M. Ciavarra, Esquire

{J:\CLIENTS\lit\303603\0001\00488202.DOC;1}
BOWDITCH & DEWEY, LLP  311 MAIN STREET  P.O. BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com                    Boston  Framingham  Worcester