UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40113-FDS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG, ) | (Christine S. Collins BBO#639293) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| T. GENE GILMAN, STEVEN GILMAN, ) | |
| THE GILMAN INSURANCE ) | |
| AGENCY, INC., DAVID M. SCOLL, ) | |
| ARBOR SECURITIES, LTD., ) | |
| ALLIANCE INVESTMENT ) | |
| MANAGEMENT, COMMONWEALTH ) | |
| FINANCIAL HOLDINGS INC., ) | |
| FINANCIAL LINKS, INC., ) | |
| T. GILMAN & CO., LTD., ) | |
| FIRST ALLIED SECURITIES, INC., ) | |
| PENSON FINANCIAL SERVICES, INC., ) | |
| AVIVA USA CORPORATION, ) | |
| TRADETEK, LTD., and ) | |
| TRADETEK, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D) and in compliance with the Court's Order for Scheduling Conference, Plaintiff and her counsel affirm that they have conferred:

    (1)    With a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation; and

    (2)    To consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Date: November 18, 2004                    *Elizabeth R. Steffenberg*
                                           ELIZABETH R. STEFFENBERG

By Her Attorneys,

*Christine S. Collins*
Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Phone: (508) 926-3441
Fax: (508) 929-3041

Dated: November 18, 2004

### CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 18th day of November, 2004 served the foregoing by facsimile and by mailing a copy thereof, first class mail, postage prepaid, to counsel of record.

*Christine S. Collins*
Christine S. Collins