UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH STEFFENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD. and TRADETEK, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 04-40113-FDS |

**LOCAL RULE 16.1(D)(3) CERTIFICATION ON BEHALF OF
DEFENDANT DAVID M. SCOLL**

Pursuant to Rule 16.1(D)(3) of the Local Rules for the District Court, District of Massachusetts, the Defendant David M. Scoll (hereinafter "Scoll") and his counsel certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

31950.1

- 2 -

THE DEFENDANT,
DAVID M. SCOLL

*[signature]*

Dated: December 2, 2004

310501

- 3 -

His Attorneys,

*/s/ Sara Discepolo*
George C. Rockas, BBO # 544009
Sara Discepolo, BBO # 628721
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02119
Tel 617-422-5300
Dated: December 2, 2004

31950.1

## CERTIFICATE OF SERVICE

    I, Sara Discepolo, hereby certify that on December 2, 2004, I electronically filed the foregoing *Local Rule 16.1(D)(3) Certification on Behalf of David M. Scoll* and caused to be served a courtesy copy of the same to all parties/counsel of record by mailing the same via first class mail, postage prepaid, to the following parties:

Christine S. Collins, Esq.
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615-0156

Kristin M. Knuuttila
Prince, Lobel, Glovsy & Tye LLP
585 Commercial Street
Boston, MA 02109

                                                  */s/ Sara Discepolo*
                                                  Sara Discepolo

31950.1