# **EXHIBIT A**

{}

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 03-2519C

Elizabeth R. Steffenberg,                    )
                                             )
                                             )
                    Plaintiff (s)            )
                                             )          **SUMMONS**
            V.                               )
                                             )
    T. Gene Gilman, et al.,                  )
                                             )
                    Defendant (s)            )

\*    **To the above-named Defendant:** T. Gene Gilman

You are hereby summoned and required to serve upon.......................................
..............Christine S. Collins.................................., plaintiff's attorney,
whose address is Bowditch.&.Dewey,.LLP,.311.Main.St.,.P.Q,.Box.15156,.Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after    01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th...............
day of ..............March....................................in the year of our Lord two thousand  and
....four........... .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
     if you claim to have a defense, either you or your attorney must serve a copy of your written
     answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
     Court, Room 21.

Worcester, SS.            **PROOF OF SERVICE OF PROCESS**            March 19th, 2004

I hereby certify and return that on ....... March 19th, 2004 ........................................................

XXXXX........., I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to him., to wit: 11 Morse Road, in said Newtonville, Massachusetts.

Time of Service: 4:45 P.M. ...................................................................................................

Service: 15.00***.......................................................................................................................

Travel:  50.00***.......................................................................................................................

Dated: ....... March 19th, 2004 ............. XXXXX ............. .

*Served along with Plaintiff's First Amended
Verfied Complaint, Motion for
Preliminary Injunction, Memorandum in Support            Francis J. Trapasso, Constable a
of Motion for Preliminary Injunction and                 Disinterested Person
Ex Parte Motion for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th, , 20 04

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

.......Plaintiff

v.

.......Defendant

SUMMONS

(Mass. R. Civ. P. 4)

Worcester, ss.

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 03-2519C

Elizabeth R. Steffenberg,                              )
                                                       )
                                                       )
**Plaintiff (s)**                                      )
                                                       )      **SUMMONS**
**V.**                                                 )
                                                       )
T. Gene Gilman, et al.,                                )
                                                       )
**Defendant (s)**                                      )

**\*    To the above-named Defendant:**    Ivy Helix, LLC

You are hereby summoned and required to serve upon..........................................
.....................Christine S. Collins......................, plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after  01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.........16th.............
day of ..............March.....................................in the year of our Lord two thousand  and
.........four..... .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

**\***    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS.          **PROOF OF SERVICE OF PROCESS**          March 19th, 2004

I hereby certify and return that on ................................................
March 19th, 2004

XX20XX............,  I served a copy of the within summons,* together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Agent and Person in charge of its business
at time of service., to wit: 11 Morse Road, in said Newtonville, Massachusetts.
Time of Service: 4:45 P.M.
Service: 15.00***
Travel: 15.00***


Dated:       March 19th, 2004       XX20XX ................................... .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte Motion
for Order of Short Notice

Francis J. Trapasso, Constable and
Disinterested Person

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th,    , 20 04

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

**Superior Court**
**Civil Action**

No.

........................ Plaintiff

........................ Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

)
)
)
)
)
)
)
)
)

# SUMMONS

\*    **To the above-named Defendant:**    Tradetek, Ltd.

     You are hereby summoned and required to serve upon........................................ ........................ Christine S. Collins ............................................., plaintiff's attorney, whose address is ..Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156 service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

     Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

     Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th.............. day of .............March...............................................in the year of our Lord two thousand  and ..........four..... .

*Francis A. Ford*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

Worcester, SS.          **PROOF OF SERVICE OF PROCESS**          March 19th, 2004

I hereby certify and return that on ............ March 19th, 2004 ....................................

XX20XX .........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its business at time of service., to wit: 11 Morse Road, in said Newtonville, MA.

Time of Service: 4:45 P.M.
Service: 15.00***
Travel: 15.00***

Dated: ............ March 19th, 2004 ............ XX20XX ................ .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte
Motion for Order of Short Notice

Francis J. Trapasso, Constable and
Disinterested Person

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th,     , 20 04

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

Plaintiff

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

Worcester, ss.

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

)
)
)
)
)
)
)
)
)

## SUMMONS

\* **To the above-named Defendant:**  Tradetek, LLC

You are hereby summoned and required to serve upon ......................................
.......................Christine S. Collins.............................................., plaintiff's attorney,
whose address is .Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after  01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the...............16th.......
day of ..............March......................................in the year of our Lord two thousand  and
........four....... .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS.          **PROOF OF SERVICE OF PROCESS**          March 19th, 2004

I hereby certify and return that on ............... March 19th, 2004 ...................................................

