UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Elizabeth Steffenberg,**
        **Plaintiff,**

                                              CIVIL ACTION
                                              NO. 04- 40113-FDS

        V.

**T. Gene Gilman, Steven Gilman,
The Gilman Insurance Agency, Inc.,
Arbor Securities, LTD., Commonwealth
Financial Holdings Inc., Financial Links, Inc.,
T. Gilman & Co., LTD., Tradetek, LTD., and
Tradetek, LLC,**
        **Defendants,**

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, Elizabeth Steffenberg, for an order of default for failure of the Defendants, T. Gene Gilman, Steven Gilman, The Gilman Insurance Agency, Inc., Arbor Securities, LTD., Commonwealth Financial Holdings Inc., Financial Links, Inc., T. Gilman & Co., LTD., Tradetek, LTD., and Tradetek, LLC., to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 10th day of January 2005.

                                              TONY ANASTAS, CLERK

                                    By:  /s/ Martin Castles
                                              Deputy Clerk