UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| ELIZABETH R. STEFFENBERG,<br>　　Plaintiff<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN,<br>THE GILMAN INSURANCE<br>AGENCY, INC., DAVID M. SCOLL,<br>ARBOR SECURITIES, LTD.,<br>ALLIANCE INVESTMENT<br>MANAGEMENT, COMMONWEALTH<br>FINANCIAL HOLDINGS INC.,<br>FINANCIAL LINKS, INC.,<br>T. GILMAN & CO., LTD.,<br>PENSON FINANCIAL SERVICES, INC.,<br>AVIVA USA CORPORATION,<br>AVIVA LIFE INSURANCE COMPANY,<br>TRADETEK, LTD., and<br>TRADETEK, LLC.,<br>　　Defendants. | CIVIL ACTION NO.<br><br>NO. 04-40113-FDS |

**AVIVA LIFE INSURANCE COMPANY'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Aviva Life Insurance Company hereby discloses that it is wholly owned by Aviva USA Corporation and its ultimate parent company is Aviva, plc.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　AVIVA LIFE INSURANCE COMPANY

　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　/s/Kristin M. Knuuttila
　　　　　　　　　　　　　Rhonda L. Rittenberg, BBO #550498
　　　　　　　　　　　　　Kristin M. Knuuttila, BBO #633828
　　　　　　　　　　　　　Prince, Lobel, Glovsky & Tye LLP
　　　　　　　　　　　　　585 Commercial Street
　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　(617) 456-8000

Date: January 21, 2005