UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40113-FDS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG, ) | (Christine S. Collins BBO#639293) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| T. GENE GILMAN, STEVEN GILMAN, ) | |
| THE GILMAN INSURANCE ) | |
| AGENCY, INC., DAVID M. SCOLL, ) | |
| ARBOR SECURITIES, LTD., ) | |
| ALLIANCE INVESTMENT ) | |
| MANAGEMENT, COMMONWEALTH ) | |
| FINANCIAL HOLDINGS INC., ) | |
| FINANCIAL LINKS, INC., ) | |
| T. GILMAN & CO., LTD., ) | |
| AVIVA LIFE INSURANCE COMPANY, ) | |
| TRADETEK, LTD., and ) | |
| TRADETEK, LLC, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR RECONSIDERATION OF
PLAINTIFF, ELIZABETH R. STEFFENBERG, OF THE ORDER DENYING HER
MOTION TO COMPEL RESPONSES OF DAVID M. SCOLL TO PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES Plaintiff, Elizabeth R. Steffenberg, ("Ms. Steffenberg") and submits this Motion for Reconsideration of the Court's (Swartwood, J.) Order denying her Motion to Compel Responses of David M. Scoll to Plaintiff's First Request for Production of Documents, dated December 28, 2004 (the "Order"). As grounds therefore, Ms. Steffenberg states that the Court erroneously interpreted and applied both Massachusetts law concerning the attorney-client privilege and federal law pertaining to the scope of the protections provided by the "ordinary" work product and "opinion" work product doctrines in failing to require Defendant, David M.

Scoll ("Scoll"), to produce the documents in his possession that are responsive to Ms. Steffenberg's Document Request Nos. 19-32, 34-35 and 38-39 in her First Request for Production of Documents. As such, Ms. Steffenberg's Motion for Reconsideration should be allowed. In further support of this Motion, Ms. Steffenberg relies on her Memorandum of Law, filed herewith.

WHEREFORE, Ms. Steffenberg hereby requests that this Court allow her Motion for Reconsideration.

Respectfully submitted,

ELIZABETH R. STEFFENBERG
By her attorneys,

_____
Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street--P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3441
(508) 929-3041

Dated: February 2, 2005

## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 2nd day of February, 2005 served the foregoing by mailing copy thereof, via first class mail, postage prepaid, to the following:

Kristin M. Knuuttila, Esquire
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109-1024

Sara Discepolo, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110

_____
Christine S. Collins

{J:\CLIENTS\lit\303603\0001\00504877.DOC;1}