ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 31
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: TradeTek |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/17/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek) concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/15/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 11/10/2003 | AC | Email | From David West (agent of TradeTek) to other agents of TradeTek and Attorney Scoll | Re: TradeTek |
| 4/27/1999 | AC/WP | Attorney Notes | By Attorney Scoll | Notes on conference with David Gelfond (TradeTek agent) and F. Occhiuti (outside counsel for TradeTek) re: TradeTek |

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 3/11/1999 | AC | Facsimile | From Roula Karanikola (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 8/14/1998 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTeki |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| 12/22/1998 | AC/WP/OP | Letter | From outside counsel (of TradeTek) to T. Gene Gilman with cc to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Notes | From Attorney Scoll's office | Re: TradeTek |
| 6/21/1999 | WP/OP | Interoffice Research Memo | From legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Legal Research Materials and Notes | By Attorney Scoll/assistant to Attorney Scoll | Re: TradeTek |
| 6/16/1999 | AC/WP/OP | Facsimile | From Roula Karanikola (agent of TradeTek to legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document and Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to Akek Msumba (TradeTek agent) | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC | Facsimile | From Aleke Msumba (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 6/1/1999 | AC | Letter | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP | Legal Document with Notes thereon | Notes by client | RE: TradeTek |
| 6/10/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Rhoula Karanikola (TradeTek agent) re: TradeTek |
| 6/10/1999 | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains information on conference with T. Gene Gilman |
| Undated | WP/OP | Draft Court Filing | By Attorney Scoll | Re TradeTek |
| 7/27/1999 | WP/OP | Attorney Notes on Legal Document | Notes by Attorney Scoll | RE: TradeTek |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | WP/OP | Legal Research Materials | Compiled by Attorney Scoll | Re: TradeTek |
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |

2

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/21/2000 | AC | Email | From David Gelfond to David Gelfond with cc to Attorney Scoll | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 7/19/2001 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 2/4/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 2/10/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Article with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/11/1999 | AC/WP | Email | From Aleke Msumba (TradeTek agent) to other TradeTek agents and Attorney Scoll | RE: TradeTek |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| Undated | WP/OP | Draft Legal Document | Created by Attorney Scoll | For TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | Re: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Arielle of TradeTek re: TradeTek litigation |
| 10/3/2000 | WP/OP | Draft correspondence with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/4/2000 | AC/WP/OP | Email with Attorney Notes thereon | Email from Aleke Msumba to TradeTek agents, T. Gene Gilman, and Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to outside counsel for TradeTek | RE: TradeTek |

30071.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/6/1999 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| 3/2/2000 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for TradeTek | Re: TradeTek |
| 3/1/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 3/24/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 10/27/2000 | WP/OP | Email | Between outside counsel for TradeTek | Re: legal issues pertaining to TradeTek |
| 10/27/2000 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| 10/26/2000 | WP/OP | Legal Research Materials | | Re: TradeTek legal issues |
| 2/5/2001 | AC/WP/OP | Email | From outside legal counsel for TradeTek to TradeTek agent | RE: TradeTek |
| 2/5/2001 | AC | Email | From TradeTek agent to Attorney Scoll | Re: TradeTek |
| 4/2/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| Undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/13/2000 | AC/WP | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek draft document |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| 4/30/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| Notes undated | WP/OP | Attorney Notes on correspondence to Attorney Scoll/TradeTek | Notes by Attorney Scoll | RE: TradeTek |
| 5/1/2001 | AC/WP | Facsimile | From David West (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 3/10/2003 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with other attorneys for T. Gene Gilman/TradeTek re: TradeTek |
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| Undated | WP/OP | Draft Legal Document with Attorney Notations thereon | By Attorney Scoll | For: TradeTek |

