UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____
                                    )
ELIZABETH R. STEFFENBERG,           )
    Plaintiff                       )
v.                                  )
                                    )
T. GENE GILMAN, STEVEN GILMAN,      )
THE GILMAN INSURANCE                )   CIVIL ACTION
AGENCY, INC., DAVID M. SCOLL,       )
ARBOR SECURITIES, LTD.,             )   NO. 04-40113-FDS
ALLIANCE INVESTMENT                 )
MANAGEMENT, COMMONWEALTH            )
FINANCIAL HOLDINGS INC.,            )
FINANCIAL LINKS, INC.,              )
T. GILMAN & CO., LTD.,              )
PENSON FINANCIAL SERVICES, INC.,    )
AVIVA USA CORPORATION,              )
AVIVA LIFE INSURANCE COMPANY,       )
TRADETEK, LTD., and                 )
TRADETEK, LLC.,                     )
    Defendants.                     )
_____)

## STIPULATION

    The parties to this matter hereby stipulate that Aviva Life Insurance Company may have up to and including February 4, 2005 to file a responsive pleading to the plaintiff Elizabeth Steffenberg's Second Amended Complaint.

| ELIZABETH R. STEFFENBERG | AVIVA LIFE INSURANCE COMPANY |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/Christine S. Collins | /s/Kristin M. Knuuttila |
| Louis M. Ciavarra, BBO #546481 | Rhonda R. Rittenberg, BBO #550498 |
| Christine S. Collins, BBO #639293 | Kristin M. Knuuttila, BBO #633828 |
| Bowditch & Dewey, LLP | Prince, Lobel, Glovsky & Tye LLP |
| 311 Main Street, P. O. Box 15156 | 585 Commercial Street |
| Worcester, MA 01615-0156 | Boston, MA 02109 |
| (508) 926-3441 | 617) 456-8000 |

DAVID M. SCOLL

By his attorneys,


/s/Sara Discepolo
George C. Rockas, BBO #544009
Sara Discepolo, BBO #628721
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300


Dated: _____

2