UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40113-FDS

| | | |
|---|---|---|
| ELIZABETH R. STEFFENBERG, | ) | (Christine S. Collins BBO#639293) |
| Plaintiff, | ) | |
| v. | ) | |
| T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., AVIVA LIFE INSURANCE COMPANY, TRADETEK, LTD., and TRADETEK, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I, Christine S. Collins, on oath depose and say that I have personal knowledge of the facts set forth herein.

1. I am counsel for the Plaintiff, Elizabeth R. Steffenberg, in the above-captioned matter;

2. Pursuant to Federal Rules of Civil Procedure, I made service of process upon the Defendant, Alliance Investment Management, by mailing copies of the following documents by Federal Express overnight mail, on March 25, 2004:

    a. Complaint; and

      b.    Summons.

3.    That mailing was made to the above-named Defendant at British American Insurance House, Marlborough Street & Navy Lion Road, P.O. Box SS-19051, Nassau, Bahamas. A true and accurate copy of the Federal Express tracking order, confirming delivery on March 26, 2004 at 3:13 P.M. and receipt by an "E. Woods", is attached hereto as <u>Exhibit A.</u>

Signed under the pains and penalties of perjury this 8th day of February, 2005.

Respectfully submitted,

ELIZABETH R. STEFFENBERG
By her attorneys,

_____
Louis M. Ciavarra, Esquire (BBO #546481)
Christine S. Collins, Esquire (BBO #639293)
Bowditch & Dewey, LLP
311 Main Street--P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3441
(508) 929-3041

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have this 8th day of February, 2005 served the foregoing by mailing copy thereof, via first class mail, postage prepaid, to the following:

Kristin M. Knuuttila, Esquire
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109-1024

Sara Discepolo, Esquire
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110

_____
Christine S. Collins