

**Bowditch & Dewey**
ATTORNEYS

311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 791-3511
Facsimile: (508) 756-7636

*www.bowditch.com*

*Bowditch & Dewey*, LLP

Direct telephone:(508) 926-3441
Direct facsimile: (508) 929-3401
Email: ccollins@bowditch.com

March 25, 2004

**VIA FEDERAL EXPRESS**

Alliance Investment Management Ltd.
British American Insurance House
Marlborough Street & Navy Lion Road
P.O. Box SS-19051
Nassau, Bahamas

*RE:   Elizabeth R. Steffenberg v. T. Gene Gilman, et al.*

Dear Sir/Madam:

Enclosed please find a Summons and Complaint in the above-referenced matter.

I look forward to hearing from you soon; my contact information is set forth above.

Very truly yours,

Christine S. Collins

CSC:tmd
Enclosures
cc:   Mr. Elizabeth R. Steffenberg
      Louis M. Ciavarra, Esquire

{J:\CLIENTS\lit\303603\0001\steffenb\00422716.DOC;1}

United States Home    Information Center | Customer

**FedEx**

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

Printable Version    Quick Help

**Tracking number** 790590094117     **Delivery location** NASSAU BS
**Signed for by** E.WOODS              **Service type** Priority Pak
**Ship date** Mar 25, 2004
**Delivery date** Mar 26, 2004 3:13 PM

**Status** Delivered

You can also track:
- By TCN
- FedEx Trade shipments
- By Email Track
- By FedEx Wire

| Date/Time | Activity | Location | Details |

 Signature proof     Track more shipments

Wrong Address?
Reduce future mistakes by Address Checker.

**Shipping Freight?**
FedEx has LTL, air freight, air expedited freight, multi deliveries, and ocean freight

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [                    ]

To   [                    ]

Add a message to this email.
[                              ]

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx