UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH STEFFENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD. and TRADETEK, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 04-40113-FDS |

**ASSENTED TO MOTION TO EXTEND TIME TO OPPOSE
PLAINTIFF'S MOTION FOR RECONSIDERATION**

NOW comes the Defendant, David M. Scoll (hereinafter "Scoll"), and hereby moves, pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts (hereinafter "Local Rules"), for an extension of time to February 23, 2005 within which to oppose the Plaintiff's recently filed Motion for Reconsideration. See Pl.'s Mot. for Reconsid. of Pl. Elizabeth R. Steffenberg of the Order Denying Her Mot. to Compel Responses of David M. Scoll to Pl.'s First Req. for Prod. of Docs. dated Feb. 2, 2005 (hereinafter "Motion for Reconsideration").

In support hereof, Scoll states:

    1.    The Plaintiff filed her Motion for Reconsideration on February 2, 2005.

34634.1

2. According to Rule 7.1(B)(2) a party opposing a Motion must file an opposition within fourteen (14) days after service. See L.R. 7.1(B)(2). Thus, Scoll's Opposition is due on or about February 16, 2005.

3. Due to other work-related obligations, counsel for Scoll has not been able to prepare, serve and file his opposition to the Plaintiff's Motion within the time required by the Local Rules.

4. As a result, Scoll seeks an extension of time to February 23, 2005 within which to file and serve an opposition to the Plaintiff's Motion for Reconsideration.

5. The Plaintiff assents to this request for additional time.

WHEREFORE, Scoll moves for an extension of time to February 23, 2005 within which to respond to the Plaintiff's Motion for Reconsideration.

|  |  |
|---|---|
| Respectfully submitted,<br>DAVID M. SCOLL<br>By his Attorneys, | Assented to by:<br><br>ELIZABETH STEFFENBERG<br>By her Attorneys |
| /s/ Sara Discepolo<br>George C. Rockas, BBO # 544009<br>Sara Discepolo, BBO # 628721<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 | /s/ Christine Collins (SD)<br>Louis M. Ciavarra, Esq. BBO # 546481<br>Christine S. Collins, Esq. BBO #639293<br>BOWDITCH & DEWEY LLP<br>311 Main Street<br>PO Box 15156<br>Worcester, MA 01615-0156<br>(508-926-3441 |

Dated: February 16, 2005

34634.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH STEFFENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., FIRST ALLIED SECURITIES, INC., PENSON FINANCIAL SERVICES, INC., AVIVA USA CORPORATION, TRADETEK, LTD. and TRADETEK, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 04-40113-FDS |

**CERTIFICATE OF SERVICE**

    I, Sara Discepolo, hereby certify that on February 16, 2005, I electronically filed the foregoing *Assented to Motion to Extend Time to Oppose Plaintiff's Motion for Reconsideration* and caused to be served a courtesy copy of the same to all parties/counsel of record by mailing the same via first class mail, postage prepaid, to the following parties:

Christine S. Collins, Esq.
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615-0156

Kristin M. Knuuttila
Prince, Lobel, Glovsy & Tye LLP
585 Commercial Street
Boston, MA 02109

                                                              */s/ Sara Discepolo*
                                                              Sara Discepolo

34634.1