# EXHIBIT 2

Page    3

## Bowditch & Dewey, LLP

DRAFT BILL
JOHN F. SHORO
Proforma Index:

311 Main Street
Worcester, MA 01615-0156
Telephone (508) 791-3511

February 16, 2005

Elizabeth R. Steffenberg
70 Briarwood Circle Apt 226
Worcester, MA 01606

Matter #: 303603.0001
Invoice #: ******

Re: CLAIM AGAINST INVESTMENT ADVISOR

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 16, 2005

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|



2004434

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
  .0001  CLAIM AGAINST INVESTMENT ADVISOR                          Page    4
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓0 | ▓▓▓0 |
| 12/30/03 | LOUIS M. CIAVARRA | | |
| 2007314 | Meeting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ drafted ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 4.50 | 1,350.00 |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓ | ▓▓00 |
| 01/08/04 | LOUIS M. CIAVARRA | | |
| 2016188 | Telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |
| 01/09/04 | BARBARA J. LUBIN | | |
| 2012225 | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ interoffice memorandum ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; additional research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 3.90 | 429.00 |
| 01/09/04 | LOUIS M. CIAVARRA | | |
| 2016294 | Reviewed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ investigated ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓0 | ▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓ | ▓▓ |

```
303603   STEFFENBERG, ELIZABETH R.              Invoice Number ******
  .0001  CLAIM AGAINST INVESTMENT ADVISOR                  Page     5
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 01/30/██ | ███████████████ | ██ | ██ |
| 02/02/04 | BYRON C. HILL | | |
| 2022530 | Research ██████████████ | 1.20 | 96.00 |
| ███████ | ███████████████ | ██ | ██ |
| 02/03/04 | LOUIS M. CIAVARRA | | |
| 2022474 | Telephone conversation ████████; reviewed ████, developed ████████████ | 1.50 | 450.00 |
| 02/04/04 | LOUIS M. CIAVARRA | | |
| 2024405 | Research; analysis ██████; began developing ██████████ | 2.50 | 750.00 |
| 02/05/04 | BYRON C. HILL | | |
| 2024094 | Search ██████████████ | 0.60 | 48.00 |
| 02/06/04 | LOUIS M. CIAVARRA | | |
| 2024463 | Continued analysis ██████████████ | 1.00 | 300.00 |
| 02/09/04 | LOUIS M. CIAVARRA | | |
| 2028436 | Services with regard to developing ████████ | 0.50 | 150.00 |
| ███████ | ███████████████ | ██ | ██ |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page    6
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 02/11/04 | LOUIS M. CIAVARRA | | |
| 2028453 | Meeting with ▓▓▓▓▓ review ▓▓▓▓▓ ▓▓▓▓▓; continued to develop ▓▓▓▓▓ | 2.00 | 600.00 |
| 02/12/04 | CHRISTINE SMITH COLLINS | | |
| 2026862 | Review interoffice conference ▓▓▓▓▓ ▓▓▓▓▓ interoffice conference ▓▓▓▓▓ ▓▓▓. | 0.70 | 108.50 |
| 02/12/04 | LOUIS M. CIAVARRA | | |
| 2028486 | Interoffice conference ▓▓▓▓▓ ▓▓▓▓▓. | 0.50 | 150.00 |
| 02/13/04 | CHRISTINE SMITH COLLINS | | |
| 2028271 | Review ▓▓▓▓▓ research ▓▓▓▓▓ ▓▓▓▓▓. | 1.00 | 155.00 |
| 02/17/04 | CHRISTINE SMITH COLLINS | | |
| 2029300 | Review ▓▓▓▓▓ ▓▓▓▓▓. | 3.20 | 496.00 |
| 02/17/04 | LOUIS M. CIAVARRA | | |
| 2032652 | Interoffice conference; telephone conversation ▓▓▓▓▓ legal research ▓▓▓ ▓▓▓▓▓ investigation. | 1.00 | 300.00 |
| 02/18/04 | CHRISTINE SMITH COLLINS | | |
| 2030336 | Draft ▓▓▓▓▓ ▓▓▓▓▓ | 3.90 | 604.50 |
| 02/19/04 | CHRISTINE SMITH COLLINS | | |
| 2029986 | Review and revise ▓▓▓▓▓ | 2.40 | 372.00 |
| 02/19/04 | PINA BUTLER | | |
| 2030714 | Interoffice conference ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓. | 0.10 | 7.50 |

