```
303603    STEFFENBERG, ELIZABETH R.                     Invoice Number ******
  .0001   CLAIM AGAINST INVESTMENT ADVISOR
02/16/05                                                          Page    22
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ██████████████ | | |
| | ████████████████████████████████████ | ██ | ██00 |
| | ████████████ | | |
| | █████████████████████████████████████e | ██ | ██00 |
| | ████████████ | | |
| | █████████████████████████ | ██ | ██ |
| 07/26/04 | CHRISTINE SMITH COLLINS | | |
| 2106204 | Telephone conference █████████████████████ facsimile correspondence █████████████████████████; conduct online research ████████████████ interoffice conference ██████████ draft, review and revise █████████████████████████████; review ████████████████████████████; research ████████ | 2.80 | 462.00 |
| 07/26/04 | LOUIS M. CIAVARRA | | |
| 2107404 | Interoffice conference ██████████████. | 0.20 | 65.00 |
| 07/27/04 | CHRISTINE SMITH COLLINS | | |
| 2106780 | Review and revise ████████████████████████. | 0.10 | 16.50 |
| 07/27/04 | LOUIS M. CIAVARRA | | |
| 2107464 | Interoffice conference █████████████████ continue analysis ████████████████. | 0.30 | 97.50 |
| 07/28/04 | CHRISTINE SMITH COLLINS | | |
| 2106595 | Review and revise ████████████████████; review ████████████████ | 3.10 | 511.50 |

```
303603    STEFFENBERG, ELIZABETH R.                      Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                              Page    23
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|------|----------|-------|------|
| [redacted] | [redacted] | [redacted] | [redacted]00 |
| 07/30/04 | CHRISTINE SMITH COLLINS | | |
| 2106867 | Finalize [redacted]; research [redacted] review and revise correspondence [redacted] | 0.20 | 33.00 |
| 08/03/04 | CHRISTINE SMITH COLLINS | | |
| 2109268 | Telephone conference [redacted]; draft [redacted] review [redacted] | 1.30 | 214.50 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 08/04/04 | CHRISTINE SMITH COLLINS | | |
| 2116273 | Review and revise [redacted]; conduct legal research [redacted] | 1.40 | 231.00 |
| [redacted] | [redacted] | [redacted] | [redacted]00 |
| 08/05/04 | CHRISTINE SMITH COLLINS | | |
| 2116006 | Review and revise [redacted]; review and revise correspondence [redacted] review [redacted] review and revise correspondence [redacted] | 2.10 | 346.50 |
| 08/05/04 | LOUIS M. CIAVARRA | | |
| 2117558 | Reviewed and revised [redacted] telephone conversation [redacted] | 1.00 | 325.00 |

```
303603   STEFFENBERG, ELIZABETH R.                  Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                          Page   24
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 08/16/04 | LOUIS M. CIAVARRA | | |
| 2118301 | Extended telephone conversation ▓▓▓▓▓ ▓▓▓▓▓▓ | 0.50 | 162.50 |
| 08/17/04 | CHRISTINE SMITH COLLINS | | |
| 2116176 | Prepare for and take ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ interoffice conference ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ | 6.50 | 1,072.50 |
| 08/17/04 | LOUIS M. CIAVARRA | | |
| 2118329 | Interoffice conference; meeting ▓▓▓▓▓▓ ▓▓▓▓▓▓ | 1.00 | 325.00 |
| 08/18/04 | CHRISTINE SMITH COLLINS | | |
| 2116231 | Review voicemail ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 16.50 |
| 08/19/04 | CHRISTINE SMITH COLLINS | | |
| 2116252 | Leave message ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise ▓▓▓▓▓▓▓▓▓▓▓ conduct legal research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.50 | 577.50 |
| 08/20/04 | CHRISTINE SMITH COLLINS | | |
| 2116093 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conduct ▓▓▓▓▓ research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.40 | 231.00 |
| 08/24/04 | CHRISTINE SMITH COLLINS | | |
| 2117056 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ conduct legal research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 165.00 |
| 08/25/04 | CHRISTINE SMITH COLLINS | | |
| 2120012 | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.80 | 297.00 |

