

**Bowditch
&Dewey**
ATTORNEYS

Direct telephone: (508) 926-3441
Direct facsimile: (508) 929-3041
Email: ccollins@bowditch.com

March 3, 2005

Ms. Lisa Roland
Deputy Clerk
United States District Court
District of Massachusetts
Harold D. Donohue Federal Building
 & Courthouse, Suite 502
595 Main Street
Worcester, MA 01608

Re:    **Elizabeth R. Steffenberg v. T. Gene Gilman, et al.
United States District Court Civil Action No. 04-40113-FDS**

Dear Ms. Roland:

Please consider this a request, pursuant to United States District Court Local Rule 7.1(D), by Plaintiff Elizabeth R. Steffenberg for oral argument on her Motion for Reconsideration filed with the Court on February 2, 2005.

Thank you very much in advance for your assistance in this matter.

Very truly yours,

/s/ *Christine S. Collins*

Christine S. Collins

CSC/

cc:    Sara Discepolo, Esquire
       Kristin M. Knuuttila, Esquire

{J:\CLIENTS\lit\303603\0001\00515768.DOC;1}