UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40113-FDS

ELIZABETH R. STEFFENBERG,           )       (Christine S. Collins BBO#639293)
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
T. GENE GILMAN, STEVEN GILMAN,      )
THE GILMAN INSURANCE                )
AGENCY, INC., DAVID M. SCOLL,       )
ARBOR SECURITIES, LTD.,             )
ALLIANCE INVESTMENT                 )
MANAGEMENT, COMMONWEALTH            )
FINANCIAL HOLDINGS INC.,            )
FINANCIAL LINKS, INC.,              )
T. GILMAN & CO., LTD.,              )
AVIVA LIFE INSURANCE COMPANY,       )
TRADETEK, LTD., and                 )
TRADETEK, LLC,                      )
                                    )
    Defendants.                     )

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME TO OPPOSE
DEFENDANT AVIVA LIFE INSURANCE COMPANY'S MOTION TO DISMISS**

NOW COMES the Plaintiff, Elizabeth R. Steffenberg ("Ms. Steffenberg"), and hereby moves, pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), for an extension of time to March 18, 2005 within which to oppose the Defendant, Aviva Life Insurance Company's ("Aviva"), recently filed Motion to Dismiss.

In support hereof, Ms. Steffenberg states:

1.   Aviva filed its Motion to Dismiss on February 4, 2005.

2. According to Rule 7.1(B)(2), a party opposing a motion must file an opposition within fourteen (14) days after service. See L.R. 7.1(B)(2). Thus, Ms. Steffenberg's Opposition was due on or about February 18, 2005.

3. Aviva assented to, and this Court granted, Plaintiff's Motions to Extend Time to Oppose Aviva's Motion up through and including March 11, 2005.

4. Aviva assents to this request for an extension of time to March 18, 2005 within which Ms. Steffenberg may file and serve her Opposition to Aviva's Motion to Dismiss.

WHEREFORE, Ms. Steffenberg moves for an extension of time to March 18, 2005 within which to respond to Aviva's Motion to Dismiss.

| Respectfully submitted, | Assented to by: |
|---|---|
| ELIZABETH R. STEFFENBERG<br>By her attorneys, | AVIVA LIFE INSURANCE COMPANY<br>By its attorneys, |
| /s/ Christine S. Collins<br>Louis M. Ciavarra, Esquire (BBO #546481)<br>Christine S. Collins, Esquire (BBO#639293)<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 926-3441 | /s/ Kristin M. Knuuttila (CSC)<br>Rhonda L. Rittenberg (BBO #550498)<br>Kristin M. Knuuttila (BBO #633828)<br>Prince, Lobel, Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>(617) 456-8000<br><br>Dated: March 11, 2005 |