UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred __X__

Steffenberg,

       V.                                      CA/CR No. __04-40113__

Gilman, Et al.,                          Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Swartwood__ for the following proceedings:

      (A)    Referred for full pretrial case management, including all dispositive motions.

☐    (B)    Referred for full pretrial case management, *not* including dispositive motions:

☐    (C)    Referred for discovery purposes only.

      (D)    Referred for Report and Recommendation on:

             ( ) Motion(s) for injunctive relief
             ( ) Motion(s) for judgment on the pleadings
             ( ) Motion(s) for summary judgment
             ( ) Motion(s) to permit maintenance of a class action
             ( ) Motion(s) to suppress evidence
             ( ) Motion(s) to dismiss
             ( ) Post Conviction Proceedings[1]
               See Documents Numbered: _____

X    (E)    Case referred for events only. See Doc. No(s). __Ruling on # 34, #50 and #52__

☐    (F)    Case referred for settlement.

☐    (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
             ( ) In accordance with Rule 53, F.R.Civ.P.
             ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

      (H)    Special Instructions: _____

__4/8/05__                                                      By: /s/ Martin Castles
Date                                                       Deputy Clerk

**(Order of Reference Revised.wpd - 12/98)**                                              **[oref., koref.]**