**Rittenberg, Rhonda L.**

| | |
|---|---|
| **From:** | Rittenberg, Rhonda L. |
| **Sent:** | Friday, May 20, 2005 4:03 PM |
| **To:** | 'Discepolo, Sara'; Rittenberg, Rhonda L. |
| **Cc:** | 'Collins, Christine Smith'; Lewin, Joshua |
| **Subject:** | RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company |

Sara,

I find your position to be irrational and unreasonable.  Nonetheless and in a final effort to resolve this matter, I am providing you with a description of the nature of the terms of the settlement agreement:  The agreement is a standard general release and settlement agreement in which Mrs. Steffenberg generally releases Aviva Life from claims including those relating to the pending Steffenberg v. Gilman, et. al. litigation.  There is a confidentiality provision as well as an acknowledgement that Mrs. Steffenberg has entered into the agreement voluntarily with the assistance of counsel.  There is no assignment of rights or any other similar provision.

Your client has no legitimate basis to oppose the dismissal with prejudice of Aviva Life and we would ask that you withdraw your opposition to the Joint Motion to Dismiss Aviva Life with Prejudice.

Please advise at your earliest convenience.

Regards, Rhonda

-----Original Message-----
From: Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Wednesday, May 18, 2005 10:56 AM
To: Rittenberg, Rhonda L.
Cc: Collins, Christine Smith; Lewin, Joshua
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company

Rhonda:

We do not agree to the confidentiality agreement but reiterate our request for a copy of the settlement agreement.

Sara Discepolo
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
Tel (617) 422-5300
Fax (617) 423-6917
DiscepoloS@WEMED.com
www.WEMED.com


-----Original Message-----
From: Rittenberg, Rhonda L. [mailto:RLRittenberg@plgt.com]
Sent: Wednesday, May 18, 2005 10:17 AM
To: Discepolo, Sara
Cc: Collins, Christine Smith; Lewin, Joshua
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Sara,

The settlement agreement between Mrs. Steffenberg and Aviva Life contains a confidentiality provision.  If your client and your firm are amenable to executing the

1

attached Acknowledgement of Confidentiality, Mrs. Steffenberg and Aviva Life would be willing to provide you with a copy of the agreement.
Please advise at your earliest convenience as we intend to raise the Joint Motion to Dismiss with Prejudice with the Judge Saylor at next week's status conference.

Regards, Rhonda



-----Original Message-----
From: Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Thursday, May 12, 2005 7:59 PM
To: Rittenberg, Rhonda L.
Cc: Collins, Christine Smith
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


I'm going to assume from this exchange that you are declining to provide me a copy of the settlement agreement or any information concerning its terms.
If you will be providing a copy/info. just let me know your change of mind.
Thanks.

-----Original Message-----
From: Rittenberg, Rhonda L. [mailto:RLRittenberg@plgt.com]
Sent: Thursday, May 12, 2005 7:51 PM
To: Discepolo, Sara; Rittenberg, Rhonda L.
Cc: Collins, Christine Smith
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Do you have any reason to believe that the parties entered into their
settlement other than in good faith?

-----Original Message-----
From: Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Thursday, May 12, 2005 7:42 PM
To: Rittenberg, Rhonda L.
Cc: Collins, Christine Smith
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company

I'm trying to discern whether the Plaintiff and Aviva entered into their settlement in good faith as alleged in your Joint Motion.

-----Original Message-----
From: Rittenberg, Rhonda L. [mailto:RLRittenberg@plgt.com]
Sent: Thursday, May 12, 2005 4:50 PM
To: Discepolo, Sara
Cc: Collins, Christine Smith
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Sara,

On what basis do you believe you are entitled to a copy of the agreement?

Regards, Rhonda

-----Original Message-----
From: Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Thursday, May 12, 2005 2:24 PM
To: Collins, Christine Smith; Rittenberg, Rhonda L.
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance

2

Company


Please provide me with a copy of the settlement agreement between the Plaintiff and Aviva.

