UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____
                                                     )
ELIZABETH R. STEFFENBERG,    )
    Plaintiff                                     )
v.                                                    )
                                                     )
T. GENE GILMAN, STEVEN GILMAN,  )
THE GILMAN INSURANCE          )    CIVIL ACTION NO.
AGENCY, INC., DAVID M. SCOLL,   )
ARBOR SECURITIES, LTD.,          )    NO. 04-40113-FDS
ALLIANCE INVESTMENT            )
MANAGEMENT, COMMONWEALTH  )
FINANCIAL HOLDINGS INC.,         )
FINANCIAL LINKS, INC.,             )
T. GILMAN & CO., LTD.,              )
FIRST ALLIED SECURITIES, INC.,    )
PENSON FINANCIAL SERVICES, INC., )
AVIVA LIFE INSURANCE COMPANY,  )
TRADETEK, LTD., and TRADETEK, LLC, )
    Defendants.                                )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for defendant Aviva Life Insurance Company in the above-captioned case.

    I will be representing the above-named defendant along with Attorney Rhonda L. Rittenberg and Kristin M. Knuuttila.

    AVIVA LIFE INSURANCE COMPANY

    By its attorneys,

    /s/ Joshua A. Lewin
    Rhonda L. Rittenberg, BBO #550498
    Kristin M. Knuuttila, BBO #633828
    Joshua A. Lewin, BBO# 658299
    Prince, Lobel, Glovsky & Tye LLP
    585 Commercial Street
    Boston, MA 02109
Date:  June 10, 2005    (617) 456-8000