UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40113-FDS

| | | |
|---|---|---|
| ELIZABETH R. STEFFENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| T. GENE GILMAN, STEVEN GILMAN, | ) | |
| THE GILMAN INSURANCE | ) | |
| AGENCY, INC., DAVID M. SCOLL, | ) | |
| ARBOR SECURITIES, LTD., | ) | |
| ALLIANCE INVESTMENT | ) | **NOTICE OF APPEARANCE** |
| MANAGEMENT, COMMONWEALTH | ) | |
| FINANCIAL HOLDINGS INC., | ) | |
| FINANCIAL LINKS, INC., | ) | |
| T. GILMAN & CO., LTD., | ) | |
| AVIVA LIFE INSURANCE COMPANY, | ) | |
| TRADETEK, LTD., and | ) | |
| TRADETEK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

Pursuant to Local Rule 83.5.2 of the Federal Rules of Civil Procedure, please

enter my appearance as attorney for Elizabeth R. Steffenberg, in the above entitled case.

ELIZABETH R. STEFFENBERG,
By Her Attorney,

/s/ Ryan T. Killman
Ryan T. Killman  (BBO#654562)
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608
(508) 926-3408
FAX: (508) 929-3011

Date:  October 18, 2005