# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110-1727   Tel: (617) 422-5300   Fax: (617) 423-6917

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

---

www.wemed.com

Writer's Ext.: 5304

October 25, 2005

ATTN: Martin Castles
U.S. District Court
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, MA 01608

Re: **Steffenberg v. T. Gene Gilman, et al.**
**U.S. District Court, District of Massachusetts,**
**C.A. No.: 04-40113-FDS**
**Our File No. 00894.00177**

Dear Mr. Castles:

This letter is to inform you that the Plaintiff and the Defendant David Scoll have jointly moved today for dismissal of all claims against Defendant Scoll in the above captioned case. I believe that all other Defendants in this action have either been dismissed or defaulted.

Please do not hesitate to contact me if you have any questions concerning this matter. Thank you.

Very truly yours,

Sara Discepolo

cc: Louis Ciavarra, Esq.

46505.1