UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG,<br><br>Plaintiff,<br><br>v.<br><br>T. GENE GILMAN, STEVEN GILMAN, THE GILMAN INSURANCE AGENCY, INC., DAVID M. SCOLL, ARBOR SECURITIES, LTD., ALLIANCE INVESTMENT MANAGEMENT, COMMONWEALTH FINANCIAL HOLDINGS INC., FINANCIAL LINKS, INC., T. GILMAN & CO., LTD., TRADETEK, LTD., and TRADETEK, LLC,<br><br>Defendants. | Civil Action No.<br>04-40113-FDS |

### ORDER OF DISMISSAL AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT DAVID M. SCOLL

**SAYLOR, J.**

Upon joint motion of plaintiff Elizabeth Steffenberg and defendant David M. Scoll dated October 25, 2005, and pursuant to Fed. R. Civ. P. 41(a)(2), all claims by plaintiff Steffenberg against defendant Scoll are hereby dismissed with prejudice, without costs and attorneys' fees, and with all rights of appeal waived.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  October 26, 2005