DOCKETED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

CIVIL ACTION NO.: 04-40113-FDS

2005 NOV 17  A 11: 50

(Louis M. Ciavarra BBO #546481)
(Ryan T. Killman BBO #654562)

DISTRICT OF MAS

| | |
|---|---|
| ELIZABETH R. STEFFENBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| T. GENE GILMAN, STEVEN GILMAN, | ) |
| THE GILMAN INSURANCE | ) |
| AGENCY, INC., DAVID M. SCOLL, | ) |
| ARBOR SECURITIES, LTD., | ) |
| ALLIANCE INVESTMENT | ) |
| MANAGEMENT, COMMONWEALTH | ) |
| FINANCIAL HOLDINGS INC., | ) |
| FINANCIAL LINKS, INC., | ) |
| T. GILMAN & CO., LTD., | ) |
| AVIVA LIFE INSURANCE COMPANY, | ) |
| TRADETEK, LTD., and | ) |
| TRADETEK, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

WHEREAS the *Motion of Plaintiff Elizabeth R. Steffenberg for Default Judgment Pursuant To Fed.R.Civ.P. 55* was granted by order of this Court on September 13, 2005, judgment is hereby entered as follows:

1. Judgment against Defendants, T. Gene Gilman, Steven Gilman, the Gilman Insurance Agency, Inc., Arbor Securities, Ltd., Commonwealth Financial Holdings, Inc., Financial Links, Inc., T. Gilman & Co., Ltd., and Tradetek, LLC jointly and severally in the amount of $963,502.94 plus attorneys fees and costs in the amount of $50,002.63, totaling $1,013,505.57.

Dated: 11/18/05 _____          _____
                                          U.S.D.J.

{Client Files\LIT\303603\0001\PLD\00603439.DOC;1}