XXXXX............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its

business at time of service., to wit: 11 Morse Road, in said Somerville, MA.

Time of Service: 4:45 P.M.
Service: 15.00***
Travel: 15.00***

Dated: ............. March 19th, 2004 ...............XXXXX..........

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion          Francis J. Trapasso, Constable and
for Preliminary Injunction and Ex Parte                    Disinterested Person
Motion for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

March 19th,      , 20 04

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

Superior Court
Civil Action

No.

Plaintiff

Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court**
**Department of the Trial Court**
**of the Commonwealth**
**Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,                    )
                                             )
           **Plaintiff (s)**        )
                                             )        **SUMMONS**
      **V.**                       )
                                             )
T. Gene Gilman, et al.,                      )
                                             )
           **Defendant (s)**        )

**To the above-named Defendant:**    Aviva USA Corporation

You are hereby summoned and required to serve upon .......................................
................ Christine S. Collins ................................................, plaintiff's attorney,
whose address is  Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the 16th ...................
day of ............ March.......................................in the year of our Lord two thousand  and
............ four..... .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
     If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein **AND** also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS.                    **PROOF OF SERVICE OF PROCESS**                    March 22nd, 2004

I hereby certify and return that on ................. March 22nd, 2004 .................................................

XXXXX..........,   I served a copy of the within summons,* together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to Richard J. Krypta, Sr., Registered Agent and Person in charge
of its business at time of service., to wit: 108 Myrtle Street, in said North
Quincy, Massachusetts.
Time of Service: 1:03 P.M.
Service: 15.00***
Travel: 50.00***

Dated: ..... March 22nd, 2004 ........ XXXXX ...............

*Served along with Plaintiff's First
Amended Verified Complaint, Motion for           Daniel B. Gately, Constable and
Preliminary Injunction, Memorandum in            Disinterested Person
Support of Motion for Preliminary Injunction
and Ex Parte Motion for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 22nd,  , 2004

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

Superior Court
Civil Action

No.

Plaintiff

v.

Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg, )
)
)
**Plaintiff (s)** )
)
**V.** )
)
T. Gene Gilman, et al., )
)
**Defendant (s)** )

**SUMMONS**

\* **To the above-named Defendant:** Arbor Securities, Ltd.

You are hereby summoned and required to serve upon.......................................
.......................Christine S. Collins........................................plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after    01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the..........16th.........
day of ...............March.....................................in the year of our Lord two thousand  and
.....four........... .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*        NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
         if you claim to have a defense, either you or your attorney must serve a copy of your written
         answer within 20 days as specified herein **AND** also file the original in the Clerk's Office, Superior
         Court, Room 21.

Worcester, SS.                **PROOF OF SERVICE OF PROCESS**                    March 19th, 2004

I hereby certify and return that on ........... March 19th, 2004 ......................

XXXXX........, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

by giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its

business at time of service., to wit: 11 Morse Road, in said Newtonville, MA.

Time of Service: 4:45 P.M.

Service: 15.00***

Travel: 10.00***

Dated: ........ March 19th, 2004 ........ XXXXX .............. .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte Motion
for Short Order of Notice

                                                    Francis J. Trapasso, Constable and
                                                    Disinterested Person

**N.B. TO PROCESS SERVER:**

    PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

    **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| March 19th,     , 20 04 |
| --- |

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

Superior Court
Civil Action

No.

.........Plaintiff

v.

.........Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court**
**Department of the Trial Court**
**of the Commonwealth**
**Civil Action**

No.  03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

v.

T. Gene Gilman, et al,,

**Defendant (s)**

)
)
)
)
)
)
)
)
)
)

# SUMMONS

\* To the above-named Defendant:      T. Gilman & Co., Ltd.

You are hereby summoned and required to serve upon ........................................
.........................Christine S. Collins........................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP., 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th...............
day of ...............March....................................in the year of our Lord two thousand  and
.......four........ .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*      NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
        if you claim to have a defense, either you or your attorney must serve a copy of your written
        answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
        Court, Room 21.

Worcester, SS.                    **PROOF OF SERVICE OF PROCESS**               March 19th, 2004

I hereby certify and return that on ................................ March 19th, 2004

XXXXXX.........., I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its

business at time of service., to wit: 11 Morse Road, in said Newtonville, MA.

Time of Service: 4:45 P.M.