4

30071.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 32
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: TradeTek |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/17/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek) concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 10/5/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial Holdings | Invoice contains content of communications with T. Gene Gilman |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/15/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Notes concerning TradeTek |
| 11/10/2003 | AC | Email | From David West (agent of TradeTek) to other agents of TradeTek and Attorney Scoll | Re: TradeTek |
| 9/18/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 4/27/1999 | AC/WP | Attorney Notes | By Attorney Scoll | Notes on conference with David Gelfond (TradeTek agent) and F. Occhiuti (outside counsel for TradeTek) re: TradeTek |
| 3/11/1999 | AC | Facsimile | From Roula Karanikola (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 8/14/1998 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTeki |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| 12/22/1998 | AC/WP/OP | Letter | From outside counsel (of TradeTek) to T. Gene Gilman with cc to Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Notes | From Attorney Scoll's office | Re: TradeTek |
| 6/21/1999 | WP/OP | Interoffice Research Memo | From legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Legal Research Materials and Notes | By Attorney Scoll/assistant to Attorney Scoll | Re: TradeTek |
| 6/16/1999 | AC/WP/OP | Facsimile | From Roula _____ (agent of TradeTek to legal assistant to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document and Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to Akek Msumba (TradeTek agent) | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| 6/30/1999 | AC | Facsimile | From Aleke Msumba (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 6/1/1999 | AC | Letter | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP | Legal Document with Notes thereon | Notes by client | RE: TradeTek |
| 6/10/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Rhoula Karanikola (TradeTek agent) re: TradeTek |
| 6/10/1999 | WP/OP | Draft Legal Document | By Attorney Scoll | Re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains infomation on conference with T. Gene Gilman |
| Undated | WP/OP | Draft Court Filing | By Attorney Scoll | Re TradeTek |
| 7/27/1999 | WP/OP | Attorney Notes on Legal Document | Notes by Attorney Scoll | RE: TradeTek |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | WP/OP | Legal Research Materials | Compiled by Attorney Scoll | Re: TradeTek |

2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/21/2000 | AC | Email | From David Gelfond to David Gelfond with cc to Attorney Scoll | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 7/19/2001 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 2/4/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 2/10/2000 | AC | Email | From Aleke Msumba (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Article with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/11/1999 | AC/WP | Email | From Aleke Msumba (TradeTek agent) to other TradeTek agents and Attorney Scoll | RE: TradeTek |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| Undated | WP/OP | Draft Legal Document | Created by Attorney Scoll | For TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | Re: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Arielle of TradeTek re: TradeTek litigation |
| 10/3/2000 | WP/OP | Draft correspondence with Attorney Notes thereon | Notes by Attorney Scoll | RE: TradeTek |
| 10/4/2000 | AC/WP/OP | Email with Attorney Notes thereon | Email from Aleke Msumba to TradeTek agents, T. Gene Gilman, and Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |

3

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to outside counsel for TradeTek | RE: TradeTek |
| 10/6/1999 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | RE: TradeTek |
| 3/2/2000 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for TradeTek | Re: TradeTek |
| 3/1/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | RE: TradeTek |
| 3/24/2000 | AC | Facsimile | From David Gelfond (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 10/27/2000 | WP/OP | Email | Between outside counsel for TradeTek | Re: legal issues pertaining to TradeTek |
| 10/27/2000 | AC | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek |
| 10/26/2000 | WP/OP | Legal Research Materials | | Re: TradeTek legal issues |
| 2/5/2001 | AC/WP/OP | Email | From outside legal counsel for TradeTek to TradeTek agent | RE: TradeTek |
| 2/5/2001 | AC | Email | From TradeTek agent to Attorney Scoll | Re: TradeTek |
| 4/2/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 4/19/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| Undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | Re: TradeTek |
| 10/13/2000 | AC/WP | Email | From Aleke Msumba to Attorney Scoll | Re: TradeTek draft document |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| 4/30/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek |
| Notes undated | WP/OP | Attorney Notes on correspondence to Attorney Scoll/TradeTek | Notes by Attorney Scoll | RE: TradeTek |
| 5/1/2001 | AC/WP | Facsimile | From David West (TradeTek agent) to Attorney Scoll | Re: TradeTek |
| 3/10/2003 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with other attorneys for T. Gene Gilman/TradeTek re: TradeTek |

4

30073.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| Undated | WP/OP | Draft Legal Document with Attorney Notations thereon | By Attorney Scoll | For: TradeTek |
| 8/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and Steve Gilman Re: TradeTek |

5

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 33
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|------|-----------|---------------|---------|-------------|
|      |           |               |         |             |

SCOLL DOES NOT POSSESS ANY PRIVILEGED DOCUMENTS RESPONSIVE TO THIS REQUEST.