```
303603    STEFFENBERG, ELIZABETH R.                        Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                              Page   7
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 02/20/04 | CHRISTINE SMITH COLLINS | | |
| 2029989 | Review and revise ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 4.80 | 744.00 |
| 02/20/04 | PINA BUTLER | | |
| 2030727 | Services ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ retrieval ▒▒▒▒▒▒▒▒▒▒▒▒▒▒ fax ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 2.40 | 180.00 |
| 02/23/04 | CHRISTINE SMITH COLLINS | | |
| 2032308 | Interoffice conference ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒nt; review and revise ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 1.40 | 217.00 |
| 02/23/04 | LOUIS M. CIAVARRA | | |
| 2033224 | Reviewed revised ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ interoffice conference ▒▒▒▒▒▒▒▒▒▒▒▒. | 1.50 | 450.00 |
| 02/26/04 | CHRISTINE SMITH COLLINS | | |
| 2032530 | Review and revise ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 2.60 | 403.00 |
| | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒OLA ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ | ▒.00 |
| | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒A ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ | ▒.00 |
| 03/03/04 | CHRISTINE SMITH COLLINS | | |
| 2036259 | Interoffice conference ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ revisions ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 0.20 | 31.00 |
| | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒ | ▒0 |
| 03/03/04 | LOUIS M. CIAVARRA | | |
| 2038538 | Revised ▒▒▒▒▒▒▒▒▒ | 1.00 | 300.00 |

```
303603    STEFFENBERG, ELIZABETH R.              Invoice Number ******
  .0001   CLAIM AGAINST INVESTMENT ADVISOR                  Page    8
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|------|----------|-------|------|
| 03/05/04 | BYRON C. HILL | | |
| 2037515 | Investigation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 40.00 |
| 03/05/04 | BARBARA J. LUBIN | | |
| 2037710 | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | 44.00 |
| 03/05/04 | CHRISTINE SMITH COLLINS | | |
| 2037799 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓LA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50 | 232.50 |
| 03/08/04 | BARBARA J. LUBIN | | |
| 2037719 | Continue research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ interoffice memorandum ▓▓▓▓▓▓▓▓ ▓▓▓▓ | 2.30 | 253.00 |
| 03/08/04 | CHRISTINE SMITH COLLINS | | |
| 2038876 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; leave message ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.80 | 434.00 |
| 03/09/04 | CHRISTINE SMITH COLLINS | | |
| 2038960 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft email correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓meeting w▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 232.50 |
| 03/10/04 | CHRISTINE SMITH COLLINS | | |
| 2044991 | Conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.00 | 310.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page      9
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 03/10/04 2043870 | LOUIS M. CIAVARRA<br>Telephone conversation ▓▓▓▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 03/11/04 2041193 | CHRISTINE SMITH COLLINS<br>Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓ interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.40 | 217.00 |
| 03/11/04 2043888 | LOUIS M. CIAVARRA<br>Revised ▓▓▓▓▓▓▓; telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |
| 03/12/04 2041552 | CHRISTINE SMITH COLLINS<br>Continue drafting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise ▓▓▓▓. | 1.40 | 217.00 |
| 03/16/04 2044575 | CHRISTINE SMITH COLLINS<br>Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ final review of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ final review of co▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ travel to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ obtain ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ begin drafting ▓▓▓. | 1.50 | 232.50 |
| 03/16/04 2044823 | LOUIS M. CIAVARRA<br>Services w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 03/17/04 2044658 | CHRISTINE SMITH COLLINS<br>Draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.70 | 263.50 |