```
303603   STEFFENBERG, ELIZABETH R.                         Invoice Number ******
  .0001    CLAIM AGAINST INVESTMENT ADVISOR                               Page    25
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 08/25/04 | LOUIS M. CIAVARRA | | |
| 2119942 | Revised ~~Motion to Compel~~; interoffice conference. | 1.00 | 325.00 |
| 08/26/04 | CHRISTINE SMITH COLLINS | | |
| 2118774 | Review and revise ~~[redacted]~~ telephone conference ~~[redacted]~~ | 1.20 | 198.00 |
| 08/27/04 | CHRISTINE SMITH COLLINS | | |
| 2119934 | Forward ~~[redacted]~~ | 0.30 | 49.50 |
| 08/30/04 | CHRISTINE SMITH COLLINS | | |
| 2119033 | Telephone conference ~~[redacted]~~; telephone conference ~~[redacted]~~ | 0.40 | 66.00 |
| | ~~[redacted]~~ | .20 | ~~[redacted]~~ |
| | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 09/07/04 | CHRISTINE SMITH COLLINS | | |
| 2124638 | Telephone conference ~~[redacted]~~; review voice mail message ~~[redacted]~~ telephone conference ~~[redacted]~~ | 0.20 | 33.00 |
| 09/09/04 | CHRISTINE SMITH COLLINS | | |
| 2125274 | Telephone conference ~~[redacted]~~ | 0.20 | 33.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                            Page   26
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|------|----------|-------|------|
| | ███████████████████ | | |
| | ███████████████████ | | |
| 2█ | ██████████ regarding ███ee ███████. | █ | ██00 |
| 1█ | █████ | | |
| 2█ | ██████████ | █ | █ |
| 10/07/04 | CHRISTINE SMITH COLLINS | | |
| 2144561 | Review and analyze S████████████. ██████████████; conduct legal research r████████████████████ ██████████████████; interoffice conference █████████████████████ ████████████; leave voice mail message █████████████████████ ██████████████████; draft interoffice correspondence █████ys ████████████████. | 1.30 | 214.50 |
| 10/08/04 | CHRISTINE SMITH COLLINS | | |
| 2144564 | Telephone conference █████████████ ████████████████████ ██████████; review voice mail message f█ ████████████████████ █████████ draft correspondence █████ ██████████████. | 0.20 | 33.00 |
| 10/18/04 | CHRISTINE SMITH COLLINS | | |
| 2144572 | Telephone conference w███ █████████ █████████ regarding █████████; draft, review and revise R████████ ████████████████. | 1.20 | 198.00 |
| 10/19/04 | CHRISTINE SMITH COLLINS | | |
| 2144574 | Review and revise R████████████████s ████████████████. | 2.30 | 379.50 |
| | ████████████████████ | | |
| 21█ | ████████████████████ | █ | █ |

```
303603   STEFFENBERG, ELIZABETH R.              Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                Page    27
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 10/20/04 | CHRISTINE SMITH COLLINS | | |
| 2144582 | Review and revise ████████████████ ████████████████████████████ ████████████ finalize ███████ ██████; begin reviewing ████████████ ████████████████████████████ ████████████████████ | 1.10 | 181.50 |
| | ██████████████████████ORO ██████████████████████████████ | ██0 | ██.00 |
| 10/22/04 | CHRISTINE SMITH COLLINS | | |
| 2144587 | Draft, review and revise ████████████'s ████████████████████████████ draft correspondence ███████████ ████████████████████████ █████████████compile additional ████████s ████████████████████████████ ████████████ interoffice conference with ████████████████████████████ ████████████████████ conduct ████████████████████████████ ████████████████████████████ ██████. | 2.40 | 396.00 |
| | 1███████████████████ ██████████████████████████████ ██████████████████████████ ██████. | ██ | ██ |
| 10/25/04 | CHRISTINE SMITH COLLINS | | |
| 2144592 | Review and revise correspondence t██████s ████████████████████████████ ████████████████████████ | 0.20 | 33.00 |
| | ██████████████████O ██████████████████████████████ ████████████████████ | ██ | ██ |
| 10/26/04 | CHRISTINE SMITH COLLINS | | |
| 2144856 | Telephone conference ████████████████ ████████████████████████ | 0.30 | 49.50 |