Sara Discepolo
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
Tel (617) 422-5300
Fax (617) 423-6917
DiscepoloS@WEMED.com
www.WEMED.com


-----Original Message-----
From: Collins, Christine Smith [mailto:CCOLLINS@bowditch.com]
Sent: Friday, April 29, 2005 4:00 PM
To: Discepolo, Sara
Cc: Rockas, George; 'Rittenberg, Rhonda L.'; Lewin, Joshua
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Sara:

Frankly, I don't recall Judge Saylor (or you) articulating any legitimate reason for not allowing the dismissal of the other Aviva parties with prejudice at the hearing. Furthermore, even assuming the reasons were either articulated or legtimate, Scoll's rationale for preventing Aviva Life, which is the proper party to this action, to be dismissed out with prejudice at this juncture, in light of a settlement and in the absence of any crossclaims against Aviva Life by him is lost on me.

Christine

-----Original Message-----
From: Rittenberg, Rhonda L. [mailto:RLRittenberg@plgt.com]
Sent: Friday, April 29, 2005 3:36 PM
To: 'Discepolo, Sara'; 'Collins, Christine Smith'
Cc: 'Rockas, George'
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Than you Sara.  I'll speak with Christine. In the meantime, you can plan on us taking the matter up with the judge.  Naturally, Aviva reserves all rights, including recovery of costs and attorney fees in having to bring this matter before the court in this manner.

Rhonda

 -----Original Message-----
From:      Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Fri Apr 29 15:24:03 2005
To:   Rittenberg, Rhonda L.; Collins, Christine Smith
Cc:   Rockas, George
Subject:     RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company

Actually,

The Judge enlightened everyone about Scoll's right not to do so at the last hearing. Maybe Christine can fill you in.

Sara Discepolo

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
Tel (617) 422-5300
Fax (617) 423-6917
DiscepoloS@WEMED.com
www.WEMED.com


-----Original Message-----
From: Rittenberg, Rhonda L. [mailto:RLRittenberg@plgt.com]
Sent: Friday, April 29, 2005 3:22 PM
To: Discepolo, Sara; 'Collins, Christine Smith'
Cc: Rockas, George
Subject: RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Sara,

Your client has no basis to refuse to sign a stipulation dismissing Aviva with prejudice. Please enlighten me.

Rhonda

 -----Original Message-----
From:       Discepolo, Sara [mailto:DiscepoloS@WEMED.com]
Sent: Fri Apr 29 15:06:30 2005
To:   Collins, Christine Smith
Cc:   RLRittenberg@plgt.com; Rockas, George
Subject:    RE: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company

We will not be signing a stipulation of dismissal with prejudice. We would be willing to do so without prejudice.

Sara Discepolo
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
Tel (617) 422-5300
Fax (617) 423-6917
DiscepoloS@WEMED.com
www.WEMED.com

-----Original Message-----
From: Collins, Christine Smith [mailto:CCOLLINS@bowditch.com]
Sent: Friday, April 29, 2005 3:02 PM
To: Discepolo, Sara
Cc: 'RLRittenberg@plgt.com'
Subject: Steffenberg v. Gilman, et al: Stipulation of Dismissal/Aviva Lif e Insurance Company


Sara:

Attached is the Stipulation of Dismissal as to Aviva Life Insurance Company of America in the above-mentioned matter.  Please let me know whether you will be signing the Stipulation on behalf of Attorney Scoll.  If not, we will be filing an assented-to motion asking the court to dismiss Aviva out with prejudice.

Thanks,
Christine

<<Stipulation of Dismissal -- Aviva Life (00535701).PDF>>

4

```
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3441
(508) 929-3041 (fax)
```

This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com


WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.
If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.




This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Discepolo, Sara' | | |
| | Rittenberg, Rhonda L. | Delivered: 5/20/2005 4:03 PM | Read: 5/20/2005 4:03 PM |
| | 'Collins, Christine Smith' | | |
| | Lewin, Joshua | Delivered: 5/20/2005 4:03 PM | Read: 5/23/2005 9:38 AM |
| | 'WILSON, CURT' | | |