Service: 15.00***
Travel: 15.00***

Dated: ................ March 19th, 2004 ........XXXXXX................. .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion for
Preliminary Injunction and Ex Parte Motion
for Order of Short Notice

Francis J. Trapasso, Constable and
Disinterested Person

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th,        , 20 04

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

................Plaintiff

................Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court**
**Department of the Trial Court**
**of the Commonwealth**
**Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,

     **Plaintiff (s)**

    **V.**

T. Gene Gilman, et al.,

     **Defendant (s)**

)
)
)
)
)
)
)
)
)

# SUMMONS

\*  To the above-named Defendant:   Steven Gilman

   You are hereby summoned and required to serve upon......................................
.......................Christine S. Collins.........................................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after  01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

   Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

   Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the........16th..........
day of .............March......................................in the year of our Lord two thousand and
.........four........ .

                      **Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
  If a separate summons is used for each defendant, each should be addressed to that particular defendant.

   PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
   CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
    if you claim to have a defense, either you or your attorney must serve a copy of your written
    answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
    Court, Room 21.

Worcester, SS.                                                     March 19th, 2004

### PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .......... March 19th, 2004 ..........

XXXXX .........., I served a copy of the within summons,* together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By leaving at his last known and usual place of abode with T. Gene Gilman, Father., to

wit: 11 Morse Road, in said Newtonville, Massachusetts.

Time of Service: 4:45 P.M.
Service: 15.00***
Travel: 15.00***

Dated: .......... March 19th, 2004 .......... XXXXX ..........

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte
Motion for Order of Short Notice

Francis J. Trapasso, Constable and
Disinterested Person

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th,      , 2004

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

Plaintiff

v.

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,                                    )
                                                            )
                                                            )
**Plaintiff (s)**                                            )
                                                            )       **SUMMONS**
**V.**                                                       )
                                                            )
T. Gene Gilman, et al.,                                      )
                                                            )
**Defendant (s)**                                            )

\*    **To the above-named Defendant:**   David M. Scoll

     You are hereby summoned and required to serve upon ......................................
..........................Christine S. Collins............................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

     Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

     Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the........16th...........
day of .............March......................................in the year of our Lord two thousand  and
........four........  .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS.          PROOF OF SERVICE OF PROCESS          March 19th, 2004

I hereby certify and return that on ................ March 19th, 2004 ........................

XXXXXX............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By leaving at his last known and usual place of abode., to wit: 661 Wellesley Street,

in said Weston, Massachusetts.

Time of Service: 6:00 P.M.

Service: 15.00***

Travel: 40.00***

And afterward on the same
day I mailed First Class copy
of the within SUMMONS to the
above address

Dated: .......... March 19th, 2004      XXXXXX...., 20........ .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary          Francis J. Trapasso, Constable and
Injunction, Memorandum in Support of Motion for          Disinterested Person
Preliminary Injunction and Ex Parte Motion for
Order of Short Notice

N.B. TO PROCESS SERVER:

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 19th,     , 2004

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

Plaintiff

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court**
**Department of the Trial Court**
**of the Commonwealth**
**Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg,

**Plaintiff (s)**

V.

T. Gene Gilman, et al.,

**Defendant (s)**

# SUMMONS

\* **To the above-named Defendant:** First Allied Securities, Inc.

You are hereby summoned and required to serve upon.......................................
.......................Christine S. Collins................................................, plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the...16th...............
day of ...............March.............................................in the year of our Lord two thousand  and
.......four.......... .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein **AND** also file the original in the Clerk's Office, Superior
Court, Room 21.

Worcester, SS.        **PROOF OF SERVICE OF PROCESS**              March 23rd, 2004

I hereby certify and return that on ................................. March 23rd, 2004

......................., I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to Bernardo Montanez, Process Specialist, Agent and Person in charge

of its business at time of service., to wit: 84 State Street, in said Boston, MA.

Time of Service: 12:43 P.M.

Service: 15.00***

Travel:  60.00***

Dated:    March 23rd, 2004        XXXXX              .

Tomasz Kruszewski, Constable and
Disinterested Person

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte
Motion for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

March 23rd, , 20 04

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

Plaintiff

v.

Defendant

Worcester, ss.

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

**No.** 03-2519C

| | |
|---|---|
| Elizabeth R. Steffenberg, | ) |
| | ) |
| | ) |
| **Plaintiff (s)** | ) |
| | ) **SUMMONS** |
| **v.** | ) |
| | ) |
| T. Gene Gilman, et al., | ) |
| | ) |
| **Defendant (s)** | ) |

\*     To the above-named Defendant:   The Gilman Insurance Agency, Inc.