30074.1

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 34
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 10/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman concerning TradeTek |
| 9/19/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan (agent of TradeTek and/or Commonwealth Financial) concerning TradeTek |
| Printed on 11/13/2003 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on Office Conference with T. Gene Gilman concerning TradeTek |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning TradeTek |
| 9/18/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 8/20/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with F. Occhuiti (outside counsel to TradeTek) re: TradeTek |
| 9/14/1998 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents, outside counsel to TradeTek and T. Gene Gilman re: TradeTek |
| Printed on 6/17/04 | AC | Computer Generated Report | Created by Attorney Scoll | Client Billing Worksheet for TradeTek; contains information on conference with T. Gene Gilman |
| 7/18/2003 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes of conference with T. Gene Gilman re: TradeTek |
| Undated | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman and David Gelfond (TradeTek agent) | Re: TradeTek litigation |
| 1/23/2001 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 10/27/2000 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 9/25/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |

30075.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 9/22/2000 | AC/WP | Faxed Email | Fax and notation thereon from T. Gene Gilman to Attorney Scoll | Re: TradeTek litigation |
| 9/9/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Draft Legal Document for TradeTek |
| 12/13/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | Re: TradeTek litigation |
| 11/15/2000 | AC | Facsimile | From Arielle (TradeTek agent) to Attorney Scoll | Re: TradeTek litigation |
| 11/9/2000 | AC | Letter | From Attorney Scoll to T. Gene Gilman | RE: TradeTek litigation |
| 10/12/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: TradeTek litigation |
| 4/19/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with TradeTek agents and T. Gene Gilman Re: TradeTek |
| 3/14/2001 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: TradeTek |
| 4/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: TradeTek |
| Printed on 3/10/2004 | AC | Computer Generated Report | By Attorney Scoll | Client Billing Worksheet for TradeTek; contains content of communications with T. Gene Gilman and other TradeTek agents |
| 8/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and Steve Gilman Re: TradeTek |

2

30075.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 35
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/13/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek and/or Commonwealth Financial) re: Commonwealth Financial |
| 9/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/12/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West, T. Gene Gilman, Tim Oullette, Scoll Gilman, Aleke Msumba re: Commonwealth Financial |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 10/4/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 8/24/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/1/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 8/16/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 7/6/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/23/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Draft Letter | Draft Letter from Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 7/20/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Email | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents | By Attorney Scoll | Re: Commonwealth Financial |
| 2/4/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Documents with Attorney | Notes by Attorney Scoll | Re: Commonwealth Financial |

2

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/27/1999 | AC/WP/OP | Notes thereon | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/3/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/29/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/26/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| Notes undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 1/13/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 6/16/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 12/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 8/29/?? | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 8/23/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/26/2000 | WP/OP | Draft Letter with Attorney Notes thereon | Notes by Attorney Scoll | Re: Commonwealth Financial |
| 1/24/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP | Computer Generated Report | Created by Commonwealth Financial or Attorney Scoll | Re: Commonwealth Financial |
| 5/26/2000 | AC | Email | From Tim Hogan to Attorney Scoll | Re: Commonwealth Financial |
| 5/25/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan with cc to agents of Commonwealth Financial and T. Gene Gilman | RE: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan | Re: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Email | From Tim Hogan to Attorney Scoll with cc to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Documents with notations thereon by T. Gene Gilman faxed to Attorney Scoll | | Re: Commonwealth Financial |

3

30079.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/9/2000 | AC | Fax | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 12/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and KPMG re: Commonwealth Financial |
| 4/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |

4

30079.2

ELIZABETH R. STEFFENBERG V. T. GENE GILMAN, ET AL.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No.: 04-40113 NMG

PRIVILEGE LOG FOR REQUEST # 36
OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT, DAVID M. SCOLL