```
303603    STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                          Page   10
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ▓▓▓; review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | | |
| 03/17/04 | LOUIS M. CIAVARRA | | |
| 2044828 | Revised ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 03/18/04 | CHRISTINE SMITH COLLINS | | |
| 2044864 | Telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; final review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ prepare p▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conduct ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 232.50 |
| 03/19/04 | CHRISTINE SMITH COLLINS | | |
| 2044876 | Conference with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 232.50 |
| 03/23/04 | CHRISTINE SMITH COLLINS | | |
| 2048880 | Telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.10 | 170.50 |

```
303603   STEFFENBERG, ELIZABETH R.                Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR
02/16/05                                                    Page   11
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 03/24/04<br>2048931 | CHRISTINE SMITH COLLINS<br>Prepare ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ interoffice conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; travel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ leave message ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone conference w▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 4.00 | 620.00 |
| 03/24/04<br>2047338 | LOUIS M. CIAVARRA<br>Preparation f▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮appearance, ▮▮▮▮▮▮▮ conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2.00 | 600.00 |
| 03/25/04<br>2049011 | CHRISTINE SMITH COLLINS<br>Draft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ request ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. | 0.40 | 62.00 |
| 03/26/04<br>2047899 | BARBARA A. YAEGER<br>Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.90 | 81.00 |
| 03/26/04<br>2049097 | CHRISTINE SMITH COLLINS<br>Review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; interoffice conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.10 | 170.50 |
| 03/29/04<br>2050602 | CHRISTINE SMITH COLLINS<br>Review email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, respond to email. | 0.10 | 15.50 |
| 04/01/04<br>2051576 | CHRISTINE SMITH COLLINS<br>Review facsimile ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮te i▮▮▮▮▮▮▮▮▮telephone conference ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 31.00 |

```
303603    STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                            Page   12
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 04/05/04 | LOUIS M. CIAVARRA | | |
| 2057643 | Telephone conversations ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; reviewed correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 450.00 |
| 04/07/04 | CHRISTINE SMITH COLLINS | | |
| 2053876 | Review correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.30 | 46.50 |
| 04/07/04 | LOUIS M. CIAVARRA | | |
| 2058449 | Telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 04/08/04 | BARBARA A. YAEGER | | |
| 2054733 | Research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone call ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.70 | 63.00 |
| 04/08/04 | CHRISTINE SMITH COLLINS | | |
| 2053935 | Review email correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; respond to email ▓▓▓▓▓▓▓▓▓▓▓▓; forward ▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; organize ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 232.50 |
| 04/08/04 | LOUIS M. CIAVARRA | | |
| 2058465 | Interoffice conference; review documents; services ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |

```
303603    STEFFENBERG, ELIZABETH R.                      Invoice Number ******
  .0001   CLAIM AGAINST INVESTMENT ADVISOR                              Page    13
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 04/09/04 | CHRISTINE SMITH COLLINS | | |
| 2053980 | Review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; leave message f▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮; telephone conference w▮▮h ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ draft email correspondence t▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ begin review of d▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.90 | 449.50 |
| 04/09/04 | LOUIS M. CIAVARRA | | |
| 2058474 | Interoffice conference; reviewed and revised ▮▮▮▮▮▮▮▮▮ telephone conversation ▮▮▮▮▮▮▮▮y ▮▮▮▮▮▮▮. | 1.00 | 300.00 |
| 04/12/04 | CHRISTINE SMITH COLLINS | | |
| 2056501 | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone conference w▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮w ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮telephone conference w▮▮h ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.20 | 496.00 |
| 04/12/04 | LOUIS M. CIAVARRA | | |
| 2059019 | Interoffice conference; services ▮▮▮▮▮▮▮▮t ▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.30 | 90.00 |
| 04/13/04 | CHRISTINE SMITH COLLINS | | |
| 2056527 | Finalize S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; complete ▮▮▮▮▮▮▮▮▮▮▮▮ draft correspondence ▮▮▮▮▮▮▮▮▮▮▮ travel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ telephone conferences (2) ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ draft interoffice correspondence ▮▮▮ ▮▮▮▮▮▮▮▮; finalize ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 6.70 | 1,038.50 |