```
303603    STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR
02/16/05                                                          Page    28
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ▬▬▬▬▬▬▬▬▬▬; draft, review and revise correspondence ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬es, ▬▬▬▬▬▬▬. | | |
| 10/27/04 2145481 | CHRISTINE SMITH COLLINS<br>Final review and revisions ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ review of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. | 0.90 | 148.50 |
| 10/28/04 2147075 | CHRISTINE SMITH COLLINS<br>Telephone conference ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬y ▬▬▬▬▬▬▬▬▬▬. | 0.10 | 16.50 |
| 10/29/04 2147070 | CHRISTINE SMITH COLLINS<br>Draft A▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; telephone conference ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ review F▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; draft S▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; telephone conference ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. | 2.40 | 396.00 |
| 11/01/04 2149325 | CHRISTINE SMITH COLLINS<br>Review and revise ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; telephone conference ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. | 0.20 | 37.00 |
| 11/02/04 2149237 | CHRISTINE SMITH COLLINS<br>Review and revise ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. | 2.10 | 388.50 |
| 11/03/04 2149665 | CHRISTINE SMITH COLLINS<br>Review and revise ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. | 2.00 | 370.00 |
| 11/08/04 2151380 | CHRISTINE SMITH COLLINS<br>Review documents ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ draft memorandum ▬▬▬▬. | 1.70 | 314.50 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                           Page   29
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone conversation w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and revise correspondence ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ORO | | |
| | 2▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 11/10/04 | CHRISTINE SMITH COLLINS | | |
| 2152413 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft, review and revise correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft, review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.70 | 314.50 |
| 11/11/04 | CHRISTINE SMITH COLLINS | | |
| 2153259 | Telephone conference w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, finalize ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and revise correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.30 | 240.50 |
| 11/19/04 | BARBARA A. YAEGER | | |
| 2156985 | Draft ▓▓▓▓▓▓▓▓▓▓▓▓; draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft l▓▓▓▓▓▓▓▓▓▓; review documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 4.00 | 400.00 |
| 11/19/04 | CHRISTINE SMITH COLLINS | | |
| 2156755 | Interoffice conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓t▓▓▓▓▓; telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓telephone conference ▓▓▓▓▓▓▓▓▓▓; draft, review and revise correspondence | 1.40 | 259.00 |

```
303603    STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001    CLAIM AGAINST INVESTMENT ADVISOR                             Page    30
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ██████████ ; review documents ██████████ | | |
| 11/22/04 | BARBARA A. YAEGER | | |
| 2157011 | Continued review of documents ██████ draft letter ██████ | 1.10 | 110.00 |
| 11/22/04 | CHRISTINE SMITH COLLINS | | |
| 2157405 | Review and revise ██████ conduct telephone conferences and exchange email correspondence ██████ review and revise ██████ begin preparing ██████ | 1.70 | 314.50 |
| 11/23/04 | CHRISTINE SMITH COLLINS | | |
| 2158221 | Prepare for and attend h██████ telephone conference ██████ | 3.10 | 573.50 |
| 11/24/04 | CHRISTINE SMITH COLLINS | | |
| 2158702 | Review ██████ correspondence ██████ review ██████ review correspondence ██████ draft draft correspondence ██████ | 1.00 | 185.00 |
| 11/29/04 | CHRISTINE SMITH COLLINS | | |
| 2160589 | Review documents ██████ review and revise correspondence ██████ research ██████ telephone conference ██████ | 1.70 | 314.50 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                           Page    31
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 11/30/04 | CHRISTINE SMITH COLLINS | | |
| 2160582 | Review email correspondence ▓▓▓ | 0.10 | 18.50 |
| 12/01/04 | BARBARA A. YAEGER | | |
| 2163345 | Edits ▓▓▓ determine ▓▓▓ | 0.70 | 70.00 |
| | ▓▓▓ORO | | |
| 2▓▓▓ | ▓▓▓ | ▓ | ▓ |
| 12/06/04 | CHRISTINE SMITH COLLINS | | |
| 2168850 | Travel to and attend ▓▓▓; conduct research ▓▓▓ telephone conferences (2) ▓▓▓ prepare and send ▓▓▓ | 2.30 | 425.50 |
| 12/06/04 | LOUIS M. CIAVARRA | | |
| 2167767 | Interoffice conference ▓▓▓ | 1.00 | 325.00 |
| 12/07/04 | CHRISTINE SMITH COLLINS | | |
| 2168847 | Review and revise ▓▓▓ | 0.90 | 166.50 |
| | ▓▓▓RO | | |
| | ▓▓▓ | ▓ | ▓▓00 |
| | ▓▓▓ | ▓ | ▓ |
| 12/17/04 | CHRISTINE SMITH COLLINS | | |
| 2168817 | Conduct legal research ▓▓▓ | 3.10 | 573.50 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                           Page    32
02/16/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| | ▓▓▓▓▓ review documents ▓▓▓▓▓ | | |
| 12/19/04 | CHRISTINE SMITH COLLINS | | |
| 2168857 | Conduct ▓▓▓▓▓ legal research ▓▓▓▓▓ review ▓▓▓▓▓ draft, review and revise ▓▓▓▓▓ | 4.50 | 832.50 |
| 12/20/04 | CHRISTINE SMITH COLLINS | | |
| 2169805 | Review and revise ▓▓▓▓▓ | 4.60 | 851.00 |
| 2▓▓▓▓▓ | ▓▓▓▓▓RO ▓▓▓▓▓ | ▓0 | ▓0 |
| 12/21/04 | CHRISTINE SMITH COLLINS | | |
| 2169996 | Review and revise ▓▓▓▓▓ research ▓▓▓▓▓ | 0.30 | 55.50 |
| 12/21/04 | LOUIS M. CIAVARRA | | |
| 2174797 | Services ▓▓▓▓▓ | 1.00 | 325.00 |
| 12/22/04 | CHRISTINE SMITH COLLINS | | |
| 2172107 | Review, revise and conduct ▓▓▓▓▓ visit ▓▓▓▓▓ finalize and file ▓▓▓▓▓ | 5.00 | 925.00 |
| 12/29/04 | CHRISTINE SMITH COLLINS | | |
| 2173875 | Interoffice conference ▓▓▓▓▓ conduct legal research ▓▓▓▓▓ draft, review and revise correspondence ▓▓▓▓▓ | 2.00 | 370.00 |

Case 4:04-cv-40113-FDS    Document 42-3    Filed 02/18/2005    Page 12 of 17

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                          Page    33
02/18/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 12/29/04 | LOUIS M. CIAVARRA | | |
| 2174825 | Interoffice conference ~~regarding Motion to Compel~~. | 0.30 | 97.50 |
| 01/03/05 | CHRISTINE SMITH COLLINS | | |
| 2177433 | Review and revise correspondence ~~to redacted~~ | 0.10 | 18.50 |
| 01/11/05 | CHRISTINE SMITH COLLINS | | |
| 2178420 | Prepare for, travel to and attend ~~redacted~~ draft interoffice correspondence ~~redacted~~ | 2.30 | 425.50 |
| 01/24/05 | CHRISTINE SMITH COLLINS | | |
| 2185287 | Review ~~redacted~~ and compile ~~redacted~~ | 0.20 | 37.00 |
| 01/25/05 | CHANDA L. KELLEY | | |
| 2184099 | Begin preparing ~~redacted~~ | 1.10 | 121.00 |
| 01/26/05 | CHRISTINE SMITH COLLINS | | |
| 2184311 | Compile documents ~~redacted~~; review ~~redacted~~ | 0.30 | 55.50 |
| 01/28/05 | CHRISTINE SMITH COLLINS | | |
| 2185844 | Analyze ~~redacted~~ conduct legal research ~~redacted~~ prepare outline ~~redacted~~ interoffice conference w~~redacted~~ drafting Motion f~~redacted~~. | 5.80 | 1,073.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
  .0001  CLAIM AGAINST INVESTMENT ADVISOR                            Page    34
02/18/05
```