You are hereby summoned and required to serve upon ....................................... ........Christine S. Collins .................................................., plaintiff's attorney, whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156 service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the........................ 16th day of ...March.................................................in the year of our Lord two thousand  and ....four............ .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

Worcester, SS.                **PROOF OF SERVICE OF PROCESS**                March 19th, 2004

I hereby certify and return that on ...... March 19th, 2004 ..........................................................

XX2XX.........., I served a copy of the within summons,* together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its

business at time of service., to wit: 11 Morse Road, in said Newtonville, MA.

Time of Service: 4:45 P.M.
Service: 15.00***
Travel:  15.00***

Dated:         March  19th 2004         XXXXX ............. .

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion          Francis J. Trapasso, Constable and
for Preliminary Injunction and Ex Parte             Disinterested Person
Motion for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

March  19th,   , 20 04

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

Plaintiff

Defendant

Worcester, ss.

SUMMONS

(Mass. R. Civ. P. 4)

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.** 03-2519C

Elizabeth R. Steffenberg, )
)
)
**Plaintiff (s)** )
)
**V.** )
)
T. Gene Gilman, et al., )
)
**Defendant (s)** )

# SUMMONS

\* **To the above-named Defendant:** Commonwealth Financial Holdings Inc.

You are hereby summoned and required to serve upon......................................
......................Christine S. Collins.................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after  01615-0156
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....16th..............
day of ..............March.....................................in the year of our Lord two thousand  and
.......four......... .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*       NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
        if you claim to have a defense, either you or your attorney must serve a copy of your written
        answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
        Court, Room 21.

Worcester, SS.                **PROOF OF SERVICE OF PROCESS**                March 19th, 2004

I hereby certify and return that on ............ March 19th, 2004

XXXXXX........., I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By giving in hand to T. Gene Gilman, Owner, Agent and Person in charge of its

business at time of service., to wit: 11 Morse Road, in said Newtonville, MA.

Time of Service: 4:45 P.M.
Service: 15.00***
Travel:  15.00***

Dated: ........................ March 19th, 2004 ........ XXXXX ...............

*Served along with Plaintiff's First Amended
Verified Complaint, Motion for Preliminary
Injunction, Memorandum in Support of Motion
for Preliminary Injunction and Ex Parte
Motion for Order of Short Notice

                                                    Francis J. Trapasso, Constable and
                                                    Disinterested Person

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| March 19th, , 20 04 |
| --- |

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

............Plaintiff

............Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

**Worcester, ss.**

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.**  03-2519C

Elizabeth R. Steffenberg,                                    )
                                                             )
                                                             )
                    **Plaintiff (s)**                        )        **SUMMONS**
                                                             )
             **V.**                                          )
                                                             )
T. Gene Gilman, et al.,                                      )
                    **Defendant (s)**                        )

\*    To the above-named Defendant:    Financial Links, Inc.

You are hereby summoned and required to serve upon........................................
.........................Christine S. Collins.............................................., plaintiff's attorney,
whose address is Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA
an answer to the complaint which is herewith served upon you, within 20 days after 01615-0156
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.......16th............
day of .............March.......................................in the year of our Lord two thousand  and
........four........ .

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*        NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
         if you claim to have a defense, either you or your attorney must serve a copy of your written
         answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
         Court, Room 21.

Worcester, SS.                **PROOF OF SERVICE OF PROCESS**              ‹ March 24th, 2004

I hereby certify and return that on ................................ March 24th, 2004 ................................

XX20XX............,  I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

By leaving at his last known and usual place of abode,, to wit: 11 Morse Street,
in said Newton, Massachusetts.

Time of Service: 2:15 P.M.                        And afterwards on the ..............
Service: 15.00***                                day I mailed first Class copy
Travel:  40.00***                                of the within SUMMONS to the
                                                 above address

Dated: ................ March 24th, 2004 XXEXX ................ .

*Served along with Plaintiff's First Amended
Complaint, Motion for Preliminary Injunction,
Memorandum in Support of Motion for                    Francis J. Trapasso, Constable and
Preliminary Injunction and Ex Parte Motion              Disinterested Person
for Order of Short Notice

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

March 24th,  , 20 04

COMMONWEALTH OF MASSACHUSETTS

Superior Court
Civil Action

No.

..................... Plaintiff

..................... Defendant

Worcester, ss.

**SUMMONS**

(Mass. R. Civ. P. 4)