AC = attorney client privilege; WP = work product; OP = opinion work product; JD = joint defense privilege

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 10/13/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/10/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West (agent of TradeTek and/or Commonwealth Financial) re: Commonwealth Financial |
| 9/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 10/12/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with David West, T. Gene Gilman, Tim Oullette, Scoll Gilman, Aleke Msumba re: Commonwealth Financial |
| 10/6/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 10/4/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/16/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with Tim Hogan re: Commonwealth Financial |
| 8/24/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/1/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Notes on Commonwealth Financial |
| 8/8/2002 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 8/16/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 7/6/1999 | AC | Invoice | From Attorney Scoll to Commonwealth Financial | Invoice contains content of conference with T. Gene Gilman |
| 6/7/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/30/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/24/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/4/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 3/10/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 3/12/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman re: Commonwealth Financial |
| 8/13/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 7/23/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/23/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/21/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 7/20/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/16/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/22/1999 | AC/WP/OP | Draft Letter | Draft Letter from Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/2/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | Facsimile contains content of communications from T. Gene Gilman; fax concerns Commonwealth Financial |
| 7/1/1999 | AC | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Letter | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 7/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 7/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 7/20/1999 | WP/OP | Facsimile | From Attorney Scoll to outside counsel for Commonwealth Financial | RE: Commonwealth Financial |
| 3/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | Re: Commonwealth Financial |
| Undated | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/25/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 2/12/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Email | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman concerning Commonwealth Financial |
| 2/5/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents | By Attorney Scoll | Re: Commonwealth Financial |
| 2/4/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Documents with Attorney | Notes by Attorney Scoll | Re: Commonwealth Financial |

2

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 1/27/1999 | AC/WP/OP | Notes thereon | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/3/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 2/1/1999 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with RE: Commonwealth Financial |
| 2/1/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/29/1999 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 1/26/1999 | AC | Facsimile | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| Notes undated | WP/OP | Document with Attorney Notes thereon | Notes by Attorney Scoll | RE: Commonwealth Financial |
| 1/13/1999 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 6/16/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Legal Research Materials with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 12/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | RE: Commonwealth Financial |
| 8/29/?? | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 8/23/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/26/2000 | WP/OP | Draft Letter with Attorney Notes thereon | Notes by Attorney Scoll | Re: Commonwealth Financial |
| 1/24/2001 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| Undated | WP | Computer Generated Report | Created by Commonwealth Financial or Attorney Scoll | Re: Commonwealth Financial |
| 5/26/2000 | AC | Email | From Tim Hogan to Attorney Scoll | Re: Commonwealth Financial |
| 5/25/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan with cc to agents of Commonwealth Financial and T. Gene Gilman | RE: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Facsimile | From Attorney Scoll to Tim Hogan | Re: Commonwealth Financial |
| 5/31/2000 | AC/WP/OP | Email | From Tim Hogan to Attorney Scoll with cc to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Documents with notations thereon by T. Gene Gilman faxed to Attorney Scoll | | Re: Commonwealth Financial |

3

30095.2

| DATE | PRIVILEGE | DOCUMENT TYPE | PARTIES | DESCRIPTION |
|---|---|---|---|---|
| 6/9/2000 | AC | Fax | From T. Gene Gilman to Attorney Scoll | Re: Commonwealth Financial |
| 6/7/2000 | WP/OP | Draft Legal Document with Attorney Notes thereon | By Attorney Scoll | Re: Commonwealth Financial |
| 6/20/2000 | WP/OP | Attorney Notes | By Attorney Scoll | Re: Commonwealth Financial |
| 12/15/2000 | AC/WP/OP | Attorney Notes | By Attorney Scoll | Notes on conference with T. Gene Gilman and KPMG re: Commonwealth Financial |
| 4/1/1999 | AC/WP/OP | Facsimile | From Attorney Scoll to T. Gene Gilman | RE: Commonwealth Financial |
| Undated | WP/OP | Draft Legal Documents with Attorney Notes thereon | By Attorney Scoll | For Commonwealth Financial |

4

30095.2