```
303603    STEFFENBERG, ELIZABETH R.                      Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                              Page    14
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 04/13/04 | LOUIS M. CIAVARRA | | |
| 2059034 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓. | 0.20 | 60.00 |
| 04/14/04 | CHRISTINE SMITH COLLINS | | |
| 2056547 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓g ▓▓▓▓▓▓▓; telephone conferences (2) wi▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conferences (2) w▓▓▓▓▓▓▓▓▓▓▓ws ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓g ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓; draft email correspondence ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review Ivy ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓. | 4.00 | 620.00 |
| 04/14/04 | LOUIS M. CIAVARRA | | |
| 2059045 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓preparation ▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 04/15/04 | CHRISTINE SMITH COLLINS | | |
| 2057400 | Prepare for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓reparation ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 6.10 | 945.50 |
| 04/15/04 | LOUIS M. CIAVARRA | | |
| 2059063 | Telephone conversation w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 04/16/04 | CHRISTINE SMITH COLLINS | | |
| 2057403 | Prepare ▓▓▓▓▓ take ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓. | 8.00 | 1,240.00 |
| 04/16/04 | LOUIS M. CIAVARRA | | |
| 2059075 | Services ▓ith respect t▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                             Page   15
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 04/20/04 2058006 | CHRISTINE SMITH COLLINS<br>Draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.40 | 217.00 |
| 04/20/04 2060647 | LOUIS M. CIAVARRA<br>Interoffice conference; services ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 150.00 |
| 04/21/04 2061172 | CHRISTINE SMITH COLLINS<br>Draft correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise ▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 | 62.00 |
| 04/21/04 2060649 | LOUIS M. CIAVARRA<br>Interoffice conference and development ▓▓▓▓▓▓▓. | 0.30 | 90.00 |
| 04/22/04 2061329 | CHRISTINE SMITH COLLINS<br>Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft email correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.50 | 232.50 |
| 04/22/04 2060680 | LOUIS M. CIAVARRA<br>Telephone conversation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference; services ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |
| 04/23/04 2061360 | CHRISTINE SMITH COLLINS<br>Finalize ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 77.50 |

```
303603    STEFFENBERG, ELIZABETH R.              Invoice Number ******
  .0001   CLAIM AGAINST INVESTMENT ADVISOR                    Page    16
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ██████████, correspondence ██████ ████████████████ correspondence ██████ ██████████████ | | |
| 04/26/04 | CHRISTINE SMITH COLLINS | | |
| 2061374 | Interoffice conference ████████████████████ ████████████, telephone conference w██ ██████████████████████████ | 0.20 | 31.00 |
| 04/29/04 | LOUIS M. CIAVARRA | | |
| 2063477 | Interoffice conference; telephone conversation ███████████████████. | 1.00 | 300.00 |
| 04/30/04 | CHRISTINE SMITH COLLINS | | |
| 2064056 | Telephone conference w██ ██████ ██████████ ███████████████████████; interoffice conferences (2) w████████████████████████ telephone conference w████████████████████ ██████████████████████████████████ | 0.30 | 46.50 |
| 05/03/04 | CHRISTINE SMITH COLLINS | | |
| 2066912 | Draft email correspondence ██████████ ████████████████████████████████ telephone conference w████████████████████ ████████████████████████████ | 0.20 | 31.00 |
| 05/05/04 | CHRISTINE SMITH COLLINS | | |
| 2067142 | Conference w██████ ████████████████████ ██████████████████████████████████ █████. | 0.60 | 93.00 |
| ████████ | ████ ██ SHORO | | |
| 2068307 | ████████████████████████████████████ ████████ | | |
| 05/10/04 | LOUIS M. CIAVARRA | | |
| 2069645 | Services ██████████████████████████ ████████████████████████████ ████████████████████ | 0.50 | 150.00 |
| 05/11/04 | CHRISTINE SMITH COLLINS | | |
| 2069527 | Telephone conference ████████████████ ██████████████████████ draft email | 0.20 | 31.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page    17
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | correspondence t▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓. | | |
| 05/12/04 | LOUIS M. CIAVARRA | | |
| 2069712 | Telephone conversation w▓▓▓▓▓▓▓▓▓▓ revisions ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 60.00 |
| 05/13/04 | CHRISTINE SMITH COLLINS | | |
| 2069555 | Prepare for and attend i▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.30 | 46.50 |
| 05/13/04 | LOUIS M. CIAVARRA | | |
| 2069734 | Continued telephone conversations ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, extended telephone conversation w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓who ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.30 | 390.00 |
| 05/14/04 | CHRISTINE SMITH COLLINS | | |
| 2071876 | Telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓y ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ conference w▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 77.50 |
| 05/14/04 | LOUIS M. CIAVARRA | | |
| 2075096 | Services w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 300.00 |
| 05/17/04 | CHRISTINE SMITH COLLINS | | |
| 2078187 | Telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓telephone conference w▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 | 62.00 |
| 05/18/04 | CHRISTINE SMITH COLLINS | | |
| 2074283 | Review documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 31.00 |