| DATE | SERVICES | HOURS | FEES |
|------|----------|-------|------|
| 01/30/05<br>2186385 | CHRISTINE SMITH COLLINS<br>Continue drafting ▮▮▮▮▮▮▮▮▮▮<br>▮▮conduct legal research ▮▮▮▮▮ | 1.50 | 277.50 |
| 01/31/05<br>2186960 | CHRISTINE SMITH COLLINS<br>Draft, review and revise ▮▮▮▮▮▮ | 9.10 | 1,683.50 |
| 02/01/05<br>2188745 | CHRISTINE SMITH COLLINS<br>Review and revise ▮▮▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; draft email correspondence t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ follow up w▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ draft, reviw and revise correspondence t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.50 | 647.50 |
| 02/01/05<br>2188621 | CHANDA L. KELLEY<br>Draft subpoenas ▮▮▮▮▮▮▮▮▮▮▮▮en ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.50 | 275.00 |
| 02/02/05<br>2188684 | CHRISTINE SMITH COLLINS<br>Interoffice conference w▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.70 | 499.50 |
| 02/07/05<br>2189942 | CHRISTINE SMITH COLLINS<br>Review and analyze ▮▮▮▮▮▮▮▮▮▮ review and revise ▮▮▮▮▮▮▮▮▮▮▮▮▮raft, review and revise ▮▮▮▮▮▮▮▮▮▮, interoffice conference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review and revise correspondence t▮▮▮▮▮▮▮▮o ▮▮▮ | 2.40 | 444.00 |

```
303603   STEFFENBERG, ELIZABETH R.                Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                       Page    35
02/18/05
```