```
303603    STEFFENBERG, ELIZABETH R.                    Invoice Number ******
  .0001   CLAIM AGAINST INVESTMENT ADVISOR                       Page    18
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 05/19/04 | CHRISTINE SMITH COLLINS | | |
| 2074443 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ review ▓▓▓▓▓▓▓▓ listen t▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 77.50 |
| 05/20/04 | CHRISTINE SMITH COLLINS | | |
| 2074453 | Continue revising ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓; begin work ▓▓▓▓▓▓▓▓t ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.60 | 248.00 |
| 05/21/04 | CHRISTINE SMITH COLLINS | | |
| 2074065 | Draft F▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓; draft correspondence t▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.00 | 155.00 |
| 05/24/04 | CHRISTINE SMITH COLLINS | | |
| 2074093 | Review and revise R▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ review ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 2.20 | 341.00 |
| 05/25/04 | CHRISTINE SMITH COLLINS | | |
| 2077140 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓y ▓▓▓; review facsimile ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; forward ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.90 | 139.50 |
| 05/26/04 | CHRISTINE SMITH COLLINS | | |
| 2077600 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓. | 1.40 | 217.00 |
| 05/26/04 | LOUIS M. CIAVARRA | | |
| 2077280 | Revised ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓. | 0.30 | 90.00 |
| 05/27/04 | CHRISTINE SMITH COLLINS | | |
| 2077668 | Finalize ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.10 | 15.50 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page   19
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 06/02/04 | CHRISTINE SMITH COLLINS | | |
| 2078981 | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ forward ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.10 | 15.50 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓ | ▓▓.00 |
| 2▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | ▓▓ | ▓▓▓▓ |
| 06/14/04 | CHRISTINE SMITH COLLINS | | |
| 2087477 | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓m ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conduct legal research ▓▓▓▓▓▓▓▓▓▓. | 0.20 | 31.00 |
| 06/16/04 | CHRISTINE SMITH COLLINS | | |
| 2088094 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ leave message ▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ draft correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 | 62.00 |
| 06/18/04 | CHRISTINE SMITH COLLINS | | |
| 2090237 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.10 | 15.50 |
| 06/22/04 | CHRISTINE SMITH COLLINS | | |
| 2091004 | Telephone conferences (2) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; conduct legal research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 | 62.00 |
| 06/23/04 | CHRISTINE SMITH COLLINS | | |
| 2091338 | Telephone conference ▓▓▓▓▓▓▓▓▓▓z ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.30 | 46.50 |

```
303603  STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001  CLAIM AGAINST INVESTMENT ADVISOR                            Page   20
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 06/24/04 | CHRISTINE SMITH COLLINS | | |
| 2091388 | Telephone conference ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . | 0.40 | 62.00 |
| 06/25/04 | CHRISTINE SMITH COLLINS | | |
| 2091496 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . | 0.30 | 46.50 |
| 06/28/04 | CHRISTINE SMITH COLLINS | | |
| 2093392 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . | 0.10 | 15.50 |
| 06/29/04 | CHRISTINE SMITH COLLINS | | |
| 2093923 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . | 0.10 | 15.50 |
| 06/30/04 | CHRISTINE SMITH COLLINS | | |
| 2094003 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and analyze ▓▓▓▓▓▓▓▓▓▓▓; conduct legal research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . | 2.70 | 418.50 |
| 07/01/04 | CHRISTINE SMITH COLLINS | | |
| 2095746 | Review correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ d revising ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; | 1.20 | 198.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page    21
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
|  | review and revise correspondence ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ leave voicemail message ▓▓▓▓▓▓▓▓▓▓ at ▓▓▓▓; telephone conference ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft, review and revise correspondence ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓e. | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓e. | ▓ | ▓0 |
| 07/06/04 | CHRISTINE SMITH COLLINS | | |
| 2095896 | Review and revise correspondence ▓▓▓▓▓▓▓y ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise ▓▓▓▓▓c ▓▓▓▓▓▓▓▓▓▓▓▓; review and revise correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓g ▓▓▓▓▓. | 1.10 | 181.50 |
| 07/07/04 | CHRISTINE SMITH COLLINS | | |
| 2095970 | Review and revise correspondence ▓▓▓▓▓y ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓e ▓▓▓▓▓▓▓▓▓▓▓ review and revise correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise ▓▓▓▓c ▓▓▓▓▓▓▓▓▓▓ telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 165.00 |
| 07/09/04 | CHRISTINE SMITH COLLINS | | |
| 2097788 | Review email correspondence ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ forward ▓▓▓▓▓ | 0.10 | 16.50 |
| 07/12/04 | CHRISTINE SMITH COLLINS | | |
| 2097842 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓y ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 16.50 |
| 07/21/04 | CHRISTINE SMITH COLLINS | | |
| 2104046 | Review correspondence ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 33.00 |