| DATE | SERVICES | HOURS | FEES |
|---|---|---|---|
| 02/07/05 | CHANDA L. KELLEY | | |
| 2192185 | Telephone conferences ▮▮▮▮▮▮▮▮▮▮ check ▮▮▮▮▮▮▮▮▮▮ | 0.50 | 55.00 |
| 02/08/05 | CHRISTINE SMITH COLLINS | | |
| 2190701 | Research ▮▮▮▮▮▮▮ interoffice conference w▮▮▮▮▮▮ interoffice conference ▮▮▮▮▮▮ re▮▮▮▮▮ draft A▮▮▮▮ review and revise S▮▮▮▮ ▮▮▮▮; telephone conference ▮▮▮▮ | 3.50 | 647.50 |
| 02/08/05 | CHANDA L. KELLEY | | |
| 2192181 | Work o▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.30 | 253.00 |
| 02/09/05 | CHRISTINE SMITH COLLINS | | |
| 2191177 | Continue reviewing and revising ▮▮▮▮▮▮▮ review and revise M▮ | 5.60 | 1,036.00 |
| 02/10/05 | CHANDA L. KELLEY | | |
| 2192163 | Begin updates t▮▮▮▮▮▮▮▮▮▮▮ | 2.30 | 253.00 |
| 02/11/05 | CHRISTINE SMITH COLLINS | | |
| 2192195 | Interoffice conference w▮▮▮▮▮▮ ▮roffice conference w▮▮▮▮▮ leave voice mail message ▮▮▮▮ compile a▮▮▮▮ st▮ | 1.00 | 185.00 |

```
303603   STEFFENBERG, ELIZABETH R.                    Invoice Number ******
 .0001   CLAIM AGAINST INVESTMENT ADVISOR                             Page    36
02/18/05
```

| DATE | SERVICES | HOURS | FEES |
|------|----------|-------|------|
| | ▬▬▬; telephone conference ▬▬ ▬▬▬▬▬▬▬ draft ▬▬▬ correspondence t▬▬▬ | | |
| 02/11/05 2192154 | CHANDA L. KELLEY<br>Update ▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.70 | 77.00 |
| 02/14/05 2192838 | CHRISTINE SMITH COLLINS<br>Review correspondence ▬▬▬▬▬▬▬ telephone conference w▬▬▬▬▬▬▬ review and analyze ▬▬▬▬▬▬ telephone ▬▬▬▬▬▬▬ interoffice conference w▬▬▬▬ ng ▬▬. | 1.30 | 240.50 |

**Total Fees This Invoice**                                                                 $52,218.50

**Fee Summary:**

| Title | Name | Hours | Rate | Value |
|-------|------|-------|------|-------|
| PARTNER | CIAVARRA | 34.60 | 300.00 | 10,380.00 |
| PARTNER | CIAVARRA | 6.30 | 325.00 | 2,047.50 |
| PARTNER | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| PARTNER | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| PARALEGAL | BUTLER | 2.50 | 75.00 | 187.50 |
| ASSOCIATE | COLLINS | 96.10 | 155.00 | 14,895.50 |
| ASSOCIATE | COLLINS | 43.70 | 165.00 | 7,210.50 |
| ASSOCIATE | COLLINS | 80.00 | 185.00 | 14,800.00 |
| ASSOCIATE | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| ASSOCIATE | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| ADMIN | HILL | 2.30 | 80.00 | 184.00 |
| PARALEGAL | KELLEY | 9.40 | 110.00 | 1,034.00 |
| PARALEGAL | LUBIN | 6.60 | 110.00 | 726.00 |
| PARALEGAL | YAEGER | 1.60 | 90.00 | 144.00 |
| PARALEGAL | YAEGER | 5.80 | 100.00 | 580.00 |

**Disbursements:**

| | |
|---|---|
| PHOTOCOPY | 1,833.60 |
| POSTAGE | 96.87 |
| FACSIMILE | 87.00 |
| PACER/OTHER RESEARCH | 9.95 |

Bowditch & Dewey, LLP

February 18, 2005
Matter #: 303603.0001
Invoice #: ******

| Date | Description | Amount |
|---|---|---|
| | LEXIS | 261.00 |
| | WESTLAW | 7.00 |
| 12/30/03 | FILING AND RECORDING FEES - --Worcester Superior Court Filing Fee for Complaint | 275.00 |
| 01/14/04 | CERTIFICATES - --Norfolk Superior Court Summ (to serve complaint) | 5.00 |
| 02/04/04 | PROCESS SERVER FEES - --Comm of MA/Norfolk County Sheriff's Dept Process Server Fees-Gene Gillman | 43.06 |
| 02/20/04 | TRAVEL - --Pina Butler Travel to Middlesex Superior Court re: retrieval of pleadings | 15.00 |
| 03/08/04 | OUTSIDE PHOTOCOPIES - --Pina Butler Copies o pleadings | 20.50 |
| 03/08/04 | TRAVEL - --Pina Butler Travel to Middlesex Superior Court 2/20/04 | 7.40 |
| 04/07/04 | EXPRESS MAIL - --Federal Express Corporation Shipping charges on acct#0021-5807-8 TR#790590094117 03/25/04 British American Insurance House Alliance Investment Mgmt. Ltd. Marlborough St & Navy Lion Rd. Nassau BS | 40.29 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 75.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 55.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 30.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 65.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 65.00 |
| 04/12/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Service of Summons & Complaint | 55.00 |
| 04/15/04 | FILING AND RECORDING FEES - --Worcester Superior Court Fee for Preliminary Injunction | 110.00 |

Page 38

## Bowditch & Dewey, LLP

February 18, 2005
Matter #: 303603.0001
Invoice #: ******

| Date | Description | Amount |
|---|---|---|
| 04/28/04 | OUTSIDE PHOTOCOPIES - --Prince,Lobel,Glovsky Tye LLP Copies of documents sent by Atty. Matthews | 27.00 |
| 04/30/04 | OUTSIDE PHOTOCOPIES - --The Maverick Group, Inc. Fee for Photocopies | 89.02 |
| 05/26/04 | TRANSCRIPTS - --Bay State Reporting Agency Deposition Transcript- William Gilman | 572.00 |
| 07/09/04 | OUTSIDE PHOTOCOPIES - --Wilson, Elser, Moskowitz, Edelman & Dicker LLP Reimbursement for cost of copying documents | 187.78 |
| 08/06/04 | PROCESS SERVER FEES - --Francis J. Trapasso Associates Fees for service of Federal Subpoena on David Gelfond | 121.00 |
| 09/17/04 | TRANSCRIPTS - --Bay State Reporting Agency Transcript Fee | 515.30 |
| 09/29/04 | OUTSIDE PHOTOCOPIES - --Merrill Communicatio LLC Photocopying Fees | 187.78 |
| 09/29/04 | Reversal from Void Check Number: 203282 Bank ID: 1 Voucher ID: 1051824 Vendor: Merrill Communications LLC | (187.78) |
| 10/04/04 | OUTSIDE PHOTOCOPIES - --Wilson, Elser, Moskowitz, Edelman & Dicker LLP Photocopying Fees | 187.78 |
| 11/23/04 | MISCELLANEOUS - --Franklin MacPhie AV Video | 8.15 |
| 12/21/04 | OUTSIDE PHOTOCOPIES - --Lawyers Weekly Publications Copy of new Superior Court opinion from MLW- Transaction #849315 | 61.43 |

Total Disbursements                                                     $5,136.13

**TOTAL FEES AND DISBURSEMENTS**                                        $57,354.63